| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Dale K. Galipo<br>Law Offices of Dale K. Galipo<br>21800 Burbank Boulevard, Suite 310, Woodland Hills CA 91367<br>(818) 347-3333 | |
| ATTORNEY(S) FOR:  Plaintiff Jennie Quan | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jennie Quan | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-04805 |
| v. | |
| County of Los Angeles; DOES 1-10, inclusive | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Jennie Quan_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jennie Quan | Plaintiff |
| County of Los Angeles | Defendant |

| | |
|---|---|
| June 7, 2024 | /s/ Dale K. Galipo |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jennie Quan