Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Janet J. Hur, State Bar No. 330358
E-Mail: jhur@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**DEFENDANT COUNTY OF LOS ANGELES' NOTICE OF INTERESTED PARTIES**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The undersigned, counsel of record for Defendant, COUNTY OF LOS ANGELES, certify that the following listed parties have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection and Interest** |
|---|---|
| Jennie Quan | Plaintiff and successor in interest to Benjamin Chin |
| County of Los Angeles | Defendant |

DATED: July 3, 2024            HURRELL CANTRALL LLP

By: ___/s/ Janet J. Hur___
THOMAS C. HURRELL
JANET J. HUR
Attorneys for Defendant, COUNTY OF LOS ANGELES

2