**DENIED** AS MOOT
BY ORDER OF THE COURT
Dated: 9/10/2024

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>                Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>                Defendants. | Case No. 2:24-cv-04805<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF'S COUNSEL HANG D. LE TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFFS' LEAD TRIAL COUNSEL**<br><br>Date:     September 13, 2024<br>Time:    10:00 a.m.<br>Crtrm:   Courtroom 7C<br>            First Street Courthouse<br>            350 W First Street<br>            Los Angeles, CA 90012 |

# [PROPOSED] ORDER

Having reviewed Plaintiff's Request for Order Permitting Plaintiff's Counsel Hang D. Le to Appear at the Scheduling Conference in Lieu of Plaintiff's Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Hang D. Le may appear at the Scheduling Conference in this matter on September 13, 2024 at 10:00 a.m. in lieu of Plaintiffs' lead trial counsel Dale K. Galipo.

IT IS SO ORDERED.

**DENIED**
BY ORDER OF THE COURT

Dated: _____

_____
Honorable Mark C. Scarsi
United States District Judge