Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Janet J. Hur, State Bar No. 330358
E-Mail: jhur@hurrellcantrall.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant, COUNTY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**REQUEST TO ATTEND SCHEDULING CONFERENCE WITHOUT LEAD TRIAL COUNSEL**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:

Defendant COUNTY OF LOS ANGELES ("Defendant") respectfully requests permission for defense counsel Jerad J. Miller to attend the Scheduling Conference, which is currently scheduled for September 23, 2024, without lead trial counsel.

///
///
///
///
///

Defendant's lead trial Counsel, Thomas C. Hurrell, will not be able to attend the Scheduling Conference as he will be on a pre-paid vacation from September 18, 2024 through September 30, 2024.

DATED: September 13, 2024          HURRELL CANTRALL LLP

By: _____
THOMAS C. HURRELL
JANET J. HUR
JERAD J. MILLER
Attorneys for Defendant, COUNTY OF LOS ANGELES