# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–04805–MCS–KS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    9/13/2024

Document No.:    20

Title of Document:    REQUEST for Order for TO ATTEND SCHEDULING CONFERENCE WITHOUT LEAD TRIAL COUNSEL filed by Defendant County of Los Angeles. Request set for hearing on 9/23/2024 at 11:00 AM

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Filer ERRONEOUSLY set the request on Judge's Motion calendar and does Not appear on the request nor is one required for the format used. NOTE: ONLY this ERRONEOUS HEARING has been TERMED, the request Remains Pending Judge's Ruling.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 13, 2024     By: /s/ Linda Chai Linda_Chai@cacd.uscourts.gov
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS