# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>**ORDER REGARDING REQUEST TO ATTEND SCHEDULING CONFERENCE WITHOUT LEAD TRIAL COUNSEL (ECF No. 20)**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

The Court, having reviewed the papers, and good cause appearing, ORDERS THAT defense counsel Jerad J. Miller may attend the Scheduling Conference without lead trial counsel on September 23, 2024.

Dated: September 16, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE