**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-04805<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**REQUEST FOR ORDER PERMITTING PLAINTIFF'S COUNSEL HANG D. LE TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFF'S LEAD TRIAL COUNSEL**<br><br>Date:　　　September 23, 2024<br>Time:　　　11:00 a.m.<br>Crtrm:　　　Courtroom 7C<br>　　　　　　First Street Courthouse<br>　　　　　　350 W First Street<br>　　　　　　Los Angeles, CA 90012 |

---

1　　　　　　　　　　　2:24-cv-04805
REQUEST FOR ORDER PERMITTING PLAINTIFF'S COUNSEL HANG D. LE TO APPEAR AT THE
SCHEDULING CONFERENCE IN LIEU OF PLAINTIFF'S LEAD TRIAL COUNSEL

**TO THIS HONORABLE COURT, AND DEFENDANT COUNTY OF LOS ANGELES THROUGH ITS ATTORNEYS OF RECORD:**

Plaintiff Jennie Quan hereby respectfully requests that her attorney, Hang D. Le, be permitted to appear at the Scheduling Conference in this matter, currently scheduled for September 23, 2024 at 11:00 a.m., in lieu of Plaintiff's lead trial counsel Dale K. Galipo. Plaintiff acknowledges that the Honorable Mark C. Scarsi's Standing Order (Dkt. 9) and Order Setting Scheduling Conference (Dkt. 12) require the presence of lead trial counsel at all scheduling conferences. However, Plaintiff's lead trial counsel, Dale K. Galipo, will be engaged in private mediation in the case of *Moreno v. County of Los Angeles*, case no. 2:21-cv-06062-FMO-E. Ms. Le has been fully involved in this case, including participating in the Rule 26(f) early meeting of counsel. Accordingly, Plaintiff and her counsel respectfully request that this Honorable Court allow Ms. Le to appear on Plaintiff's behalf at the September 23, 2024 Scheduling Conference in this matter in lieu of Mr. Galipo.

DATED: September 17, 2024        LAW OFFICES OF DALE K. GALIPO

By:     *s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiffs