1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  JENNIE QUAN, individually and as successor in interest to BENJAMIN 15  CHIN, deceased,<br>16                                   Plaintiffs,<br>17  vs.<br>18  COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br>19<br>20                                   Defendants. | Case No. 2:24-cv-04805<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF'S COUNSEL HANG D. LE TO APPEAR AT THE SCHEDULING CONFERENCE IN LIEU OF PLAINTIFF'S LEAD TRIAL COUNSEL**<br><br>Date:  September 23, 2024<br>Time:  11:00 a.m.<br>Crtrm: Courtroom 7C<br>           First Street Courthouse<br>           350 W First Street<br>           Los Angeles, CA 90012 |

21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having reviewed Plaintiff's Request for Order Permitting Plaintiff's Counsel Hang D. Le to Appear at the Scheduling Conference in Lieu of Plaintiff's Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Hang D. Le may appear at the Scheduling Conference in this matter on September 23, 2024 at 11:00 a.m. in lieu of Plaintiff's lead trial counsel Dale K. Galipo.

IT IS SO ORDERED.

Dated: _____

Honorable Mark C. Scarsi
United States District Judge