**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

**TO THE HONORABLE COURT:**

Plaintiff Jennie Quan and Defendant County of Los Angeles, by and through their respective attorneys of record, hereby stipulate as follows:

1. Plaintiff filed the operative complaint in this action on June 7, 2024 (Doc. No. 1), alleging that Los Angeles County Sheriff's Deputies were involved in officer-involved shooting death of her son, Benjamin Chin. At the time Plaintiff filed her Complaint, she did not know the identities of the involved sheriff's deputies.

2. After the complaint was filed, Plaintiff's counsel was able to ascertain the identities of the shooting officers in this incident through a Los Angeles Sheriff's Department press release.

3. The parties have met and conferred and agree that good cause exists to request an order granting Plaintiff leave to file a First Amended Complaint.

4. Specifically, Plaintiff seeks to file a First Amended Complaint to name Marisol Barajas as defendant Doe 1 and Hector Vazquez as defendant Doe 2. Plaintiff also seeks to correct the following typos in the original complaint: (1) changing "LAPD" to "LASD" (Compl. at 3:15, 3:16, 3:19, 3:21, 15:2); (2) changing "CPD" to "LASD" (Compl. at 15:4); (3) changing "Plaintiff" to "DECEDENT" (Compl. at 16:11, 16:13, 16:15, 16:17, 16:23); (4) striking "ANTHONY ALVARADO" (Compl. at 19:3); and (5) changing "officers" or "police officers" to "sheriff's deputies" (Compl. at 15:4, 15:10, 19:8).

5. The First Amended Complaint shall serve as the operative complaint in the above-referenced litigation. A redlined version of the First Amended Complaint is attached hereto as Exhibit "A", pursuant to Local Rule 15 and this Court's Civil Standing Order. Plaintiff shall file her First Amended Complaint no later than seven (7) days after the date of the Court's Order approving this stipulation. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

IT IS SO STIPULATED.

DATED: October 7, 2024          LAW OFFICES OF DALE K. GALIPO

                                By _____/s/ Hang D. Le_____
                                   Dale K. Galipo
                                   Hang D. Le
                                   Attorneys for Plaintiff

DATED: October 7, 2024          HURRELL CANTRALL LLP

                                By _____*Janet J. Hur*_____
                                   Thomas C. Hurrell
                                   Janet J. Hur
                                   Jerad J. Miller
                                   Attorneys for Defendant, County of Los Angeles

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.