# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**[PROPOSED] ORDER RE STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Having review the parties' Stipulation for Order Granting Leave for Plaintiff to File First Amended Complaint and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted leave to file a First Amended Complaint.

2. Plaintiff shall file her First Amended Complaint no later than seven (7) days after the date of this Order. Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.

IT IS SO ORDERED.

Dated: _____

                                                   Honorable Mark C. Scarsi
                                                   United States District Judge