**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**ORDER RE STIPULATION FOR ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

# ORDER

Having review the parties' Stipulation for Order Granting Leave for Plaintiff to File First Amended Complaint and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiff is granted leave to file a First Amended Complaint.

2. Plaintiff shall file her First Amended Complaint no later than seven (7) days after the date of this Order. ~~Defendants' response to Plaintiff's First Amended Complaint shall be served and filed no later than twenty-one (21) days after the date of service.~~

IT IS SO ORDERED.

Dated: October 8, 2024

*Mark C. Scarsi*
Mark C. Scarsi
United States District Judge