Thomas C. Hurrell (SBN 11986); Janet J. Hur(SBN 330358)
HURRELL CANTRALL LLP
725 S. Figueroa Street, Suite 3800
Los Angeles, CA 90017
Telelphone: (213) 426-200; Fax: (213) 426-2020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNIE QUAN, an individually and as successor in interest to BENJAMIN CHIN, deceased,

Plaintiff(s)

v.

COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,

Defendant(s).

CASE NUMBER:

2:24-cv-04805-MCS(KSx)

**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that __PHYLLIS W. CHENG, ESQ.__ may serve as the Panel Mediator in the above-captioned case. __JANET J. HUR, ESQ.__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __April 2, 2025__ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: December 19, 2024         /s/ HANG D. LE
                                 Attorney For Plaintiff   JENNIE QUAN

Dated: _____           _____
                                 Attorney For Plaintiff

Dated: December 19, 2024         /s/ JANET J. HUR
                                 Attorney For Defendant   COUNTY OF LOS ANGELES
                                 Marisol Barajas, and Hector Vazquez

Dated: _____           _____
                                 Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)                STIPULATION REGARDING SELECTION OF PANEL MEDIATOR