Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennie Quan, | CASE NUMBER |
| Plaintiff(s) | 2:24-cv-04805-MCS-KS |
| v. | |
| County of Los Angeles, et al., | **MEDIATION REPORT** |
| Defendant(s). | |

*Instructions: **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.***

1.   ☑ A mediation was held on (date): April 2, 2025 .

     ☐ A mediation did not take place because the case settled before the session occurred.

2.   The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

     ☑ Appeared as required by L.R. 16-15.5(b).

     ☐ Did not appear as required by L.R. 16-15.5(b).

         ☐ Plaintiff or plaintiff's representative failed to appear.

         ☐ Defendant or defendant's representative failed to appear.

         ☐ Other:

3.   Did the case settle?

     ☐ Yes, fully, on _____ (date).

     ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*

     ☐ Yes, partially, and further facilitated discussions are **not** expected.

     ☑ No, and further facilitated discussions are expected. *(See No. 4 below.)*

     ☐ No, and further facilitated discussions are **not** expected.

4.   If further facilitated discussions are expected, by what date will you check in with the parties?

June or July 2025.

Dated: April 2, 2025

/s/
Signature of Mediator

Phyllis W. Cheng, Esq.
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*