**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**ORDER RE: STIPULATION AND FIRST REQUEST FOR ORDER CONTINUING DISCOVERY DEADLINES** |

ORDER RE: STIPULATION AND FIRST REQUEST FOR ORDER CONTINUING DISCOVERY DEADLINES

# [PROPOSED ORDER]

Having reviewed the parties' Stipulation and First Request for Order Continuing Discovery Deadlines, and GOOD CAUSE appearing therefor, the Court ORDERS that modification of the September 23, 2024 Order re: Jury Trial as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | September 29, 2025 | October 31, 2025 |
| Expert Disclosure (Initial) | October 6, 2025 | November 7, 2025 |
| Expert Disclosure (Rebuttal) | October 20, 2025 | November 21, 2025 |
| Expert Discovery Cut-Off | November 3, 2025 | December 5, 2025 |

All other case management dates remain unchanged.

**IT IS SO ORDERED**.

Dated: _____

                                            Honorable Mark C. Scarsi
                                            United States District Judge