Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Janet J. Hur, State Bar No. 330358
E-Mail: jhur@hurrellcantrall.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**ORDER RE: AMENDED STIPULATION AND FIRST REQUEST FOR ORDER CONTINUING DISCOVERY DEADLINES**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

# [PROPOSED ORDER]

Having reviewed the parties' Amended Stipulation and First Request for Order Continuing Discovery Deadlines, and GOOD CAUSE appearing therefor, the Court ORDERS that modification of the September 23, 2024 Order re: Jury Trial as follows:

| Case Management Event | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | September 29, 2025 | October 31, 2025 |
| Expert Disclosure (Initial) | October 6, 2025 | November 7, 2025 |
| Expert Disclosure (Rebuttal) | October 20, 2025 | November 21, 2025 |
| Expert Discovery Cut-Off | November 3, 2025 | December 5, 2025 |
| Last Date to Hear Motions | November 3, 2025 | December 5, 2025 |

All other case management dates remain unchanged.

**IT IS SO ORDERED**.

DATED: _____

_____
Honorable Mark C. Scarsi
United States District Judge

2