HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently With: 1) Defendants' Motion for Summary Judgment, or Partial Summary Judgment; 2) Declarations of Marisol Barajas, Hector Vazquez, Kyle Toves, Ed Flosi, and Jerad J. Miller; 3) [Proposed] Judgment; 4) Defendants' Separate Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment, or Partial Summary Judgment<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On November 3, 2025 at 9:00 a.m., in Department "7C" of the above-entitled Court, Defendants COUNTY OF LOS ANGELES, MARISOL BARAJAS AND HECTOR VAZQUEZ (collectively, "Defendants") Motion for Summary Judgment or Partial Summary Judgment came on regularly for hearing before this Court. Appearances are as noted on the record.

After full and fair consideration of the moving and supporting papers and evidence, the opposing papers and evidence, and the oral arguments of counsel, this Court finds as follows:

1. As to Plaintiff JENNIE QUAN'S claim for Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

2. As to Plaintiff JENNIE QUAN'S claim for Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

3. As to Plaintiff JENNIE QUAN'S claim for Municipal Liability – Ratification (42 U.S.C. § 1983), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

4. As to Plaintiff JENNIE QUAN'S claim for Municipal Liability – Failure to Train (42 U.S.C. § 1983), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

5. As to Plaintiff JENNIE QUAN'S claim for Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

6. As to Plaintiff JENNIE QUAN'S claim for Battery (Wrongful Death), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

7. As to Plaintiff JENNIE QUAN'S claim for Negligence (Wrongful

Death), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

8. As to Plaintiff JENNIE QUAN'S claim for Violation of Cal. Civil Code § 52.1 (Bane Act), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

9. As to Plaintiff JENNIE QUAN'S prayer for relief for punitive damages against Defendants, the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
HONORABLE MARK C. SCARSI