HURRELL CANTRALL LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**[PROPOSED] JUDGMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently With: 1) Defendants' Motion for Summary Judgment, or Partial Summary Judgment; 2) Declarations of Marisol Barajas, Hector Vazquez, Kyle Toves, Ed Flosi, and Jerad J. Miller; 3) [Proposed] Order; 4) Defendants' Separate Statement of Uncontroverted Facts in Support of Defendants' Motion for Summary Judgment, or Partial Summary Judgment<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On November 3, 2025 at 9:00 a.m., in Department "7C" of the above-entitled Court, Defendants COUNTY OF LOS ANGELES', MARISOL BARAJAS' AND HECTOR VAZQUEZ'S (collectively, "Defendants") Motion for Summary Judgment or Partial Summary Judgment came on regularly for hearing before this Court. The

Court ordered entry of judgment as requested in the Motion.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff JENNIE QUAN shall take nothing, and Defendants shall have judgment against Plaintiff JENNIE QUAN.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants shall recover the costs of suit pursuant to law against Plaintiff JENNIE QUAN.

DATED: _____, 2025

_____
HONORABLE MARK C. SCARSI

2