Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Janet J. Hur, State Bar No. 330358
E-Mail: jhur@hurrellcantrall.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**JERAD MILLER'S DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

## DECLARATION OF JERAD MILLER

1. I am an attorney duly licensed to practice before this Court and am an associate with Hurrell Cantrall LLP, attorneys of record for DEFENDANTS THE COUNTY OF LOS ANGELES, MARISOL BARAJAS, AND HECTOR VAZQUEZ herein.

2. The facts set forth herein are of my own personal knowledge an if sworn I could and would testify competently thereto.

3. I make this declaration in support of Defendants' Motion for Summary

1 | Judgement, or in the alternative, Motion for Partial Summary Judgment.

2 |     4.    On September 19, 2025, I initiated formal meet and confer efforts with Plaintiff's attorney of record, Ms. Hang Le, regarding Defendants' intent to file a motion for summary judgment or partial summary judgment. On September 22, 2025, myself and Ms. Hang Le held a telephonic conference call and met and conferred on the substantive issues regarding the instant motion. **Attached hereto as Exhibit G is a true and correct copy of the September 19, 2025 formal meet and confer email.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2025, at Los Angeles, California.

                            */s/ Jerad J. Miller*
                            Jerad Miller

# Exhibit G

**Archived:** Monday, September 29, 2025 1:40:31 PM
**From:** Jerad Miller
**Sent:** Fri, 19 Sep 2025 21:03:56 +0000Authentication
**To:** Hang Le; Dale Galipo; Santiago Laurel
**Cc:** Thomas Hurrell; Maricela Gomez; Janet J. Hur; Theresa Cana
**Subject:** Quan v. County of Los Angeles, et al. Meet and Confer
**Importance:** Normal

---

Good afternoon Counsel,

As we discussed at Deputy Toves' deposition yesterday, we intend to stipulate to a discovery continuance. Out of an abundance of caution, we are preserving our right to file a motion for summary judgment on qualified immunity grounds and are requesting to meet and confer.

Local Rule 7-3 requires that we meet and confer at least 7 days prior to the filing of any such motion. The current Rule 56 motion cut-off is September 29, 2025. Please let us know if you have any availability later today, or Monday, for a telephone call to discuss the motion.

Best regards,

Jerad J. Miller
Attorney
**Hurrell Cantrall LLP**
800 West 6th Street, Suite 700
Los Angeles, CA 90017-2710
Tel: (213) 426-2000
Fax: (213) 426-2020
jjmiller@hurrellcantrall.com

***WE'VE MOVED!  PLEASE NOTE THE FIRM'S NEW ADDRESS EFFECTIVE THURSDAY, 06/26/2025***

IMPORTANT NOTICE: This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom it is addressed.  This communication may contain material protected by attorney-client privilege.  If you are not the intended recipient or the person responsible for delivering the email to the intended recipient, be advised that you have received this email in error and that any use dissemination, forwarding, printing, or copying of this email and any file attachments is strictly prohibited.  If you have received this email in error, please immediately notify us by telephone at (213) 426-2000 or by reply email to the sender and destroy the original transmission and its contents.