Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Janet J. Hur, State Bar No. 330358
E-Mail: jhur@hurrellcantrall.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrellcantrall.com
HURRELL CANTRALL LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**DEPUTY KYLE TOVES' DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR PARTIAL SUMMARY JUDGMENT**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

## DECLARATION OF DEPUTY KYLE TOVES

1. I have personal knowledge of the facts set forth herein, and if called upon as a witness to testify thereto, I could competently and truthfully do so.

2. I make this declaration in support of Defendants' Motion for Summary Judgment, or Partial Summary Judgment.

3. I am a deputy for the Los Angeles County Sheriff's Department, Walnut Sheriff's Station. I held this same position on the date of June 19, 2023.

4. Attached hereto as **Exhibit F** is a true and correct copy of my body-worn

video which accurately captured the underlying incident that is the subject of this action. The body-worn video accurately reflects what transpired during the subject incident and after a full and thorough review of the body-worn video, I do not believe there are any inaccuracies contained therein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2025, at Los Angeles, California.



Kyle Toves

# Ex. F – MANUALLY FILED COLA 00289 (VIDEO)