Jerad J. Miller (SBN 334001)
HURRELL CANTRALL LLP
800 W. 6th Street, Suite 700, Los Angeles, CA 90017
Phone: (213) 426-2000/Fax: (213) 426-2020
Email: jjmiller@hurrellcantrall.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JENNIE QUAN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-04805-MCS-KS |
| v. | |
| COUNTY OF LOS ANGELES, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

1. Barajas Bodycam - Attached as Exhibit A to Declaration of Marisol Barajas;
2. Barajas Audio Interview (Part One) - Attached as Exhibit B to Declaration of Marisol Barajas;
3. Barajas Audio Interview (Part Two) - Attached as Exhibit C to Declaration of Marisol Barajas;
4. Vazquez Bodycam - Attached as Exhibit D to Declaration of Hector Vazquez;
5. Vazquez Audio Interview - Attached as Exhibit E to Declaration of Hector Vazquez;
6. Toves Bodycam - Attached as Exhibit F to Declaration of Kyle Toves

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other: _____

| | |
|---|---|
| September 29, 2025 | /s/ Jerad J. Miller |
| Date | Attorney Name |
| | Defendants County of Los Angeles, et al. |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

**HURRELL CANTRALL LLP**
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

<u>**PROOF OF SERVICE**</u>

**Jennie Quan v. County of Los Angeles, et al.**
**Case No. 2:24-cv-04805**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 800 West 6th Street, Suite 700, Los Angeles, CA 90017-2710.

On September 29, 2025, I served true copies of the following document(s) described as **NOTICE OF MANUAL FILING OR LODGING** on the interested parties in this action as follows:

Dale K. Galipo, Esq.                          *Attorneys for Plaintiff, Jennie Quan,*
Hang D. Le, Esq                               *individually and as successor in interest*
LAW OFFICES OF DALE K. GALIPO                 *to Benjamin Chin, deceased*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
dalekgalipo@yahoo.com
hlee@galipolaw.com
ldeleon@galipolaw.com
slaurel@galipolaw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 29, 2025, at Los Angeles, California.

*/s/ Theresa T. Caña*
Theresa T. Caña