# EXHIBIT 4

2023-06-19 11:45:05 -070
AXON BODY 3  X60A16554

EXHIBIT
2
9-25-25 H.VASQUEZ