# EXHIBIT 5