# EXHIBIT 7

2023-06-19 11:45:14 -070
AXON BODY 3   X60A16554

EXHIBIT
5
9-25-25 H.VASQUEZ