# EXHIBIT 10

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                      --oOo--

4

5    JENNIE QUAN, individually and as
     successor in interest to BENJAMIN
6    CHIN, deceased,

7              Plaintiffs,

8    vs.                    Case No.  No. 2:24-cv-04805-MCS-KS

9    COUNTY OF LOS ANGELES;
     MARISOL BARAJAS; HECTOR
10   VASQUEZ; and DOES 3-10, inclusive,

11             Defendants.
     _____/

12

13

14          STENOGRAPHIC REPORTER'S TRANSCRIPT OF

15       REMOTE VIDEO DEPOSITION OF MARISOL BARAJAS

16              FRIDAY, SEPTEMBER 26, 2025

17

18

19

20

21

22   Reported Stenographically by:

23   KIMBERLY D'URSO, CSR 11372, RPR

24   Job No.  20346

25

1          A.    The street, sir.

2          Q.    And what street was he on when you first saw

3     him?

4          A.    He was in the number one lane on Diamond Bar

5     Boulevard.  So it's -- I'm facing southbound.  He's

6     walking northbound on a southbound lane.

7          Q.    So when you first saw him, he would have been

8     walking northbound?

9          A.    Yes, on the southbound lane.

10         Q.    And you would have been generally facing

11    southbound?

12         A.    Yes, sir.

13         Q.    How would you describe his gait?  In other

14    words, was he running, jogging, walking fast, walking

15    slow?  Any words you want to use.

16         A.    Normal rate.

17         Q.    How far was he from you when you first saw him?

18         A.    Approximately 15 to 20 feet, sir.

19         Q.    Could you estimate his age?

20         A.    No.

21         Q.    Could you estimate his height or weight?

22         A.    Maybe 5'7, 5'8.  And his weight, I couldn't

23    give you an actual estimate, since he had sweat pants

24    and he had the ballistic vest, which, I guess, added

25    size.

1        Q.    Okay.  And what was he wearing?  Obviously, the

2    ballistic vest would be one thing.  But do you recall

3    what else he had on?

4        A.    He had the sweat pants, and then he had the

5    assault rifle.

6        Q.    And where was the assault rifle in relation to

7    his body when you saw it?

8        A.    On his person.

9        Q.    Yes.  Where was it on his person?

10       A.    It was -- it was slung.  And then it was like

11   --

12       Q.    I'm sorry.  What was the word that you used?

13       A.    It has like -- it has like a slung [sic].

14       Q.    Oh. It's slung, like on a sling?

15       A.    Yes.  Like a low ready.

16       Q.    So was part of it slung over his shoulder or

17   neck area?

18       A.    That I can't recall.  I just know it was

19   across.

20       Q.    And was it on one side of his body or the other

21   when you saw it?

22       A.    I can't recall.

23       Q.    And where were you when you first saw him?

24       A.    I was just in my patrol car.

25       Q.    Did you see him before you got out of your

1    patrol car?

2         A.    Yes.

3         Q.    And when you first saw him, was he 15 to 20

4    feet away, or some other distance?

5         A.    No.    As soon as I saw him, I exited my vehicle

6    sir.

7         Q.    Okay.

8         A.    It's not like I saw him and then I continued

9    going forward.

10         Q.    So as soon as you saw him, you stopped your

11    vehicle and exited?

12         A.    To my recollection, yes.

13         Q.    And what street were you on immediately before

14    seeing him?

15         A.    I was still on Diamond Bar Boulevard.    It's a

16    long street.

17         Q.    It's a long street?

18         A.    Yes.

19         Q.    I'm sure it is.

20              Were you driving southbound at some point, on

21    Diamond Bar Boulevard, and then you saw him and stopped

22    your car and got out?

23         A.    Yes.

24         Q.    Is there another street or intersection there,

25    if you know?

```
 1              MR. HURRELL:  You mean where she got out?

 2              MR. GALIPO:  Yeah.

 3      BY MR. GALIPO:

 4         Q.   Is there a cross street there or a side street

 5      --

 6         A.   No.  It's, like, a long street.

 7         Q.   And where was your vehicle stopped in the

 8      street?  Can you explain that to me?

 9         A.   I can't recall if I was exactly in the number

10      two lane or I was in the middle of number one or number

11      two.

12         Q.   How many lanes are there in that area, going in

13      each direction?

14         A.   Going southbound and northbound, it's a

15      two-lane.

16         Q.   Two lanes in each direction?

17         A.   Yes, sir.

18         Q.   And you're saying you just don't recall exactly

19      what lane you were in?

20         A.   Yes, sir.

21         Q.   When you use numbers, are you using the number

22      one lane as the lane closest to the center?

23         A.   Yes, sir.  Sorry.

24         Q.   Okay.

25         A.   And the number two would be the one that's
```

Manuel Parias

1    A.    I can't recall, sir.

2    Q.    When you listened to the audio recently, did

3    you hear yourself giving a verbal warning you were going

4    to shoot him?

5    A.    I don't -- I don't think I heard that part,

6    sir.

7    Q.    What type of weapon were you -- did you fire

8    from?

9    A.    It's a Smith and Weston [sic] 9-millimeter.

10    Q.    And when you fired your first shot, did you

11    have the gun in one hand or two?

12    A.    Both hands, sir.

13    Q.    Were you using your sights?

14    A.    Yes, sir.

15    Q.    And where were you aiming when you fired your

16    first shot?

17    A.    Just upper mass, to the chest.

18    Q.    Center mass?  Like his chest, abdomen area?

19    A.    Yes, sir.  Because I know -- actually, I think

20    I aimed lower, since I did see the ballistic vest was a

21    little higher up.  So waistline area.

22    Q.    Okay.  You were trying to aim below the bullet

23    proof vest?

24    A.    Yes, sir.

25    Q.    So maybe more towards the waistline?

 1        A.    Possibly, yes, sir.  Because it's -- the vest

 2    itself is just -- doesn't cover your whole chest.  It's

 3    like a partial, so even on mine, it doesn't cover my

 4    whole abdomen.

 5        Q.    So somewhere between the waistline and maybe

 6    the lower abdomen, it's unexposed, or it's not covered

 7    by the vest, I should say?

 8        A.    Yes.

 9        Q.    And you think you were aiming for that area?

10        A.    Yes.

11        Q.    Because he had the vest on?

12        A.    Yes, sir.

13        Q.    And you're estimating he was approximately 15

14    feet from you when you fired that first shot?

15        A.    Yes.

16        Q.    Did you hear any shots being fired before you

17    fired your first shot?

18        A.    No.

19        Q.    Could you tell whether your first shot struck

20    him or not?

21        A.    No, because he kept -- he kept going forward.

22    And I did not observe any, I guess, obvious injury.

23        Q.    Okay.  And did you fire any more shots or just

24    the first shot?

25        A.    No, I did more, sir.

1     Q.    How many other shots did you fire?

2     A.    Approximately three or four.

3     Q.    How much time would you estimate passed from

4  your first shot to your second shot?

5     A.    I mean, for me, it felt like seconds.

6     Q.    Can you give me an estimate as to how many?

7     A.    Maybe 20 to 30.

8     Q.    And how much time would you estimate passed

9  from your second shot to your third shot?

10    A.    Maybe around the same range, about 30 seconds.

11    Q.    And how much time from your third shot to your

12  fourth shot?

13    A.    I can't recall if it was an actual fourth shot,

14  but if I had, probably about the same estimate, sir.

15    Q.    And after you fired your first shot, but before

16  you fired your second shot, did you hear any other

17  shots?

18    A.    No.

19    Q.    At any time did you hear any other shots, other

20  than your shots?

21    A.    Yes, sir.

22    Q.    When did you hear other shots?

23    A.    I can't give you an exact time.  I just know

24  that I did hear another shot.

25    Q.    How many other shots did you hear?

1          A.    I can't recall, sir.

2          Q.    Do you know if it was one or more than one?

3          A.    I know it was more than one, but I can't

4    recall.

5          Q.    Did it sound like they might be coming from

6    another firearm?

7          A.    Yes, sir.

8          Q.    Could you tell, generally, where the sound was

9    coming from?

10         A.    It was just from my right side.

11         Q.    Did you know if there was another deputy on

12   your right side?

13         A.    Yes.

14         Q.    And what was your understanding?

15         A.    That there was another deputy on my right side.

16         Q.    Do you now know who that deputy is?

17         A.    Yes, sir.

18         Q.    And who is that?

19         A.    Detective Vasquez.

20         Q.    And your understanding, now, is that Detective

21   Vasquez fired some shots?

22         A.    Yes, sir.

23         Q.    Do you have an understanding, now, as to what

24   type of weapon Detective Vasquez fired the shots from?

25         A.    Yes; from a shotgun, sir.

1    Q.    Where were you aiming when you fired your

2    additional shots?  At the same location?

3    A.    Yes, sir.

4    Q.    That would be, in other words, slightly below

5    the ballistic vest, from where you could tell it was?

6    A.    Yes, sir.

7    Q.    Do you recall what color this ballistic vest

8    was?

9    A.    No, sir.

10    Q.    Could you telling if he had, like, any clothing

11    on underneath the vest?

12    A.    I know he had clothing, but I can't recall the

13    type of clothing, sir.

14    Q.    Did you see him react to any of the shots as if

15    maybe he had been struck?

16    A.    Initially, no.

17    Q.    When you say "initially," are you referring to

18    your first shot or your second shot or third shot?  Or

19    what are you referring to?

20    A.    I want to say it was between the third shot and

21    then the other -- the other shot that I did not shoot.

22    Q.    Okay.  When you say the "other shot" that you

23    did not shoot, you're referring to Deputy Vasquez's

24    shots?

25    A.    Possibly.  I'm not sure if he -- he reacted to

1    my shot or his shot.

2         Q.    Okay.  What reaction did you see?

3         A.    Where the posture -- the posture changed.

4         Q.    How did it change?

5         A.    It wasn't upright.

6         Q.    Can you explain to me what you observed?  In

7    other words, did he bend backwards or forwards, however

8    you want to describe it?

9         A.    Slightly forward.

10        Q.    And were there any shots fired after he bent

11   forward?

12        A.    I believe so.

13        Q.    And how many shots do you recall hearing after

14   he bent forward?

15        A.    I recall -- I know shot or shots, but I can't

16   recall if it was one or two, or if there was.  I recall

17   shots.

18        Q.    Okay.  You recall shots after he was bent

19   forward?  You're just not sure how many?

20        A.    Because he still proceeded.  It wasn't like he

21   bent over and then motion stopped.  He still proceeded

22   to go forward in a walking motion.

23        Q.    Okay.  But am I understanding you correctly, at

24   some point his position changed from being upright to

25   being bent over to some extent?

1    A.    Not to my current recollection; but I do know

2    Homicide did a round count.

3    Q.    Okay.  Do you remember there being 13 rounds

4    left?

5    A.    Not currently, sir.

6    Q.    So are you saying you think you fired four

7    shots total; or four or five shots; or you're not sure?

8    A.     In -- I recall that was like the approximate

9    amount that I shot, but I don't know for a fact actually

10    how many I had shot.

11    Q.    Okay.  And what was the approximate amount

12    again?  It sounds like you fired one shot, and then

13    later you fired some additional shots.  Is that correct?

14    A.    Yes, sir.

15    Q.    And do you know how many additional shots --

16    how many additional shots do you think you fired after

17    the first shot?

18    A.    I thought I did for between three and four,

19    sir.

20    Q.    Three or four additional shots?

21    A.    Or just three to four shots, sir.

22    Q.    Total?

23    A.    Yes, sir.

24    Q.    Okay.  Did you ever hear Mr. Quan saying

25    anything?

1        A.    No, sir.

2        Q.    Do you recall in your statement being asked if

3   you ever saw him manipulating the firearm?

4        A.    I did not.

5        Q.    Right.  Do you recall saying in your statement

6   you did not ever see him manipulating the firearm?  Do

7   you recall saying that?

8        A.    I do not.

9        Q.    Is that correct, though?  I'm -- my question is

10  not good.  Let me try it again.

11          MR. HURRELL:  Yeah.

12  BY MR. GALIPO:

13       Q.    Okay.  Would you agree, in your statement, you

14  said you never saw him manipulating the firearm?

15       A.    I -- yes.

16       Q.    In fact, would you agree, you, yourself, never

17  saw him touching the firearm with either one of his

18  hands?

19       A.    That, I can't recall.

20       Q.    Do you recall indicating that the weapon was

21  slung in some manner on his right side?

22       A.    Yes.

23       Q.    And do you recall indicating that the barrel of

24  the weapon was pointing down?

25       A.    Yes.

```
 1        Q.    Is that what you observed?

 2        A.    Yes.

 3        Q.    And was that the position of the gun when you

 4   fired your first shot?

 5        A.    Yes, sir.

 6        Q.    And was that the position of the rifle when you

 7   fired your additional shots?

 8        A.    Yes.

 9        Q.    And how close do you think he got to you as of

10   the time of your last shot?

11        A.    Approximately, to me, maybe 12 feet.  To the

12   pedestrian in their vehicle, maybe 5 or 6 feet.

13        Q.    There was a white Tesla there.

14        A.    Yes, sir.

15        Q.    Did you ever see who was in that Tesla before

16   the shooting?

17        A.    No, sir.

18        Q.    Would you at least agree with me that you never

19   saw Mr. Quan pointing the rifle at anyone?  Would you

20   agree with that?

21        A.    No.  Because even though I did not see him,

22   based on the radio traffic that I heard, it was apparent

23   to me that somebody was injured; and then there were

24   shots that were fired.

25        Q.    Okay.
```

Jennie Quan v. County of Los Angeles, et al.
Focus Litigation Solutions

Page: 37

1      A.   So I didn't observe him, at least for me.

2      Q.   Okay.  So let me just break this down.  Would

3   you agree that you never saw him -- you, yourself, never

4   saw him pointing the firearm at anyone?  Would you agree

5   with that?

6      A.   Yes, sir.

7      Q.   And would you also agree that you, yourself,

8   never saw him raising the firearm towards anybody?

9      A.   Yes, sir.

10      Q.   And would you at least agree that you,

11   yourself, never saw him holding the firearm with both

12   hands?

13      A.   Yes, sir.

14      Q.   And finally, would you agree that you,

15   yourself, never saw his hand on or near the trigger?

16      A.   I don't think I would be able to see that,

17   based on the distance.

18      Q.   Well, did you ever see that, is what I'm

19   asking?

20      A.   Not that I can recall.

21      Q.   Did you have any specific information as to the

22   extent of any injuries, before you got there, before you

23   saw Mr. Quan?

24      A.   For the public?

25      Q.   Yes.  Did you have any specific information as

Case 2:24-cv-04805-MCS-KS   Document 49-13   Filed 10/13/25   Page 17 of 25   Page
ID #:756
Mardis et al.

1    that was supplied was accurate, and sometimes it turns

2    out the information supplied was not accurate.  Is that

3    fair?

4        A.   I guess when you say that "it's not accurate,"

5    at least in my experience, I feel that it's still

6    accurate, but it's not to the -- it's -- it's different.

7    It's not like it's saying, hey, it's right and then it's

8    left.  It's still right, but it's a different variation

9    of a right.

10       Q.   Okay.  Let me just ask you:  For example, have

11   you had calls before where somebody they -- they thought

12   somebody had a gun, and they didn't -- it turned out

13   they didn't have a gun?

14       A.   Well, we've never made -- well, at least I

15   haven't.  We have had calls that it said person with a

16   gun, and we checked area and we're unable to locate.  So

17   I can't say they did or they didn't.

18       Q.   Have you ever had calls that said somebody was

19   injured, and it turned out they weren't actually

20   injured?

21       A.   No.

22       Q.   How did Mr. Quan go to the ground, if you

23   recall?

24       A.   How, I just -- in a slow manner.

25       Q.   In other words, did he fall face down forward,

1    to the side, backwards, if you recall?

2         A.    Possibly to the side.

3         Q.    Do you recall how he ended up on the ground?

4         A.    He -- he, himself, went to the ground?

5         Q.    Right.  I just -- do you remember if he ended

6    up on his back or in some other position?

7         A.    I just recall he was on his side.

8         Q.    Do you feel at some point during this event you

9    started to panic?

10        A.    Well, yes.

11        Q.    When do you feel you started to panic?

12        A.    When I heard the priority call.

13        Q.    So even before you saw Mr. Quan, you felt you

14   started to panic?

15        A.    I don't want to say "panic"; but I was worried,

16   yeah.

17        Q.    I think in your statement, several times you

18   used the word "panic."  Do you recall that?

19        A.    No.

20        Q.    You don't recall, when you reviewed your

21   statement recently, you indicated that you started to

22   panic?

23        A.    I don't recall reading that statement, sir.

24             MR. HURRELL:  No.  He's talking about the

25   Homicide statement that you reviewed.

1              THE WITNESS:  Oh.

2              MR. HURRELL:  Your statement that you reviewed

3      the other day.

4      BY MR. GALIPO:

5         Q.   I'm talking about --

6         A.   No.

7         Q.   Just so the record's clear, I thought you said

8      you had reviewed the transcript of your statement?

9         A.   I did, sir.

10        Q.   Okay.  So I was asking about that statement,

11     just so we're clear.

12        A.   Okay.

13        Q.   Do you recall indicating in the statement that,

14     at certain points in times, you started to panic?

15        A.   Yes, sir.

16        Q.   And I guess what I was wondering is, when do

17     you think you started to panic, is what I was asking?

18        A.   When I heard the updated information.

19        Q.   Do you feel like you had additional panic once

20     you saw Mr. Quan?

21        A.   Yes.

22        Q.   Okay.

23             MR. GALIPO:  I think we've been going about an

24     hour, and we're making good progress.  Is this a good

25     time for a ten-minute break for everyone?

```
 1                THE WITNESS:  Yes, sir.
 2    BY MR. GALIPO:
 3        Q.    And what did you mean by that, that it's
 4    slinged over?
 5        A.    That it was on a sling.
 6        Q.    And what's the over part?  Like over his
 7    shoulder or over his neck?
 8        A.    Upper body.
 9        Q.    Okay.  Do you recall saying that you started to
10    panic as he was walking towards you?
11        A.    Yes.
12        Q.    Do you recall saying in your statement that you
13    believe after your first shot you fired three additional
14    rounds?
15        A.    Yes.
16        Q.    Do you recall saying that when you heard that
17    there was a stabbing victim and shots had been fired,
18    you became extremely nervous and started to panic?
19        A.    Yes.
20        Q.    And I think you've already told me this before;
21    but you recall saying in your statement that he never
22    manipulated the firearm; is that correct?
23        A.    Yes.
24        Q.    And you were also asked if he ever raised the
25    firearm at any time, and you said no.  Do you recall
```

1    that in your statement as well?

2         A.   Yes, not towards -- not towards -- at least not

3    within my view.

4         Q.   Yeah.  Do you recall being asked if he ever

5    raised the rifle at any time, and you said no?

6         A.   Well, towards my -- my point of view, no.

7         Q.   So from your point of view, did you see him

8    raise the rifle at any time?

9         A.   No.

10        Q.   Do you recall also saying that you didn't

11   believe he reacted to your first shot?

12        A.   Yes.

13        Q.   And that after he didn't react to your first

14   shot, that's when you panicked even more?  Do you recall

15   saying that?

16        A.   Yes.

17        Q.   I have a few still photos I want to show you,

18   and I'm going to start with Exhibit 1.  We're going to

19   try to put it on the screen and see if we can look at it

20   together.

21             (Exhibit Number 1 was marked.)

22             MR. GALIPO:  Can we enlarge that at all, Ms.

23   Le?  Thank you.

24   BY MR. GALIPO:

25        Q.   Are you able to see that on your screen?

```
 1              MR. GALIPO:  Please stop it.  Let's just go
 2    back a little bit.  Okay.  Play from there.  And I'm
 3    going to have you stop it at some point.
 4              (Video being played.)
 5              MR. GALIPO:  Let's stop.
 6    BY MR. GALIPO:
 7         Q.   So that first shot, did you hear the first
 8    shot?
 9         A.   Yes.
10         Q.   Would -- as far as you know, that would have
11    been your shot?
12         A.   Yes.
13         Q.   Okay.
14              MR. GALIPO:  And we stopped it at 5:22 and
15    11:45:06.
16              Please go briefly forward, and I'll let you
17    know when to stop it again.
18              (Video being played.)
19              MR. GALIPO:  Stop.
20    BY MR. GALIPO:
21         Q.   Okay.  You see him -- we stopped it at 5:30.
22    You see him, Mr. Quan, bent forward at this point?
23         A.   Yes, sir.
24         Q.   Do you recall him being in that position before
25    he went to the ground?
```

1  BY MR. GALIPO:

2      Q.   Could you tell if there were any shots fired

3  after your last shot?

4      A.   Yes, sir.

5      Q.   It sounded like there was one?

6      A.   Yes.

7      Q.   And did that come from your right side?

8      A.   Yes, sir.

9      Q.   Okay.

10         MR. GALIPO:  Thank you for that, Ms. Le.

11     Q.   Okay.  I think I'm just about done, Tom.  I'll

12  take five minutes and look at my notes, and we'll come

13  back and we'll get it wrapped up.

14         MR. HURRELL:  Great.

15         MR. GALIPO:  Thank you, all.

16         THE VIDEOGRAPHER:  We're off the record at

17  11:41 a.m.

18         (Break taken.)

19         THE VIDEOGRAPHER:  We're back on the record at

20  11:46 a.m.

21  BY MR. GALIPO:

22     Q.   To your knowledge, had you ever seen Mr. Quan

23  before that day?

24     A.   No.

25     Q.   Did you have any knowledge or information about

1    his background?

2        A.    No.

3        Q.    At some point, did it appear to you that he had

4    like a blank stare on his face?

5        A.    No.

6        Q.    Do you recall saying that, ever, in your

7    statement, that he had a blank stare?

8        A.    Yes.

9        Q.    Also, in your statement, do you recall saying

10   that he never touched the gun, but it was within his

11   reach?

12       A.    Yes.

13       Q.    And is that your recollection?

14       A.    Yes.

15       Q.    I've been using "Mr. Quan."  I think,

16   technically, the decedent's name is Mr. Chin.  So I

17   apologize for that.  When I was saying "Quan," were you

18   understanding I was referring to the decedent?

19       A.    Yes.

20       Q.    Okay.  In terms of your training on deadly

21   force, were you trained that, to use deadly force, the

22   person needs to have the ability, opportunity, and

23   apparent intent to immediately cause death or serious

24   bodily injury?

25       A.    Yes.

STATE OF CALIFORNIA)
                   ) ss:
COUNTY OF BUTTE    )

     I, KIMBERLY E. D'URSO, do hereby certify:

     That the witness named in the foregoing deposition was present remotely and duly sworn to testify to the truth in the within-entitled action on the day and date and at the time and place therein specified;

     That the testimony of said witness was reported by me in shorthand and was thereafter transcribed through computer-aided transcription;

     That the foregoing constitutes a full, true and correct transcript of said deposition and of the proceedings which took place;

     Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

     That I am a certified stenographic reporter and a disinterested person to the said action;

     IN WITNESS WHEREOF, I have hereunder subscribed my hand this 30th day of September, 2025.

_____

KIMBERLY D'URSO, CSR NO. 11372, RPR