LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq.; Hang D. Le, Esq.
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br>PLAINTIFF(S)<br>v.<br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br>DEFENDANT(S). | CASE NUMBER:<br>2:24-cv-04805-MCS-KS<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit 2 to the Declaration of Hang D. Le - Hector Vazquez Bodyworn Camera Video
Exhibit 11 to the Declaration of Hang D. Le - Marisol Barajas Bodyworn Camera Video

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

October 13, 2025
Date

Hang D. Le
Attorney Name

Plaintiff Jennie Quan
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)   NOTICE OF MANUAL FILING OR LODGING