UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:24-cv-04805-MCS-KS | Date: | November 3, 2025 |

| | |
|---|---|
| Title: | Jennie Quan v. County of Los Angeles et al |

| | |
|---|---|
| Present: The Honorable | **MARK C. SCARSI, United States District Judge** |

| Daniel Tamayo | C/S 11-4-2025 |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Hang Dieu Le | Thomas C. Hurrell |
| | Jerad J. Miller |

**Proceedings:** **Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment [47]**

    Case called. The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

: 15