**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**JOINT EXHIBIT LIST**<br><br>Final Pretrial Conference:<br>Date:　January 26, 2026<br>Time:　2:00 p.m.<br>Crtrm:　7C<br><br>Trial:<br>Date:　February 10, 2026 |

**TO THE HONORABLE COURT**:

Plaintiff Jennie Quan and Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez, by and through their respective counsel of record, hereby submit their Joint Exhibit List pursuant to the Court's Order re: Jury/Court Trial.

DATED:  January 5, 2026          LAW OFFICES OF DALE K. GALIPO

                                 By      /s/ Hang D. Le
                                    Dale K. Galipo
                                    Hang D. Le
                                    Attorneys for Plaintiff

DATED:  January 5, 2026          HURRELL CANTRALL LLP

                                 By      /s/ Jerad J. Miller*
                                    Thomas C. Hurrell
                                    Janet J. Hur
                                    Jerad J. Miller
                                    Attorneys for Defendant, County of Los Angeles

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

## PLAINTIFF'S EXHIBITS

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Bodyworn Camera Video of Hector Vazquez (COLA 00855) | | | |
| 2 | Bodyworn Camera Video of Marisol Barajas (COLA 00854) | | | |
| 3 | Synced video of shots from Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 4 | Synced and stabilized video of shots from Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 5 | Synced video of Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 6 | Synced and stabilized video of Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 7 | Frame-by-frame of synced video of shots from Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 8 | Frame-by-frame of synced video of Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 9 | Frame-by-frame of synced and stabilized video of Vazquez and Barajas's BWCs | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 10 | Synced video of Vazquez and Barajas's BWCs, with audio sourced from Vazquez's BWC | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 11 | Synced video of shots from Vazquez and Barajas's BWCs, with audio sourced from Vazquez's BWC | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 12 | Synced and stabilized video of shots from Vazquez and Barajas's BWCs, with audio from Vazquez's BWC | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 13 | Synced video of Vazquez and Barajas's BWCs, with audio sourced from Barajas's BWC | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 14 | Synced video of shots from Vazquez and Barajas's BWCs, with audio sourced from Vazquez's BWC | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 15 | Synced and stabilized video of shots from Vazquez and Barajas's BWCs, with audio from Barajas's BWC | Defendants' objections: Fed. R. Evid. 901, 403, 801; lacks foundation; relevance; hearsay | | |
| 16 | Bodyworn Camera Video from Deputy German Perez (COLA 00856) | | | |
| 17 | Bodyworn Camera Video from Deputy Chad Holland (COLA 00857) | | | |
| 18 | Bodyworn Camera Video from Deputy Kyle Toves (COLA 00858) | | | |
| 19 | Bodyworn Camera Video from Deputy Sotelo, J. (COLA 00859) | | | |
| 20 | Bodyworn Camera Video from Deputy Carlos De La Torres (COLA 00882) | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 21 | Bodyworn Camera Video capturing ambulance transportation of Benjamin Chin to the hospital (COLA 00853) | | | |
| 22 | Radio Traffic from Dispatch 6 (COLA 00887) (ID Only) | | | |
| 23 | Radio Traffic from Walnut L-Tac (COLA 00889) | | | |
| 24 | Radio Traffic from Walnut Metro (COLA 00891) | | | |
| 25 | Audio Recording of Interview of Deputy Hector Vazquez (COLA 00752) (ID Only) | | | |
| 26 | Transcript of Interview of Deputy Hector Vazquez (COLA 01021-01039) (ID Only) | | | |
| 27 | Audio Recording of Interview of Deputy Marisol Barajas (COLA 00755, 0756, 0757) (ID Only) | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 28 | Transcript of Interview of Deputy Marisol Barajas (COLA 00971-00998) (ID Only) | | | |
| 29 | Audio Recording of Interview of Deputy Chad Holland (COLA 00748) (ID Only) | | | |
| 30 | Transcript of Interview of Deputy Chad Holland (COLA 00918-00931) (ID Only) | | | |
| 31 | Audio Recording of Interview of Deputy Christopher Bronowicki (COLA 00749) (ID Only) | | | |
| 32 | Transcript of Interview of Deputy Christopher Bronowicki (COLA 1001-1016) (ID Only) | | | |
| 33 | Audio Recording of Interview of Deputy German Perez (COLA 00750) (ID Only) | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 34 | Transcript of Interview of Deputy German Perez (COLA 00932-00952) (ID Only) | | | |
| 35 | Audio Recording of Interview of Deputy Kyle Toves (COLA 00753) (ID Only) | | | |
| 36 | Transcript of Interview of Deputy Kyle Toves (COLA 00955-00967) (ID Only) | | | |
| 37 | Audio Recording of Interview of Deputy Carlos De La Torres (COLA 00746) (ID Only) | | | |
| 38 | Transcript of Interview of Deputy Carlos De La Tores (COLA 00901-00914) (ID Only) | | | |
| 39 | Photographs of Deputy Marisol Barajas after the incident (COLA 00315-00321) | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 40 | Los Angeles County Fire Department Emergency Medical Services Record of Benjamin Chin | Defendants' objections: Fed. R. Evid. 801; hearsay | | |
| 41 | Medical Records of Benjamin Chin from Pomona Valley Hospital Medical Center (PLT 00273-314) | Defendants' objections: Fed. R. Evid. 801; hearsay | | |
| 42 | County of Los Angeles Autopsy Report of Benjamin Chin (PLT 00002-00034) | Defendants' objections: Fed. R. Evid. 801; hearsay | | |
| 43 | Selected Autopsy Photos of Benjamin Chin (PLT 00323 (redacted), 326, 328, 330, 380 (redacted), 388, 389 (redacted), 390 (redacted), 392 (redacted), 394, 396, 409 (redacted), 410 (redacted) | Defendants' objections: Fed. R. Evid. 403, 801; relevance; hearsay; unduly prejudicial | | |
| 44 | Cancelled Check from Benjamin Chin to Jennie Quan (PLT 00037) | Defendants' objections: Fed. R. Evid. 403, 801; relevance; hearsay; unduly prejudicial | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 45 | Benjamin Chin Bachelor of Science Diploma from Cal Poly Pomona (PLT 00038-39) | Defendants' objections: Fed. R. Evid. 403, 801; relevance; hearsay; unduly prejudicial | | |
| 46 | Photographs of Benjamin Chin and Benjamin Chin with Family (PLT 00040-85) | Defendants' objections: Fed. R. Evid. 403; relevance; unduly prejudicial | | |
| 47 | Jennie Quan Kaiser Permanente Therapy Records (PLT 00086-00272) | Defendants' objections: Fed. R. Evid. 403; relevance; unduly prejudicial | | |
| 48 | BWC Still Shots from Marisol Barajas Deposition | | | |
| 49 | BWC Still Shots from Hector Vazquez Deposition | | | |
| 50 | Exhibits 50-100 reserved for Plaintiff | | | |

///
///
///
///
///
///
///
///

**DEFENDANTS' EXHIBITS**

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 101. | Incident Report (COLA 00006 – 00016) | Plaintiff's objections:<br><br>Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 102. | J. Sotelo Supplemental Report (COLA 00017 – 00019) | Plaintiff's objections:<br><br>Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 103. | J. Segura Supplemental Report (COLA 00020 – 00022) | Plaintiff's objections:<br><br>Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 104. | S. Granados Supplemental Report (COLA 00021 – 00023) | Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 105. | Detective Han (COLA 00024 – 00025) | Plaintiff's objections:<br><br>Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 106. | R. Suarez Jr. Supplemental Report (COLA 00036 - 00037) | Plaintiff's objections:<br><br>Fed. R. Evid. 802, hearsay for which there is no exception. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 107. | LASD Supplemental Report (COLA 00041 – 00075) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 108. | Witness Interview Summaries (COLA 00076 – 00079) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 109. | Prior Mental Health Incidents (COLA 00080 – 00082) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 110. | Benjamin Chin DMV Report (COLA 00088 – 00104) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 111. | Examination of Evidence (COLA 00107 – 00141) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 112. | March 7, 2019 Incident & Supplemental Report (COLA 00142 – 00154) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 113. | Benjamin Chin's Restraining Order (COLA 00155 – 00193) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 114. | June 17, 2023 Incident Report (COLA 00201 – 00210) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 115. | Vergel Sandifer Audio Interview (COLA 00745) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 116. | Syed Razvi Audio Interview (COLA 00744) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 117. | Janet Johansen Audio Interview (COLA 00742) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 118. | Brandon Wiseman Audio Interview (COLA 00741) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 119. | Marisol Barajas Body-Worn Camera (COLA 00854) | | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 120. | Hector Vazquez Body-Worn Camera (COLA 00855) | | | |
| 121. | German Perez Body-Worn Camera (COLA 00856) | | | |
| 122. | Chad Holland Body-Worn Camera (COLA 00857) | | | |
| 123. | Kyle Toves Body-Worn Camera (COLA 00858) | | | |
| 124. | J. Sotelo Body-Worn Camera (COLA 00859) | | | |
| 125. | Christopher De La Torre Body-Worn Camera (COLA 00882) | | | |
| 126. | Body-Worn Camera of Plaintiff's Treatment After Stabbing (COLA 00291) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant. | | |
| 127. | Video of Benjamin Chin Stabbing Plaintiff (COLA 00818) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion/waste of time if relevant. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 128. | Benjamin Chin Lifting Rifle in Neighborhood (COLA 00835) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion/waste of time if relevant. | | |
| 129. | Benjamin Chin Walking Around Neighborhood (COLA 00758; 00832 - 00833) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion/waste of time if relevant. | | |
| 130. | Hospital Body-Worn Camera (COLA 00294; 00297 – 00298; COLA 00300 – 00303) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion/waste of time if relevant. | | |
| 131. | LASD Policies (COLA 00328 – 00479) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 132. | Benjamin Chin Journal/Documentary Evidence (COLA 00480 – 00740) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion/waste of time if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 133. | Witness and Deputy Audio Interviews (COLA 00741 – 00835) | Plaintiff's objections: Fed. R. Evid. 403, cumulative, prejudicial; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 134. | Dispatch Audio (COLA 00887 - 00888) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 135. | L-TAC Audio (COLA 00889 – 00890) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 136. | Walnut Station Audio (COLA 00891 – 00892) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 137. | Dispatch, L-TAC and Walnut Station Audio Details (COLA 00893 – 00900) | Plaintiff's objections: Fed. R. Evid. 402, 403; not relevant; prejudicial/confusion/waste of time if relevant; Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 138. | Hector Vazquez Interview Transcript (COLA 01021 – 01039) | Fed. R. Evid. 802, hearsay for which there is no exception. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 139. | Marisol Barajas Interview Transcript (COLA 00971 – 00998) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 140. | Chad Holland Interview Transcript (COLA 00918 – 00931) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 141. | Christopher Bronowicki Interview Transcript (COLA 1001 – 1016) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 142. | Carlos De La Torre Interview Transcript (COLA 00901 – 00914) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 143. | German Perez Interview Transcript (COLA 00932 – 00952) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 144. | Kyle Toves Interview Transcript (COLA 00953 – 00967) | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 145. | Autopsy Report | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |

| Exhibit Number | Description | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 146. | County of Los Angeles Fire Department Records | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 147. | Benjamin Chin's Pomona Valley Hospital Records | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 148. | John Marehbian, MD Expert Report | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 149. | Joel Suss Expert Report | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 150. | Ed Flosi Expert Report | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |
| 151. | Parris Ward Expert Report and Synchronized Videos | Plaintiff's objections: Fed. R. Evid. 802, hearsay for which there is no exception. | | |