**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

1 **TO THE HONORABLE COURT**:

2     Pursuant to the Court's Order re: Jury/Court Trial, Plaintiff Jennie Quan and
3 Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez, by and
4 through their respective counsel of record, hereby submit this Joint Status Report
5 Regarding Settlement.

6     A mediaition pursuant to ADR Procedure No. 2 was held on April 2, 2025
7 before ADR Panel Mediator Phyllis Cheng. The individual parties, their respective
8 trial counsel, and/or representatives appeared as require by Local Rule 16-15.5(b).

9     The parties were unable to reach a settlement. Plaintiff remains open to
10 reopening settlement discussions should circumstances change.

11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Respectfully submitted,

DATED:  January 5, 2026                LAW OFFICES OF DALE K. GALIPO


                                       By          */s/ Hang D. Le*
                                          Dale K. Galipo
                                          Hang D. Le
                                          Attorneys for Plaintiff


DATED: January 5, 2026                 HURRELL CANTRALL LLP


                                       By          */s/ Jerad J. Miller*
                                          Thomas C. Hurrell
                                          Janet J. Hur
                                          Jerad J. Miller
                                          Attorneys for Defendant, County of Los Angeles

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.