**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY OF DEFENSE EXPERT EDWARD T. FLOSI FROM TRIAL**<br><br>Final Pretrial Conference:<br>Date:   January 26, 2026<br>Time:   2:00 p.m.<br>Crtrm:  7C<br><br>Trial:<br>Date:   February 10, 2026 |

# [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Motion in Limine No. 2 to Exclude Testimony of Defense Expert Edward T. Flosi from Trial, IT IS HEREBY ORDERED that Plaintiffs' Motion in Limine No. 2 is GRANTED. Defense expert Edward T. Flosi is excluded from offering any opinions constituting legal conclusions, offering any opinions on the position of Decedent's right hand from the video evidence, and offering any opinions regarding reaction-perception time, reactionary gaps, and related concepts.

**IT IS SO ORDERED.**

**DATED:**                                             _____

                                        **HON. MARK C. SCARSI**

                                        UNITED STATES DISTRICT JUDGE