**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>                    Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF DEFENSE EXPERT JOHN MARAHEBIAN, MD NOT DISCLOSED IN REBUTTAL REPORT**<br><br>Final Pretrial Conference:<br>Date:    January 26, 2026<br>Time:    2:00 p.m.<br>Crtrm:  7C<br><br>Trial:<br>Date:    February 10, 2026 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF DEFENSE EXPERT JOHN MARAHEBIAN, MD NOT DISCLOSED IN REBUTTAL REPORT

1

## [PROPOSED] ORDER

2

Having considered the papers filed in support of and in opposition of

3 Plaintiffs' Motion in Limine No. 3 to Exclude Evidence Opinions of Defense Expert

4 John Marehbian, MD Not Disclosed in Rebuttal Report, IT IS HEREBY ORDERED

5 that Plaintiffs' Motion in Limine No. 3 is GRANTED. Defendants are hereby

6 precluded from introducing evidence, testimony, argument or reference to defense

7 expert Dr. Marehbian's opinions that were not disclosed in his Rule 26 Rebuttal

8 Report.

9

10 **IT IS SO ORDERED.**

11 **DATED:**                                    _____

12                                                         **HON. MARK C. SCARSI**

13                                                         UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS OF DEFENSE EXPERT JOHN MARAHEBIAN, MD NOT DISCLOSED IN REBUTTAL REPORT