**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE INFORMATION NOT KNOWN TO DEFENDANT DEPUTIES AT THE TIME OF THE INCIDENT**<br><br>Final Pretrial Conference:<br>Date:   January 26, 2026<br>Time:   2:00 p.m.<br>Crtrm:  7C<br><br>Trial:<br>Date:   February 10, 2026 |

## [PROPOSED] ORDER

Having considered the papers filed in support of and in opposition of Plaintiffs' Motion in Limine No. 4 to Exclude Evidence or References to Information Not Known to Defendant Deputies at the Time of the Incident, IT IS HEREBY ORDERED that Plaintiffs' Motion in Limine No. 4 is GRANTED. Defendants are precluded from introducing evidence, argument, or references to information not known to the defendant deputies at the time of the incident at trial.

**IT IS SO ORDERED.**

**DATED:** _____

**HON. MARK C. SCARSI**

UNITED STATES DISTRICT JUDGE