**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**DECLARATION OF HANG D. LE IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE NOS. 1-4**<br><br>Final Pretrial Conference:<br>Date:   January 26, 2026<br>Time:   2:00 p.m.<br>Crtrm:  7C<br><br>Trial:<br>Date:   February 10, 2026 |

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the United States District Court for the Central District of California. I make this Declaration in Support of Plaintiff's Motions in Limine Nos. 1-4. I have personally familiar with the matters stated herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit 1**" is a true and correct copy of the Rule 26 Report of County Defendants' human factors expert, Joel Suss, Ph.D.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant portions of the Deposition of Joel Suss, Ph.D.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the Rule 26 Report of County Defendants' police practices expert, Edward T. Flosi.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant portions of the Deposition of Edward T. Flosi.

6. Attached hereto as "**Exhibit 5**" is a true and correct copy of the Rule 26 Report of County Defendants' rebuttal neurologist expert, John Marehbian, MD.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 5th day of January 2026, in Los Angeles, California.

_/s/ Hang D. Le_