**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>                              Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>                              Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**JOINT STATEMENT OF THE CASE** |

**<u>TO THE HONORABLE COURT</u>**:

Pursuant to the Court's Order re: Jury/Court Trial, Plaintiff Jennie Quan and Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez, by and through their respective counsel of record, hereby submit this Joint Statement of the Case:

This case arises out the fatal shooting of Benjamin Chin by County of Los Angeles Sheriff's Department Deputies Marisol Barajas and Hector Vazquez on June 19, 2023, near the intersection of Crooked Creek Drive and Diamond Bar Boulevard in Diamond Bar, California. The Plaintiff is Jennie Quan, Mr. Chin's mother. The Defendants are Deputies Marisol Barajas, Hector Vazquez, and the County of Los Angeles.

Plaintiff contends that Deputies Marisol Barajas and Hector Vazquez used excessive and unreasonable force against Mr. Chin. Plaintiff further contends that the deputies were negligent in their conduct and use of force against Mr. Chin. Plaintiff seeks damages to the extent permitted by law.

Defendants deny these claims and contend that the deputies' actions and use of force were reasonable under the circumstances.

//
//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

DATED:  January 12, 2026          LAW OFFICES OF DALE K. GALIPO


By_____*/s/ Hang D. Le*_____
        Dale K. Galipo
        Hang D. Le
        Attorneys for Plaintiff



DATED: January 12, 2026          HURRELL CANTRALL LLP


By_____*/s/ Jerad J. Miller**_____
        Thomas C. Hurrell
        Jerad J. Miller
        Attorneys for Defendants


*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.