**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRE-TRIAL CONFERENCE ORDER**<br><br><u>Final Pretrial Conference</u>:<br>Date:   January 26, 2026<br>Time:   2:00 p.m.<br>Crtrm:  7C<br><br><u>Trial</u>:<br>Date:   February 10, 2026 |

**TO THE HONORABLE COURT**:

PLEASE TAKE NOTICE THAT the parties hereby jointly lodge the following [Proposed] Final Pre-Trial Conference Order

Respectfully submitted,

DATED:  January 12, 2026          LAW OFFICES OF DALE K. GALIPO


By _____*/s/ Hang D. Le*_____
   Dale K. Galipo
   Hang D. Le
   Attorneys for Plaintiff


DATED: January 12, 2026          HURRELL CANTRALL LLP


By _____*/s/ Jerad J. Miller**_____
   Thomas C. Hurrell
   Jerad J. Miller
   Attorneys for Defendants

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.