**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>                              Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>                              Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**DECLARATION OF JENNIE QUAN AS SUCCESSOR IN INTEREST TO BENJAMIN CHIN (CCP § 377.32)**<br><br>[Cal. Code Civ. Proc. §373] |

I, Jennie Quan, do hereby declare and state as follows:

1.     I am a competent adult over the age of eighteen and the natural mother of the decedent Benjamin Chin ("Decedent").

2.     I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3.     Decedent's death occurred on June 19, 2023, in the City of Pomona, California.

4.     No proceeding is currently pending in California for the administration of Decedent's estate.

5.     I am Decedent's successor-in-interest as defined in § 377.11 of the California Code of Civil Procedure. I succeed to Decedent's interest in this action or proceeding as his biological mother.

6.     No other person has a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding.

7.     A true and correct copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Jennie Quan, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   1/8/2026   in   LOs Angeles County  , California.

Signed by:

*Jennie Quan*

DBD312DBD3E0405...

Jennie Quan

DECLARATION OF JENNIE QUAN AS SUCCESSOR IN INTEREST TO BENJAMIN CHIN (CCP § 377.32)