# Exhibit A

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023144941
LOCAL REGISTRATION NUMBER: 3202319032158

1. NAME OF DECEDENT—FIRST: BENJAMIN
2. MIDDLE: EDWARD
3. LAST (FAMILY): CHIN
4. DATE OF BIRTH: 01/06/1993
5. AGE: 30
6. SEX: M
7. DATE OF DEATH: 06/19/2023
8. HOUR: 2309
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES: NO
12. MARITAL STATUS: NEVER MARRIED
15. DECEDENT'S RACE: CHINESE
16. EDUCATION: BACHELOR
17. HISPANIC/LATINO/SPANISH: NO
13. USUAL OCCUPATION: COMPUTER ENGINEER
18. KIND OF BUSINESS OR INDUSTRY: ENGINEERING
19. YEARS IN OCCUPATION: 2

20. DECEDENT'S RESIDENCE: 2962 CROOKED CREEK DRIVE
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 91765
24. YEARS IN COUNTY: 24
25. STATE/FOREIGN COUNTRY: CA
21. CITY: DIAMOND BAR
27. INFORMANT'S MAILING ADDRESS: 2962 CROOKED CREEK DRIVE, DIAMOND BAR, CA 91765
26. INFORMANT'S NAME, RELATIONSHIP: JENNIE Y QUAN, MOTHER

28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: —
31. NAME OF FATHER/PARENT—FIRST: EDDY
32. MIDDLE: NYUK KWONG
33. LAST: CHIN
34. BIRTH STATE: BRUNEI
35. NAME OF MOTHER/PARENT—FIRST: JENNIE
36. MIDDLE: Y
37. LAST (BIRTH NAME): QUAN
38. BIRTH STATE: CHINA

39. DISPOSITION DATE: 07/11/2023
40. PLACE OF FINAL DISPOSITION: FOREST LAWN MEMORIAL PARKS AND MORTUARIES, 1712 S. GLENDALE AVE., GLENDALE, CA 91205
41. TYPE OF DISPOSITION(S): BURIAL
42. SIGNATURE OF EMBALMER: ASH WANG
43. LICENSE NUMBER: EMB9753
44. NAME OF FUNERAL ESTABLISHMENT: FOREST LAWN MEMORIAL-PARKS & MORTUARIES
45. LICENSE NUMBER: FD656
46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
47. DATE: 07/05/2023

101. PLACE OF DEATH: POMONA VALLEY HOSPITAL MEDICAL CENTER
102. HOSPITAL: ER/OP
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 1798 N. GAREY AVE
106. CITY: POMONA

107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): MULTIPLE GUNSHOT WOUNDS
Time Interval: HOURS
Referral No: 2023-07399
108. DEATH REPORTED TO CORONER: YES
109. BIOPSY PERFORMED: NO
110. AUTOPSY PERFORMED: YES
111. USED IN DETERMINING CAUSE: YES

112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: NONE
113. WAS OPERATION PERFORMED: EXPLORATORY LAPAROTOMY AND THORACOTOMY DATE UNKNOWN
113A. DECEDENT PREGNANT IN LAST YEAR: NO

119. MANNER OF DEATH: Homicide
120. INJURED AT WORK? NO
121. INJURY DATE: 06/19/2023
122. HOUR: 1136
122. PLACE OF INJURY: OTHER: INTERSECTION
124. DESCRIBE HOW INJURY OCCURRED: SHOT BY ANOTHER PERSON(S)
125. LOCATION OF INJURY: CROOKED CREEK DRIVE AND SOUTH DIAMOND BAR BOULEVARD, DIAMOND BAR, CA 91765
126. SIGNATURE OF CORONER / DEPUTY CORONER: EVONNE R-JACKSON
127. DATE: 07/03/2023
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER: EVONNE R-JACKSON, DEP CORONER

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

Health Officer and Registrar, MD
DATE ISSUED: JUL 14 2023



*003939496*