UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-04805-MCS-KS | Date February 4, 2026 |
| Title *Quan v. County of Los Angeles* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER REQUIRING STATUS REPORT**

At the final pretrial conference, the Court directed the parties to meet and confer by February 3, 2026, regarding (1) Plaintiff's fourth motion in limine to exclude evidence or references to information not known to Defendants at the time of the incident, (2) Defendants' second motion in limine to preclude Plaintiff from displaying autopsy and post-shooting photographs of Decedent, (3) revised sets of agreed and disputed jury instructions, (4) a revised proposed jury verdict form, and (5) a revised proposed final pretrial conference order. (*See* Mins., ECF No. 91.)

The parties filed revised sets of agreed and disputed jury instructions, but they have not provided the Court with an update concerning any of the other issues raised during the final pretrial conference. The Court orders the parties to provide a joint status report concerning each of these remaining issues by Friday, February 6, at noon. Along with the joint status report, the parties shall file a revised proposed jury verdict form and a revised proposed final pretrial conference order.

**IT IS SO ORDERED.**