HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR PERMISSION TO PRESENT TESTIMONY BY CONTEMPORANEOUS TRANSMISSIONS [FRCP 43(a)]**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On February 9, 2026 at 9:00 a.m., in Department "7C" of the above-entitled Court, Defendants COUNTY OF LOS ANGELES, MARISOL BARAJAS AND HECTOR VAZQUEZ (collectively, "Defendants") *Ex Parte* Application for Permission to Present Testimony By Contemporaneous Transmissions [FRCP 43(a)] came on regularly for hearing before this Court. Appearances are as noted on the record.

After full and fair consideration of the moving and supporting papers and

evidence, this Court GRANTS Defendants' *ex parte* application. Jonathan Marehbian, M.D., is permitted to present testimony by live contemporaneous transmission.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
HONORABLE MARK C. SCARSI