**NOTE CHANGES BY THE COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR PERMISSION TO PRESENT TESTIMONY BY CONTEMPORANEOUS TRANSMISSIONS [FRCP 43(a)] (ECF Nos. 96 and 97)**<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

~~On February 9, 2026 at 9:00 a.m., in Department "7C" of the above entitled Court, Defendants COUNTY OF LOS ANGELES, MARISOL BARAJAS AND HECTOR VAZQUEZ (collectively, "Defendants") *Ex Parte* Application for Permission to Present Testimony By Contemporaneous Transmissions [FRCP 43(a)] came on regularly for hearing before this Court. Appearances are as noted on the record.~~

1    After full and fair consideration of the moving and supporting papers and
2 evidence, this Court GRANTS Defendants' *ex parte* application. Jonathan Marehbian,
3 M.D., is permitted to present testimony by live contemporaneous transmission. **The**
4 **hearing set for Monday, February 9, at 9:00 a.m. is vacated.**

6    **IT IS SO ORDERED.**

8 DATED: February 6, 2026

*[signature: Mark C. Scarsi]*

Mark C. Scarsi
United States District Judge

2