**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**JOINT AMENDED PROPOSED DISPUTED VERDICT FORMS**<br><br>Trial:<br>Date:   February 10, 2026 |

**TO THE HONORABLE COURT**:

Plaintiff Jennie Quan and Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez, by and through their respective counsel of record, hereby submit their Joint Amended Proposed Disputed Verdict Forms pursuant to the Court's Order re: Jury/Court Trial.

DATED: February 6, 2026         LAW OFFICES OF DALE K. GALIPO

                                By  */s/ Hang D. Le*
                                    Dale K. Galipo
                                    Hang D. Le
                                    Attorneys for Plaintiff

DATED: February 6, 2026         HURRELL CANTRALL LLP

                                By  */s/ Jerad J. Miller*\*
                                    Thomas C. Hurrell
                                    Jerad J. Miller
                                    Attorneys for Defendant, County of Los Angeles

\*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.

# PLAINTIFFS' PROPOSED VERDICT FORM

We, the jury in the above-entitled action, find the following:

**QUESTION 1:** Did any of the following deputies use excessive or unreasonable force against Benjamin Chin?

| | | |
|---|---|---|
| Marisol Barajas | YES _____ | NO _____ |
| Hector Vazquez | YES _____ | NO _____ |

*If you answered "Yes" to any defendant in Question 1, please proceed to answer Question 2 for that defendant and use of force.*

*If you answered "No" to all defendants and uses of force in Question 1, please skip Question 2 and proceed to Question 3.*

**QUESTION 2:** Was the use of excessive or unreasonable force a cause of Benjamin Chin's harm, damage, injury, or loss?

| | | |
|---|---|---|
| Marisol Barajas | YES _____ | NO _____ |
| Hector Vazquez | YES _____ | NO _____ |

*Please answer Question 3.*

**QUESTION 3:** Were any of the involved deputies negligent towards Benjamin Chin?

| | | |
|---|---|---|
| Marisol Barajas | YES _____ | NO _____ |
| Hector Vazquez | YES _____ | NO _____ |

*If you answered "yes" to any defendant in Question 3, please proceed to answer Question 4 for that defendant(s).*

*If you answered "no" to all defendants in Question 3, but "yes" to any defendants in Question 1 and "yes" to the corresponding defendant in Question 2, please proceed to answer "Question 8."*

*If you answered "no" to all defendants in Question 1 and "no" to all defendants in Question 3, please sign and return this form.*

*If you answered "no" to all defendants and uses of force in Question 2, "no" to all defendants in Question 3, please sign and return this form.*

**QUESTION 4:** Was the negligence of any of the involved deputies a cause of Benjamin Chin's harm or death?

Marisol Barajas                          YES _____        NO _____
Hector Vazquez                          YES _____        NO _____

*If you answered "yes" to any defendant in Question 4, please proceed to the next question.*

*If you answered "no" to all defendants in Question 4, but "yes" to any defendant in Questions 1 and 2, please skip Questions 5-7 and proceed to answer Question 9.*

*If you answered "no" to all defendants in Question 4 and "no" to all defendants in Questions 1 and/or 2, please sign and return this form.*

**QUESTION 5:** Was Benjamin Chin negligent?

                                        YES _____   NO _____

*If you answered "yes" to Question 5, please proceed to Question 6.*

*If you answered "no" to Question 5, please skip Questions 6-7 and proceed to Question 9.*

**QUESTION 6:** Was Benjamin Chin's negligence a cause of his injury or harm?

YES _____      NO _____

*If you answered "yes" to Question 6, please proceed to Question 7.*
*If you answered "no" to Question 6, please proceed to Question 8.*

**QUESTION 7:** What percentage of responsibility for Benjamin Chin's harm or injury do you assign to the negligent conduct, if any, of the following?

| | |
|---|---|
| Marisol Barajas | _____% |
| Hector Vazquez | _____% |
| Benjamin Chin | _____% |
| TOTAL | 100 % |

*If you answered "yes" to any defendant in Question 1, please proceed to Question 8 for that defendant(s).*

*If you answered "no" to all defendants in Question 1, please proceed to Question 9.*

//
//
//
//

**QUESTION 8**: Did any of the deputies act in reckless disregard for Benjamin Chin's constitutional right to be free from excessive force?

Marisol Barajas          YES _____       NO _____
Hector Vazquez           YES _____       NO _____

*Please proceed to the next question.*

**QUESTION 9**: What are Benjamin Chin's damages for his pre-death pain and suffering?

$_____

*If you answered "yes" to any defendant in Questions 1 and 2, please proceed to Question 10.*

*If you answered "no" to all defendant in Questions 1 and 2, but "yes" to any defendant in Questions 3 and 4, please skip Question 10 and proceed to answer Question 11.*

**QUESTION 10**: What are Benjamin Chin's damages for his loss of enjoyment of life?

$_____

*Please proceed to the next question.*
.

**QUESTION 11**: What are the Plaintiff Jennie Quan's wrongful death damages for the loss of her son?

Past loss                                              $_____

Future loss                                            $_____

*If you answered "yes" to any defendant in Questions 1 and 2, please proceed to answer Question 12.*

*If you answered "no" to all defendants in Questions 1 and 2, please sign and return this form.*

*Please sign and date this verdict form and return it to the Court.*

Dated:      _____              Signed:      _____
                                                                    Jury Foreperson

# DEFENDANTS' PROPOSED VERDICT FORM

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

## 42 U.S.C. § 1983 CLAIM BASED ON ALLEGED FOURTH AMENDMENT EXCESSIVE FORCE

**QUESTION NO. 1:** Did Jennie Quan prove by a preponderance of the evidence that any of the following defendants used unreasonable force against Benjamin Chin, in violation of Benjamin Chin's Fourth Amendment rights?

    Marisol Barajas        Yes ____    No ____

    Hector Vazquez       Yes ____    No ____

*If you answered "No" to all defendants in Question No. 1, please STOP here, answer no further questions, and have the presiding juror sign, date and return this form.*

*If you answered "Yes" as to any defendant, please proceed to Question No. 2.*

**QUESTION NO. 2:** Did Jennie Quan prove by a preponderance of the evidence that the defendant's conduct was the cause of injury to Benjamin Chin?

*(Answer only as to that defendant for whom you answered "Yes" in Question No. 1.)*

    Marisol Barajas       Yes ____    No ____

    Hector Vazquez       Yes ____    No ____

*Please proceed to Question No. 3.*

# CALIFORNIA STATE LAW CLAIM BASED ON ALLEGED BATTERY BY PEACE OFFICER

**QUESTION NO. 3:** *If you answered "Yes" to Question No. 1, answer the following question. Otherwise, please proceed to Question No. 5.*

Did Plaintiff prove by a preponderance of the evidence that defendants Marisol Barajas and Hector Vazquez committed a battery on Benjamin Chin?

*(Answer only as to that defendant for whom you answered "Yes" in Question No. 1.)*

    Marisol Barajas      Yes \_\_\_\_    No \_\_\_\_

    Hector Vazquez     Yes \_\_\_\_    No         \_\_\_\_

*If your answered "No" to all defendants in Question No. 3, please proceed to Question No. 5.*

*If you answered "Yes" to any defendant in Question No. 3, please proceed to Question No. 4.*

**QUESTION NO. 4:** Did Plaintiff prove by a preponderance of the evidence that the defendants' conduct was a substantial factor is causing Benjamin Chin's death?

*(Answer only as to that defendant for whom you answered "Yes" in Question No. 7.)*

    Marisol Barajas      Yes \_\_\_\_    No \_\_\_\_

    Hector Vazquez     Yes \_\_\_\_    No \_\_\_\_

*Please proceed to question No. 5.*

# CALIFORNIA STATE LAW BANE ACT CLAIM BASED ON ALLEGED EXCESSIVE FORCE

**QUESTION NO. 5:** *If you answered "Yes" to Question No. 1, answer the following question. Otherwise, please proceed to Question No. 9a.*

Did Plaintiff prove by a preponderance of the evidence that defendants Marisol Barajas and Hector Vazquez intentionally interfered with or attempted to interfere with Benjamin Chin's civil rights by threats, intimidation, or coercion by acting violently against Benjamin Chin to prevent him from exercising his right to be free from excessive force?

    Marisol Barajas    Yes \_\_\_\_    No \_\_\_\_
    Hector Vazquez    Yes \_\_\_\_    No \_\_\_\_

*If your answered "No" to all defendants in Question No. 5, please proceed to Question No. 9a.*

*If you answered "Yes" to any defendant in Question No. 5, please proceed to Question No. 6.*

**QUESTION NO. 6:** Did Plaintiff prove by a preponderance of the evidence that the defendants Marisol Barajas and Hector Vazquez acted with reckless disregard for Benjamin Chin's enjoyment of the interests protected by the right to be free from excessive force?

    Marisol Barajas    Yes \_\_\_\_    No \_\_\_\_
    Hector Vazquez    Yes \_\_\_\_    No \_\_\_\_

*If your answered "No" to all defendants in Question No. 6, please proceed to Question*

*No. 9a.*

*If you answered "Yes" to any defendant in Question No. 6, please proceed to Question No. 7.*

**QUESTION NO. 7:** Did Plaintiff prove by a preponderance of the evidence that Benjamin Chin was harmed?

Yes \_\_\_\_     No \_\_\_\_

*If your answered "No" please proceed to Question No. 9a.*
*If you answered "Yes" please proceed to Question No. 8.*

**QUESTION NO. 8:** Did Plaintiff prove by a preponderance of the evidence that defendants Marisol Barajas' and Hector Vazquez's conduct was a substantial factor in causing Benjamin Chin's harm?

    Marisol Barajas     Yes \_\_\_\_   No \_\_\_\_
    Hector Vazquez      Yes \_\_\_\_   No \_\_\_\_

*Please proceed to Question 9a.*

**CALIFORNIA STATE LAW CLAIM BASED ON ALLEGED NEGLIGENT USE OF DEADLY FORCE BY PEACE OFFICER**

**QUESTION NO. 9a:** *If you answered "Yes" to Question No. 1, answer the following question. Otherwise, please proceed to Question No. 13.*

Did Jennie Quan prove by a preponderance of the evidence that defendants Marisol Barajas' and Hector Vazquez's use of deadly force was not necessary to defend human life?

              Yes \_\_\_   No \_\_\_\_

*If you answered "Yes" to Question No. 9a, answer the following question. If you answer "No" proceed to Question 13.*

**QUESTION NO. 9b:**

Did Jennie Quan prove by a preponderance of the evidence that defendants Marisol Barajas' and Hector Vazquez's conduct was a substantial factor in causing the death of Benjamin Chin?

*(Answer only as to that defendant for whom you answered "Yes" in Question No. 1.)*

  Marisol Barajas   Yes \_\_\_\_   No \_\_\_\_
  Hector Vazquez   Yes \_\_\_\_   No \_\_\_\_

*If you answered "No" to all defendants in Question No. 9b, please proceed to question No. 13.*

*If you answered "Yes" to any defendant in Question No. 9b, please proceed to Question No. 10.*

**QUESTION NO. 10:** Was Benjamin Chin negligent?

              Yes \_\_\_\_   No \_\_\_\_

*If you answered "No", please proceed to Question No. 13.*

*If you answered "Yes", please proceed to Question No. 11.*

**QUESTION NO. 11:** Was Benjamin Chin's negligence a substantial factor in the cause of his death?

              Yes \_\_\_\_   No \_\_\_\_

*If you answered "No", please proceed to Question No. 13.*

*If you answered "Yes", please proceed to Question No. 12*

**QUESTION NO. 12:** What percentage of negligence, if any, do you assign to each of the following persons in causing Benjamin Chin's death? (Your total should equal 100%).

*(Answer only as to Benjamin Chin, and any defendant for whom you answered "Yes" in Question No. 3.)*

| | |
|---|---|
| Benjamin Chin | _____% |
| Marisol Barajas | _____% |
| Hector Vazquez | _____% |
| Total | 100 % |

*Please proceed.*

## **DAMAGES**

*If you answered "Yes" to Question Nos. 2, 4, 8, and/or 9b, please answer Question No. 13.*

**QUESTION NO. 13:** What is the total amount of damages, if any, for Benjamin Chin's claim for pre-death pain and suffering? (Do NOT reduce the damages based on the fault if any of any person or entity.)

$_____

*Please proceed to Question No. 14.*

**QUESTION NO. 14**: What is the total amount of damages, if any, for Benjamin Chin's claim for loss of enjoyment of life? (Do NOT reduce the damages based on the fault if any of any person or entity.)


$ _____

*Please proceed to Question No. 15.*

**QUESTION NO. 15**: What is the total amount of damages, if any, for Jennie Quan's claim for wrongful death? (Do NOT reduce the damages based on the fault if any of any person or entity.)

Past loss:           $ _____

Future loss:         $ _____

**Please sign and return this verdict form.**