# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:24-cv-04805-MCS-KS | Title | Jennie Quan v. County of Los Angeles et al |
|---|---|---|---|
| Judge | Mark C. Scarsi, United States District Judge | | |
| Dates of Trial or Hearing | 2/10/2026, 2/11/2026, 2/12/2026, 2/13/2026 | FILED CLERK, U.S. DISTRICT COURT 2/13/2026 CENTRAL DISTRICT OF CALIFORNIA BY: SMK DEPUTY | |
| Court Reporters or Tape No. | Terri Hourigan | | |
| Deputy Clerks | Stephen Montes Kerr | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Dale K. Galipo | Thomas C. Hurrell |
| Hang Dieu Le | Jerad J. Miller |
| | Joseph K. Miller |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | WIT HECTOR VAZQUEZ  2-10-26 | π |
| | | | | | | "  2-11-26 | π |
| | | | | | | WIT MARISOL BARAJAS  2-11-26 | π |
| | | | | | | WIT DEP. CHAD HOLLAND  2-11-26 | π |
| | | | | | | WIT JEFF NOBLE  2-11-26 | π |
| | | | | | | WIT JENNIE QUAN  2-11-26 | π |
| | | | | | | WIT JOHN ALDAMA  2-12-26 | π |
| | | | | | | WIT BENNET OMALU  2-12-26 | π |
| | | | | | | WIT BRANDON WISEMAN  2-12-26 | Δ |
| | | | | | | WIT JOEL M. SUSS  2-12-26 | Δ |
| | | | | | | WIT EDWARD THOMAS FLOSI  2-12-26 | Δ |

## PLAINTIFF'S EXHIBITS

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Bodyworn Camera Video of Hector Vazquez (COLA 00855), 1-1 | 2-11-26 | 2-11-26 |
| 2 | Bodyworn Camera Video of Marisol Barajas (COLA 00854) 2-1 | 2-11-26 | 2-11-26 |
| 3 | Synced video of shots from Vazquez and Barajas's BWCs | 2-11-26 | 2-11-26 |
| 4 | Synced and stabilized video of shots from Vazquez and Barajas's BWCs | | |
| 5 | Synced video of Vazquez and Barajas's BWCs | | |
| 6 | Synced and stabilized video of Vazquez and Barajas's BWCs | | |
| 7 | Frame-by-frame of synced video of shots from Vazquez and Barajas's BWCs | | |
| 8 | Frame-by-frame of synced video of Vazquez and Barajas's BWCs | | |
| 9 | Frame-by-frame of synced and stabilized video of Vazquez and Barajas's BWCs | | |
| 10 | Synced video of Vazquez and Barajas's BWCs, with audio sourced from Vazquez's BWC | | |
| 11 | Synced video of shots from Vazquez and Barajas's BWCs, with audio sourced from Vazquez's BWC | | |
| 12 | Synced and stabilized video of shots from Vazquez and Barajas's BWCs, with audio from Vazquez's BWC | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 13 | Synced video of Vazquez and Barajas's BWCs, with audio sourced from Barajas's BWC | | |
| 14 | Synced video of shots from Vazquez and Barajas's BWCs, with audio sourced from Vazquez's BWC | | |
| 15 | Synced and stabilized video of shots from Vazquez and Barajas's BWCs, with audio from Barajas's BWC | | |
| 16 | Bodyworn Camera Video from Deputy German Perez (COLA 00856) | | |
| 17 | Bodyworn Camera Video from Deputy Chad Holland (COLA 00857) | | |
| 18 | Bodyworn Camera Video from Deputy Kyle Toyes (COLA 00858) 18-1, 18-2, | 2-12-26 | 2-12-26 |
| 19 | Bodyworn Camera Video from Deputy Sotelo, J. (COLA 00859) | | |
| 20 | Bodyworn Camera Video from Deputy Carlos De La Torres (COLA 00882) | | |
| 21 | Bodyworn Camera Video capturing ambulance transportation of Benjamin Chin to the hospital (COLA 00853) 21-1 | 2-12-26 | 2-12-26 |
| 22 | Radio Traffic from Dispatch 6 (COLA 00887) (ID Only) | | |
| 23 | Radio Traffic from Walnut L-Tac (COLA 00889) | | |
| 24 | Radio Traffic from Walnut Metro (COLA 00891) | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 25 | Audio Recording of Interview of Deputy Hector Vazquez (COLA 00752) (ID Only) | | |
| 26 | Transcript of Interview of Deputy Hector Vazquez (COLA 01021-01039) (ID Only) | 2-10-26 | |
| 27 | Audio Recording of Interview of Deputy Marisol Barajas (COLA 00755, 0756, 0757) (ID Only) | | |
| 28 | Transcript of Interview of Deputy Marisol Barajas (COLA 00971-00998) (ID Only) | | |
| 29 | Audio Recording of Interview of Deputy Chad Holland (COLA 00748) (ID Only) | | |
| 30 | Transcript of Interview of Deputy Chad Holland (COLA 00918-00931) (ID Only) | | |
| 31 | Audio Recording of Interview of Deputy Christopher Bronowicki (COLA 00749) (ID Only) | | |
| 32 | Transcript of Interview of Deputy Christopher Bronowicki (COLA 1001-1016) (ID Only) | | |
| 33 | Audio Recording of Interview of Deputy German Perez (COLA 00750) (ID Only) | | |
| 34 | Transcript of Interview of Deputy German Perez (COLA 00932-00952) (ID Only) | | |
| 35 | Audio Recording of Interview of Deputy Kyle Toves (COLA 00753) (ID Only) | | |
| 36 | Transcript of Interview of Deputy Kyle Toves (COLA 00955-00967) (ID Only) | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 37 | Audio Recording of Interview of Deputy Carlos De La Torres (COLA 00746) (ID Only) | | |
| 38 | Transcript of Interview of Deputy Carlos De La Tores (COLA 00901-00914) (ID Only) | | |
| 39 | Photographs of Deputy Marisol Barajas after the incident (COLA 00315-00321) | | |
| 40 | Los Angeles County Fire Department Emergency Medical Services Record of Benjamin Chin | 2-12-26 | |
| 41 | Medical Records of Benjamin Chin from Pomona Valley Hospital Medical Center (PLT 00273-314) | | |
| 42 | County of Los Angeles Autopsy Report of Benjamin Chin (PLT 00002-00034) | | |
| 43 | Selected Autopsy Photos of Benjamin Chin (PLT 00323 (redacted), 326, 328, 330, 380 (redacted), 388, 389 (redacted), 390 (redacted), 392 (redacted), 394, 396, 409 (redacted), 410 (redacted) | | |
| 44 | Cancelled Check from Benjamin Chin to Jennie Quan (PLT 00037) | | |
| 45 | Benjamin Chin Bachelor of Science Diploma from Cal Poly Pomona (PLT 00038-39) | | |
| 46 | Photographs of Benjamin Chin and Benjamin Chin with Family (PLT 00040-85) 46-2, 46-5-9, 46-11, 46-16, 46-19, 46-27, 46-29-31, 46-40 | 2-11-26 | 2-11-26 |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 47 | Jennie Quan Kaiser Permanente Therapy Records (PLT 00086-00272) | | |
| 48 | BWC Still Shots from Marisol Barajas Deposition pgs 2 & 3-7, 10-11, 13² | 2-10-26 | 2-10-26¹ 2-11-26² |
| 49 | BWC Still Shots from Hector Vazquez Deposition pg 4, pg 7 | 2-10-26 | 2-10-26 |
| 50 | Exhibits 50-100 reserved for Plaintiff | | |

### DEFENDANTS' EXHIBITS

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 101. | Incident Report (COLA 00006 – 00016) | | |
| 102. | J. Sotelo Supplemental Report (COLA 00017 – 00019) | | |
| 103. | J. Segura Supplemental Report (COLA 00020 – 00022) | | |
| 104. | S. Granados Supplemental Report (COLA 00021 – 00023) | | |
| 105. | Detective Han (COLA 00024 – 00025) | | |
| 106. | R. Suarez Jr. Supplemental Report (COLA 00036 - 00037) | | |
| 107. | LASD Supplemental Report (COLA 00041 – 00075) | | |
| 108. | Witness Interview Summaries (COLA 00076 – 00079) | | |
| 109. | Prior Mental Health Incidents (COLA 00080 – 00082) | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 110. | Benjamin Chin DMV Report (COLA 00088 – 00104) | | |
| 111. | Examination of Evidence (COLA 00107 – 00141) | | |
| 112. | March 7, 2019 Incident & Supplemental Report (COLA 00142 – 00154) | | |
| 113. | Benjamin Chin's Restraining Order (COLA 00155 – 00193) | | |
| 114. | June 17, 2023 Incident Report (COLA 00201 – 00210) | | |
| 115. | Vergel Sandifer Audio Interview (COLA 00745) | | |
| 116. | Syed Razvi Audio Interview (COLA 00744) | | |
| 117. | Janet Johansen Audio Interview (COLA 00742) | | |
| 118. | Brandon Wiseman Audio Interview (COLA 00741) | | |
| 119. | Marisol Barajas Body-Worn Camera (COLA 00854) | | |
| 120. | Hector Vazquez Body-Worn Camera (COLA 00855) | | |
| 121. | German Perez Body-Worn Camera (COLA 00856) | | |
| 122. | Chad Holland Body-Worn Camera (COLA 00857) 122-1, | 2-11-26 | 2-11-26 |
| 123. | Kyle Toves Body-Worn Camera (COLA 00858) | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 124. | J. Sotelo Body-Worn Camera (COLA 00859) | | |
| 125. | Christopher De La Torre Body-Worn Camera (COLA 00882) | | |
| 126. | Body-Worn Camera of Plaintiff's Treatment After Stabbing (COLA 00291) | | |
| 127. | Video of Benjamin Chin Stabbing Plaintiff (COLA 00816) | | |
| 128. | Benjamin Chin Lifting Rifle in Neighborhood (COLA 00835) | | |
| 129. | Benjamin Chin Walking Around Neighborhood (COLA 00758; 00832 - 00833) | | |
| 130. | Hospital Body-Worn Camera (COLA 00294; 00297 – 00298; COLA 00300 – 00303) | | |
| 131. | LASD Policies (COLA 00328 – 00479) | | |
| 132. | Benjamin Chin Journal/Documentary Evidence (COLA 00480 – 00740) | | |
| 133. | Witness and Deputy Audio Interviews (COLA 00741 – 00757) | | |
| 134. | Dispatch Audio (COLA 00887 -00888) 134-1 | 2-11-26 | 2-11-26 |
| 135. | L-TAC Audio (COLA 00889 – 00890) | | |
| 136. | Walnut Station Audio (COLA 00891 – 00892) | | |
| 137. | Dispatch, L-TAC and Walnut Station Audio Details (COLA 00893 – 00900) | | |

| Exhibit Number | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 138. | Hector Vazquez Interview Transcript (COLA 01021 – 01039) | | |
| 139. | Marisol Barajas Interview Transcript (COLA 00971 – 00998) | | |
| 140. | Chad Holland Interview Transcript (COLA 00918 – 00931) | | |
| 141. | Christopher Bronowicki Interview Transcript (COLA 1001 – 1016) | | |
| 142. | Carlos De La Torre Interview Transcript (COLA 00901 – 00914) | | |
| 143. | German Perez Interview Transcript (COLA 00932 – 00952) | | |
| 144. | Kyle Toves Interview Transcript (COLA 00953 – 00967) | | |
| 145. | Autopsy Report | | |
| 146. | County of Los Angeles Fire Department Records | | |
| 147. | Benjamin Chin's Pomona Valley Hospital Records | | |
| 148. | John Marehbian, MD Expert Report | | |
| 149. | Joel Suss Expert Report | | |
| 150. | Ed Flosi Expert Report | | |
| 151. | Parris Ward Expert Report and Synchronized Videos | | |