JURY NOTE NO. ~~A~~ 1



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DATE: 02/13/2026

TIME: 2:45 PM

CASE NO. 2:24-cv-04805-MCS-KS

CASE NAME: Jennie Quan v. County of Los Angeles et al

THE JURY HAS REACHED A UNANIMOUS VERDICT ✓

THE JURY REQUESTS THE FOLLOWING:

REDACTED

FOREPERSON OF THE JURY