NAME & ADDRESS:

FILED
CLERK, U.S. DISTRICT COURT
2/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennie Quan,<br><br>PLAINTIFF(S)<br>v.<br><br>County of Los Angeles, et al.,<br><br>DEFENDANT(S) | CASE NUMBER:<br>2:24-cv-04805-MCS-KS<br><br>RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the Joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) **except** the following exhibit(s)

The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

2/13/26
Date

Hang Dieu Le
Counsel for: ✓ Plaintiff   Defendant

Signature                                N/A
                                         Telephone Number

2/13/26
Date

Jerad J. Miller
Counsel for:   Plaintiff  ✓ Defendant

Signature                                N/A
                                         Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

2-13-2026
Date

Clerk, U.S. District Court
By  STEPHEN MONTES KERR
    Deputy Clerk

G-38 (06/25)    RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING