**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>                         Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>                         Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**STIPULATION TO MODIFY POST-TRIAL BRIEFING SCHEDULE** |

**TO THE HONORABLE COURT**:

Plaintiff Jennie Quan and Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez, by and through their respective counsel of record, hereby request for an order modifying the post-trial briefing schedule and stipulate as follows:

1. On February 13, 2026, the jury rendered a verdict in this case. The Jury Verdict found that Defendants Marisol Barajas and Hector Vazquez used excessive and unreasonable force against Benjamin Chin and that their use of unreasonable force violated California Civil Code § 52.1. The jury awarded Plaintiff Jennie Quan $300,000 in pre-death pain and suffering and $2,400,000 in loss of enjoyment of life on behalf of decedent Benjamin Chin and $1,500,000 in wrongful death damages.

2. Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez now intend to file post-trial motions in light of the jury verdict. Pursuant to Rule 50(b), any renewed Motion for Judgment as a Matter of Law must be filed no later than 28 days after the entry of judgment. Pursuant to Rule 59, any Motion for New Trial or Motion to Alter or Amend the Judgment must be filed no later than 28 days after the entry of judgment. The parties acknowledge and agree that the Court lacks the authority to extend the deadline to file Rule 50(b) and Rule 59 motions pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure. However, to give the Parties sufficient time to prepare any opposition to or reply in support of any such motions, the Parties agree that Defendants shall select a hearing date for these motions to allow for any opposition to be filed no later than 14 days after the filing of the motions and any reply to be filed no later than 28 days after the filing of the motions.

3. Pursuant to 42 U.S.C. § 1988 and California Civil Code § 52.1, Plaintiff as the prevailing party is entitled to the recovery of attorneys' fees. Pursuant to Rule 54, Plaintiff as the prevailing party is entitled to costs, and both the Application to Tax Costs and Motion for Attorneys' Fees must be filed no later than 14 days after

1 the entry of judgment.

2   4.   In order to give the Parties sufficient time to meet and confer and prepare their respective post-trial motions, the Parties agree that there is good cause to modify the post-trial briefing schedule. The Parties further request a two-week extension to file the Proposed Judgment to allow additional time to meet and confer before the post-trial motion deadlines begin. With regards to Plaintiff's Motion for Attorneys' Fees, the Parties acknowledge that should Plaintiff prevail on Defendants' post-trial motions, Plaintiff may be entitled to attorneys' fees for the work Plaintiffs' attorneys performed in opposition of Defendants' post-trial motions in addition to the work Plaintiffs' attorneys perform on the fee motion itself. Additionally, the Parties intend to meet and confer on the amount of attorneys' fees and costs in an attempt to come to an agreement for payment of such fees and costs and to give the required authority to enter into any settlement regarding attorneys' fees and costs. Accordingly, in an effort to avoid duplicative and possible needless work, the Parties agree to extend the deadline to file Plaintiff's Motion for Attorneys' Fees and Application to Tax Costs to 28 days after the Court rules on Defendants' post-trial motions. The Parties further agree to an extended briefing schedule for Plaintiff's Motion for Attorneys' Fees and Application to Tax Costs and for Plaintiff to select a hearing date to allow for any opposition to be filed no later than 14 days after the filing of the Motion and Application and any reply is to be filed no later than 28 days after the filing of the Motion and Application. Accordingly, the Parties stipulate to the following briefing schedule and requests that the Court issue an Order modifying the post-trial briefing schedule as follows:

//
//
//
//
//

| Event | Currrent Timeline | Proposed New Timeline |
|---|---|---|
| Deadline to file the Proposed Judgment | N/A | March 6, 2026 |
| Deadline to file Rule 50(b) and/or Rule 59 Motions | 28 days after entry of judgment | Unchanged |
| Deadline to file Oppositions to Rule 50(b) and/or Rule 59 Motions | 7 days after the Motions are filed | 14 days after the Motions are filed |
| Deadline to file Reply in support of Rule 50(b) and/or Rule 59 Motions | 14 days after the Motions are filed | 28 days after the Motions are filed |
| Deadline to file Motion for Attorneys' Fees and Application to Tax Costs | 14 days after entry of judgment | 28 days after Court issues ruling on any Rule 50(b) and/or Rule 59 Motions |
| Deadline to file Oppositions to Motion for Attorneys' Fees and Application to Tax Costs | 7 days after Motion and Application are filed | 14 days after Motion and Application are filed |
| Deadline to file Reply in support of Motion for Attorneys' Fees and Application to Tax Costs | 14 days after Motion and Application are filed | 28 days after Motion and Application are filed |

//

//

//

Respectfully submitted,

DATED: February 20, 2026         LAW OFFICES OF DALE K. GALIPO

By      /s/ Hang D. Le
   Dale K. Galipo
   Hang D. Le
   Attorneys for Plaintiff

DATED: February 20, 2026         HURRELL CANTRALL LLP

By      /s/ Jerad J. Miller
   Thomas C. Hurrell
   Joseph K. Miller
   Jerad J. Miller
   Attorneys for Defendants, County of Los Angeles, Marisol Barajas, and Hector Vazquez

*The filer, Hang D. Le, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur with the filing's content and have authorized the filing.