1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JENNIE QUAN, individually and as
successor in interest to BENJAMIN
CHIN, deceased,

                    Plaintiffs,

            vs.

COUNTY OF LOS ANGELES;
MARISOL BARAJAS; HECTOR
VAZQUEZ; and DOES 3-10, inclusive,

                    Defendants.

Case No. 2:24-cv-04805-MCS-KS

**[PROPOSED] ORDER RE:**
**STIPULATION TO MODIFY POST-**
**TRIAL BRIEF SCHEDULE**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

Having reviewed the Parties' Stipulation to Modify Post-Trial Briefing Schedule, and good cause appearing therein, it is hereby orderd that the post-trial filings and briefing schedule be modified as follows:

| **Event** | **Currrent Timeline** | **Proposed New Timeline** |
|---|---|---|
| Deadline to file the Proposed Judgment | N/A | March 6, 2026 |
| Deadline to file Rule 50(b) and/or Rule 59 Motions | 28 days after entry of judgment | Unchanged |
| Deadline to file Oppositions to Rule 50(b) and/or Rule 59 Motions | 7 days after the Motions are filed | 14 days after the Motions are filed |
| Deadline to file Reply in support of Rule 50(b) and/or Rule 59 Motions | 14 days after the Motions are filed | 28 days after the Motions are filed |
| Deadline to file Motion for Attorneys' Fees and Application to Tax Costs | 14 days after entry of judgment | 28 days after Court issues ruling on any Rule 50(b) and/or Rule 59 Motions |
| Deadline to file Oppositions to Motion for Attorneys' Fees and Application to Tax Costs | 7 days after Motion and Application are filed | 14 days after Motion and Application are filed |
| Deadline to file Reply in support of Motion for Attorneys' Fees and Application to Tax Costs | 14 days after Motion and Application are filed | 28 days after Motion and Application are filed |

//

//

1    **IT IS SO ORDERED.**

2

3    DATED:                                    _____

4                                              MARK C. SCARSI

5                                              UNITED STATESD DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28