# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>**ORDER RE: STIPULATION TO MODIFY POST-TRIAL BRIEF SCHEDULE (ECF No. 111)** |

Having reviewed the Parties' Stipulation to Modify Post-Trial Briefing Schedule, and good cause appearing therein, it is hereby orderd that the post-trial filings and briefing schedule be modified as follows:

///

1

| Event | Currrent Timeline | Proposed New Timeline |
|---|---|---|
| Deadline to file the Proposed Judgment | N/A | March 6, 2026 |
| Deadline to file Rule 50(b) and/or Rule 59 Motions | 28 days after entry of judgment | Unchanged |
| Deadline to file Oppositions to Rule 50(b) and/or Rule 59 Motions | 7 days after the Motions are filed | 14 days after the Motions are filed |
| Deadline to file Reply in support of Rule 50(b) and/or Rule 59 Motions | 14 days after the Motions are filed | 28 days after the Motions are filed |
| Deadline to file Motion for Attorneys' Fees and Application to Tax Costs | 14 days after entry of judgment | 28 days after Court issues ruling on any Rule 50(b) and/or Rule 59 Motions |
| Deadline to file Oppositions to Motion for Attorneys' Fees and Application to Tax Costs | 7 days after Motion and Application are filed | 14 days after Motion and Application are filed |
| Deadline to file Reply in support of Motion for Attorneys' Fees and Application to Tax Costs | 14 days after Motion and Application are filed | 28 days after Motion and Application are filed |

IT IS SO ORDERED.

DATED: February 23, 2026

_____
MARK C. SCARSI
UNITED STATESD DISTRICT JUDGE