FILED
CLERK, U.S. DISTRICT COURT
2/13/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>Defendant. | Case No. 2:24-cv-04805-MCS-KS<br><br>**VERDICT FORM** (REDACTED) |

///

1

# VERDICT FORM

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**QUESTION NO. 1:** Did Jennie Quan prove that any of the following defendants used excessive force against Benjamin Chin, in violation of Benjamin Chin's right under the Fourth Amendment?

　　Marisol Barajas　　　　Yes ✓　　No ____
　　Hector Vazquez　　　　Yes ✓　　No ____

*If you answered "No" to all defendants in Question No. 1, please proceed to Question 7.*
*If you answered "Yes" as to any defendant, please proceed to Question No. 2.*

**QUESTION NO. 2:** Did Jennie Quan prove that the defendant's or defendants' conduct was an actual cause of injury to Benjamin Chin? *(Answer only as to that defendant or defendants for whom you answered "Yes" in Question No. 1.)*

　　Marisol Barajas　　　　Yes ✓　　No ____
　　Hector Vazquez　　　　Yes ✓　　No ____

*Please proceed to Question No. 3.*

2

**QUESTION NO. 3:** *If you answered "Yes" to Question No. 1, answer the following question.*

Did Jennie Quan prove that the defendant or defendants committed battery against Benjamin Chin by using unnecessary deadly force on Benjamin Chin? *(Answer only as to that defendant or defendants for whom you answered "Yes" in Question No. 1.)*

    Marisol Barajas      Yes ✓    No ____
    Hector Vazquez      Yes ✓    No ____

*If your answered "No" to all defendants in Question No. 3, please proceed to Question No. 5.*
*If you answered "Yes" to any defendant in Question No. 3, please proceed to Question No. 4.*

**QUESTION NO. 4:** Did Jennie Quan prove that the defendant or defendants' use of deadly force was a substantial factor is causing Benjamin Chin's harm or death? *(Answer only as to that defendant or defendants for whom you answered "Yes" in Question No. 3.)*

    Marisol Barajas      Yes ✓    No ____
    Hector Vazquez      Yes ✓    No ____

*Please proceed to question No. 5.*

**QUESTION NO. 5:** *If you answered "Yes" to Question No. 1, answer the following question.*

Did Jennie Quan prove that the defendant or defendants intentionally interfered with or attempted to interfere with Benjamin Chin's civil rights by threats, intimidation, or coercion, by acting violently against Benjamin Chin to prevent him from exercising his right to be free from excessive force?

    Marisol Barajas        Yes ✓    No ____

    Hector Vazquez       Yes ✓    No ____

*If your answered "No" to all defendants in Question No. 5, please proceed to Question No. 7.*

*If you answered "Yes" to any defendant in Question No. 5, please proceed to Question No. 6.*

**QUESTION NO. 6:** Did Jennie Quan prove that the defendants Marisol Barajas and Hector Vazquez intended to deprive Benjamin Chin of, or acted with reckless disregard for, Benjamin Chin's enjoyment of the interests protected by the right to be free from excessive force?

    Marisol Barajas        Yes ✓    No ____

    Hector Vazquez       Yes ✓    No ____

*Please proceed to Question No. 7a.*

4

**QUESTION NO. 7a:** Did Jennie Quan prove that defendants Marisol Barajas and Hector Vazquez's use of deadly force was not necessary to defend human life?

Yes ✓   No ____

*If you answered "Yes" to Question No. 7a, answer the following question. If you answer "No" proceed to Question 11.*

**QUESTION NO. 7b:** Did Jennie Quan prove that defendants Marisol Barajas and Hector Vazquez's use of deadly force was a substantial factor in causing the harm or death of Benjamin Chin?

    Marisol Barajas        Yes ✓   No ____
    Hector Vazquez       Yes ✓   No ____

*If you answered "No" to all defendants in Question No. 7b, please proceed to question No. 11.*
*If you answered "Yes" to any defendant in Question No. 7b, please proceed to Question No. 8.*

**QUESTION NO. 8:** Did defendants prove that Benjamin Chin was negligent?

Yes ✓   No ____

*If you answered "No", please proceed to Question No. 11.*
*If you answered "Yes", please proceed to Question No. 9.*

**QUESTION NO. 9:** Did defendants prove that Benjamin Chin's negligence was a substantial factor in the cause of his harm or death?

Yes ✓   No ____

5

*If you answered "No", please proceed to Question No. 11.*

*If you answered "Yes", please proceed to Question No. 10.*

**QUESTION NO. 10:** What percentage of negligence, if any, do you assign to each of the following persons in causing Benjamin Chin's death? (Your total should equal 100%).

*(Answer only as to Benjamin Chin, and any defendant for whom you answered "Yes" in Question No. 7b.)*

| | | |
|---|---|---|
| Marisol Barajas | 35 | % |
| Hector Vazquez | 40 | % |
| Benjamin Chin | 25 | % |
| Total | 100 % | |

*Please proceed.*

**QUESTION NO. 11:** *If you answered "Yes" to any of Question Nos. 2, 4, 6, and/or 7b, please answer Question No. 11.*

What are Benjamin Chin's damages, if any, for his pre-death pain and suffering?

$ 300,000

*Please proceed to Question No. 12.*

6

**QUESTION NO. 12**: What are Benjamin Chin's damages, if any, for his loss of enjoyment of life?

$ 2,400,000

*Please proceed to Question No. 13.*

**QUESTION NO. 13**: What are Jennie Quan's damages, if any, for her claim for the wrongful death of Benjamin Chin?

$ 1,500,000

*Please sign and date this verdict form and return it to the Court.*

Dated: 02/13/2026     Signed: REDACTED
                              Jury Foreperson

7