# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>**[PROPOSED] JUDGMENT** |

The trial of this action began on February 10, 2026, in Courtroom 7C of the United States District Court, Central District of California, Honorable Mark C. Scarsi, presiding. Plaintiff Jennie Quan was represented by attorneys Dale K. Galipo and Hang D. Le at trial. Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez were represented by attorneys Thomas C. Hurrell, Joseph K. Miller, and Jerad J. Miller of Hurrell-LLP at trial.

A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. The jury of eight deliberated and thereafter returned a verdict as follows:

**QUESTION NO. 1:** Did Jennie Quan prove that any of the following defendants used unreasonable force against Benjamin Chin, in violation of Benjamin Chin's Fourth Amendment rights?

| | | |
|---|---|---|
| Marisol Barajas | Yes ✓ | No ____ |
| Hector Vazquez | Yes ✓ | No ____ |

*If you answered "No" to all defendants in Question No. 1, please proceed to Question 7.*

*If you answered "Yes" as to any defendant, please proceed to Question No. 2.*

//
//
//
//
//
//
//
//

**QUESTION NO. 2:** Did Jennie Quan prove that the defendant's or defendants' conduct was the cause of injury to Benjamin Chin?
*(Answer only as to that defendant or defendants for whom you answered "Yes" in Question No. 1.)*

    Marisol Barajas    Yes ✓    No ____
    Hector Vazquez    Yes ✓    No ____

*Please proceed to Question No. 3.*

**QUESTION NO. 3:** *If you answered "Yes" to Question No. 1, answer the following question.*

Did Jennie Quan prove that the defendant or defendants committed battery on Benjamin Chin by using unnecessary deadly force on Benjamin Chin?
*(Answer only as to that defendant or defendants for whom you answered "Yes" in Question No. 1.)*

    Marisol Barajas    Yes ✓    No ____
    Hector Vazquez    Yes ✓    No ____

*If your answered "No" to all defendants in Question No. 3, please proceed to Question No. 5.*
*If you answered "Yes" to any defendant in Question No. 3, please proceed to Question No. 4.*

//
//
//

1  **QUESTION NO. 4:** Did Jennie Quan prove that the defendant or defendants' use of
2  deadly force was a substantial factor is causing Benjamin Chin's harm or death?
3  *(Answer only as to that defendant or defendants for whom you answered "Yes" in*
4  *Question No. 3.)*
5
6      Marisol Barajas    Yes ✓    No ____
7      Hector Vazquez    Yes ✓    No ____
8
9  *Please proceed to question No. 5.*
10
11  **QUESTION NO. 5:** *If you answered "Yes" to Question No. 1, answer the following*
12  *question.*
13
14  Did Jennie Quan prove that defendant or defendants intentionally interfered with or
15  attempted to interfere with Benjamin Chin's civil rights by threats, intimidation, or
16  coercion, by acting violently against Benjamin Chin to prevent him from exercising
17  his right to be free from excessive force?
18
19      Marisol Barajas    Yes ✓    No ____
20      Hector Vazquez    Yes ✓    No ____
21
22  *If your answered "No" to all defendants in Question No. 5, please proceed to Question*
23  *No. 7.*
24  *If you answered "Yes" to any defendant in Question No. 5, please proceed to Question*
25  *No. 6.*
26  //
27  //
28  //

1 **QUESTION NO. 6:** Did Jennie Quan prove that the defendants Marisol Barajas and Hector Vazquez intended to deprive Benjamin Chin of, or acted with reckless disregard for, Benjamin Chin's enjoyment of the interests protected by the right to be free from excessive force?

    Marisol Barajas    Yes ✓    No ____

    Hector Vazquez    Yes ✓    No ____

*Please proceed to Question No. 7a.*

**QUESTION NO. 7a:** Did Jennie Quan prove that defendants Marisol Barajas and Hector Vazquez's use of deadly force was not necessary to defend human life?

    Yes ✓    No ____

*If you answered "Yes" to Question No. 7a, answer the following question. If you answer "No" proceed to Question 11.*

**QUESTION NO. 7b:** Did Jennie Quan prove that defendants Marisol Barajas and Hector Vazquez's use of deadly force was a substantial factor in causing the harm or death of Benjamin Chin?

    Marisol Barajas    Yes ✓    No ____

    Hector Vazquez    Yes ✓    No ____

*If you answered "No" to all defendants in Question No. 7b, please proceed to question No. 11.*

*If you answered "Yes" to any defendant in Question No. 7b, please proceed to Question No. 8.*

1  **QUESTION NO. 8:**  Did defendants prove that Benjamin Chin was negligent?
2              Yes  ✓     No ____
3  *If you answered "No", please proceed to Question No. 11.*
4  *If you answered "Yes", please proceed to Question No. 9.*
5
6  **QUESTION NO. 9:**  Did defendants prove that Benjamin Chin's negligence was a
7  substantial factor in the cause of his harm or death?
8              Yes  ✓     No ____
9
10  *If you answered "No", please proceed to Question No. 11.*
11  *If you answered "Yes", please proceed to Question No. 10.*
12
13  **QUESTION NO. 10:** What percentage of negligence, if any, do you assign to each of
14  the following persons in causing Benjamin Chin's death? (Your total should equal
15  100%).
16  *(Answer only as to Benjamin Chin, and any defendant for whom you answered "Yes"*
17  *in Question No. 7b.)*
18
19  Marisol Barajas                  35     %
20  Hector Vazquez                   40     %
21  Bejamin Chin                     25     %
22  Total                   100 %
23
24  *Please proceed.*
25  //
26  //
27  //
28  //

**QUESTION NO. 11:** *If you answered "Yes" to any of Question Nos. 2, 4, 6, and/or 7b, please answer Question No. 11.*

What are Benjamin Chin's damages, if any, for his pre-death pain and suffering?

$  $300,000

*Please proceed to Question No. 12.*

**QUESTION NO. 12**: What are Benjamin Chin's damages, if any, for his loss of enjoyment of life?

$   $2,400,000

*Please proceed to Question No. 13.*

**QUESTION NO. 13**: What are Jennie Quan's damages, if any, for her claim for wrongful death of Benjamin Chin?

$   $1,500,000

//
//
//
//
//
//
//

7

Pursuant to the jury's verdict and the Court's orders,

IT IS ADJUDGED that total judgment in the sum of $4,200,000, plus costs of suit pursuant to Federal Rule of Civil Procedure 54(d)(1) and post-judgment interest as governed by 28 U.S.C. § 1961, is entered in favor of Plaintiff Jennie Quan and against Defendants County of Los Angeles, Marisol Barajas, and Hector Vazquez, on Plaintiff's federal excessive force claim, state law wrongful death claims, and state law claim for violation of California Civil Code § 52.1. Plaintiff Jennie Quan, as the prevailing party, may apply to the Court for an award of reasonable statutory attorneys' fees as permitted under 42 U.S.C. § 1988 and California Civil Code § 52.1.

**IT IS SO ORDERED.**

DATED:

MARK C. SCARSI

UNITED STATESD DISTRICT JUDGE