Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrell-llp.com
Joseph K. Miller, State Bar No. 245685
E-Mail: jmiller@hurrell-llp.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrell-llp.com
HURRELL-LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**APPENDIX OF EVIDENCE**<br><br>*Filed concurrently with Combined Motion for JMOL (Rule 50(b)) or in the Alternative Motion for New Trial (Rule 59), Declaration of Joseph Miller and [Proposed] Order*<br><br>Date:  May 11, 2026<br>Time:  9:00 AM<br>Crtrm.:  7C<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

Defendants submitted the following Appendix of Evidence in Support of Defendants' COMBINED MOTION FOR JUDGMENT AS A MATTER OF LAW (JMOL) F.R.C.P. RULE 50(b) OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL F.R.C.P. RULE 59.

## APPENDIX OF EVIDENCE

Excerpted and marked copy of the Certified Reporter's Transcript from trial day 2 (2/11/2026)     Exhibit A

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

https://www.dropbox.com/scl/fi/3b73ngqgw49atpvsrdris/EXH-A-Reporter-s-Transcript-Day-2-Marked-Excerpts.pdf?rlkey=oov9xpzeuh5atyiiogk08f36j&st=v8sbyalk&dl=0

| | |
|---|---|
| Excerpted and marked copy of the Certified Reporter's Transcript from trial day 2 (2/12/2026) | Exhibit B |

https://www.dropbox.com/scl/fi/bqei48nvtqy4ooo479itm/EXH-B-Reporter-s-Transcript-Day-3-Marked-Excerpts.pdf?rlkey=tuu3t9rzxwe93e4lpdyil02fb&st=qvgcsxg9&dl=0

| | |
|---|---|
| Incident Dispatch Audio Trial Exhibit 134-1 | Exhibit C |

https://www.dropbox.com/scl/fi/3yosoxnknbh26xjdu8a5f/EXH-C-Dispatch-Audio-Trial-Exhibit-134-001-cites-by-Hurrell.mp3?rlkey=hph4402ko86zco4k51a0q3oto&st=lkk9tt7q&dl=0

| | |
|---|---|
| Deputy Barajas' Body Worn Video Trial Exhibit 1-1 | Exhibit D |

https://www.dropbox.com/scl/fi/0f18b9k9u3ooqow7tn2zc/EXH-D-Exh-1-1-Vazquez-BWC-Galipo-cites.mp4?rlkey=mi8lbx5rqn61l642k7jx6ftwl&st=e91u0m63&dl=0

| | |
|---|---|
| Detective Vazquez's Body Worn Video Trial Exhibit 2-1 | Exhibit E |

https://www.dropbox.com/scl/fi/g2kozswtgoryse1qcl4ck/EXH-E-Exh-2-1-Barajas-BWC-Galipo-cites.mp4?rlkey=yz8r8t0mxc15gcr05po31cs6b&st=t1pm1gqj&dl=0

| | |
|---|---|
| Deputy Holland's Body Worn Video Trial Exhibit 122-1 | Exhibit F |

https://www.dropbox.com/scl/fi/2e1hrybz392x9dwzwk13l/EXH-F-Holland-BWV-Trial-Exhibit-122-1-by-Hurrell-cites.mp4?rlkey=ia2mhjj9pvet7joe1wcocab1d&st=kn7ybayy&dl=0

| | |
|---|---|
| Deputy Toves's Body Worn Video Trial Exhibit 18 | Exhibit G |

https://www.dropbox.com/scl/fi/uol9wtuf065m5uk258tyj/EXH-G-Toves-BWV-Trial-Exhibit-18-1-Galipo-

cites.mp4?rlkey=ymjsi1x7qk73stv55rt5qhfm3&st=fb0n7qti&dl=0

DATED:  April 8, 2026                    HURRELL-LLP


By:  _____  */s/ Joseph K. Miller*
        THOMAS C. HURRELL
        JOSEPH K. MILLER
        JERAD J. MILLER
        Attorneys for Defendants, COUNTY OF
        LOS ANGELES, MARISOL BARAJAS
        and HECTOR VAZQUEZ

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

3