Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrell-llp.com
Joseph K. Miller, State Bar No. 245685
E-Mail: jmiller@hurrell-llp.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrell-llp.com
HURRELL-LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,

        Plaintiff,

        v.

COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,

        Defendants.

Case No. 2:24-cv-04805-MCS(KSx)

**DECLARATION OF JOSEPH K. MILLER**

*Filed concurrently with Combined Motion for JMOL (Rule 50(b)) or in the Alternative Motion for New Trial (Rule 59), Appendix of Evidence and [Proposed] Order*

Date:   May 11, 2026
Time:   9:00 AM
Crtrm.: 7C

[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"]

## DECLARATION OF JOSEPH MILLER

    1.    I am an attorney duly licensed to practice before this Court and am an associate with Hurrell- LLP, attorneys of record for DEFENDANTS THE COUNTY OF LOS ANGELES, MARISOL BARAJAS, AND HECTOR VAZQUEZ herein.

    2.    I make this declaration in support of DEFENDANTS' COMBINED MOTION FOR JUDGMENT AS A MATTER OF LAW (JMOL) F.R.C.P. RULE 50(b) OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL F.R.C.P. RULE

59.

3.     Attached to the Appendix as Exhibit A is a true and correct excerpted and marked copy of the Certified Reporter's Transcript from trial day 2 (2/11/2026).

4.     Attached to the Appendix as Exhibit B is a true and correct excerpted and marked copy of the Certified Reporter's Transcript from trial day 2 (2/12/2026).

5.     Attached to the Appendix as Exhibit C is a true and correct copy Incident Dispatch Audio Trial Exhibit 134-1.

6.     Attached to the Appendix as Exhibit D is a true and correct copy of Deputy Barajas' Body Worn Video Trial Exhibit 1-1.

7.     Attached to the Appendix as Exhibit E is a true and correct copy of Detective Vazquez's Body Worn Video Trial Exhibit 2-1.

8.     Attached to the Appendix as Exhibit F is a true and correct copy of Deputy Holland's Body Worn Video Trial Exhibit 122-1.

9.     Attached to the Appendix as Exhibit G is a true and correct copy of Deputy Toves's Body Worn Video Trial Exhibit 18.

DATED:  April 8, 2026                    HURRELL-LLP


                                         By:  _____ */s/ Joseph K. Miller* _____
                                              THOMAS C. HURRELL
                                              JOSEPH K. MILLER
                                              JERAD J. MILLER
                                              Attorneys for Defendants, COUNTY OF
                                              LOS ANGELES, MARISOL BARAJAS
                                              and HECTOR VAZQUEZ

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE  (213) 426-2000

2