**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>        Plaintiff,<br><br>        v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**PROPOSED] ORDER GRANTING DEFENDANTS' COMBINED MOTION FOR JUDGMENT AS A MATTER OF LAW (JMOL) F.R.C.P. RULE 50(b) OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL F.R.C.P. RULE 59**<br><br>Date:   May 11, 2026<br>Time:  9:00 AM<br>Crtrm.: 7C<br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

On May 11, 2026 at 9:00 a.m., in Department "7C" of the above-entitled Court, Defendants COUNTY OF LOS ANGELES, MARISOL BARAJAS AND HECTOR VAZQUEZ (collectively, "Defendants") COMBINED MOTION FOR JUDGMENT AS A MATTER OF LAW (JMOL) F.R.C.P. RULE 50(b) OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL F.R.C.P. RULE 59 came on regularly for hearing before this Court. Appearances are as noted on the record.

After full and fair consideration of the moving and supporting papers and evidence, the opposing papers and evidence, and the oral arguments of counsel, this Court finds as follows:

    1.    As to Plaintiff JENNIE QUAN'S claim for Unreasonable Search and

Seizure – Excessive Force (42 U.S.C. § 1983), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

2.    As to Plaintiff JENNIE QUAN'S claim for Battery (Wrongful Death), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

3.    As to Plaintiff JENNIE QUAN'S claim for Negligence (Wrongful Death), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

4.    As to Plaintiff JENNIE QUAN'S claim for Violation of Cal. Civil Code § 52.1 (Bane Act), the Court finds there are no triable issues of material fact, and that Defendants are entitled to judgment as a matter of law, and judgment is granted in favor of Defendants.

5.    Defendants Motion for New Trial under F.R.C.P., Rule 59 is granted under pursuant to Defendants' request for the Court to conditionally rule on the new trial motion under Rule 50.

**IT IS SO ORDERED.**

DATED: May ___, 2026

By: _____

HONORABLE MARK C. SCARSI

2