Joseph K. Miller (SBN 245685)
HURRELL-LLP
800 West 6th Street, Suite 700, Los Angeles, CA 90017
Tel: (213) 426-2000 / Fax: (213) 426-2020
E-mail: jmiller@hurrellcantrall.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased, <div align="right">PLAINTIFF(S)</div> v. <br> COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive, <div align="right">DEFENDANT(S).</div> | CASE NUMBER: <br><br> 2:24-cv-04805-MCS(KSx) <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged:  (**List Documents**)

Exhibit C: Incident Dispatch Audio Trial Exhibit 134-1
Exhibit D: Deputy Barajas' Body Worn Video Trial Exhibit 1-1
Exhibit E: Detective Vazquez's Body Worn Video Trial Exhibit 2-1
Exhibit F: Deputy Holland's Body Worn Video Trial Exhibit 122-1
Exhibit G: Deputy Toves's Body Worn Video Trial Exhibit 18

**Reason:**

☐    Under Seal

☐    In Camera

☑    Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐    Per Court order dated: _____

☐    Other:

04/08/2026 _____
Date

Joseph K. Miller _____
Attorney Name

Defendants _____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                              NOTICE OF MANUAL FILING OR LODGING

## PROOF OF SERVICE

**Jennie Quan v. County of Los Angeles, et al.**
**Case No. 2:24-cv-04805**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 800 West 6th Street, Suite 700, Los Angeles, CA 90017-2710.

On April 8, 2026, I served true copies of the following document(s) described as **NOTICE OF MANUAL FILING OR LODGING WITH DROPBOX LINK** on the interested parties in this action as follows:

Dale K. Galipo, Esq.                           ***Attorneys for Plaintiff, Jennie Quan,***
Hang D. Le, Esq                                ***individually and as successor in interest***
LAW OFFICES OF DALE K. GALIPO    ***to Benjamin Chin, deceased***
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
dalekgalipo@yahoo.com
hlee@galipolaw.com
ldeleon@galipolaw.com
slaurel@galipolaw.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address lfranco@hurrell-llp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 8, 2026, at Los Angeles, California.

_____
*/s/ Leslie Franco*
Leslie Franco