Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrell-llp.com
Joseph K. Miller, State Bar No. 245685
E-Mail: jmiller@hurrell-llp.com
Jerad J. Miller, State Bar No. 334001
E-Mail: jjmiller@hurrell-llp.com
HURRELL-LLP
800 West 6th Street, Suite 700
Los Angeles, California 90017
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>      Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>      Defendants. | Case No. 2:24-cv-04805-MCS(KSx)<br><br>**DEFENDANTS' AMENDED NOTICE TO DEFENDANTS' COMBINED MOTION FOR JUDGMENT AS A MATTER OF LAW (JMOL) F.R.C.P. RULE 50(b) OR IN THE ALTERNATIVE MOTION FOR NEW TRIAL F.R.C.P. RULE 59**<br><br>Date:      June 1, 2026<br>Time:      9:00AM<br>Crtrm.:   7C<br><br><br>[Assigned to Hon. Mark C. Scarsi, Courtroom "7C"] |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants COUNTY OF LOS ANGELES, MARISOL BARAJAS and HECTOR VAZQUEZ (collectively referred to as "Defendants") hereby amend their notice to Defendants' F.R.C.P. Rule 50(b) motion for judgment as a matter of law ("Motion"), previously scheduled for May 11, 2026 at 9:00 a.m. In accordance with the Stipulation to Modify Post-Trial Brief Schedule

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000

entered into by Plaintiff JENNIE QUAN and Defendants, ECF No. 112, Defendants hereby amend notice to their Motion for June 1, 2026 at 9:00 a.m. in Courtroom "7C" of First Street Courthouse, located at 350 West 1st Street, 7th Floor, Los Angeles, CA 90012.

DATED:  April 10, 2026          HURRELL-LLP


                                By:     _/s/ Jerad J. Miller_
                                        THOMAS C. HURRELL
                                        JOSEPH K. MILLER
                                        JERAD J. MILLER
                                        Attorneys for Defendants, COUNTY OF
                                        LOS ANGELES, MARISOL BARAJAS
                                        and HECTOR VAZQUEZ

HURRELL-LLP
800 WEST 6TH STREET, SUITE 700
LOS ANGELES, CA 90017-2710
TELEPHONE   (213) 426-2000