**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-04805-MCS-KS<br><br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br>**DECLARATION OF HANG D. LE** |

DECLARATION OF HANG D. LE

I, Hang D. Le, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Central District of California. I make this declaration in support of Plaintiff's Opposition to Defendants' Combined Motion for Judgment as a Matter of Law (JMOL) F.R.C.P. 50(b) or in the Alternative Motion for New Trial F.R.C.P. 59. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. "**Exhibit 1**" is a true and correct copy of the Synced Video of Shots that was admitted at trial as Exhibit 3 and shown to the jury. This exhibit is being manually filed.

3. Attached hereto as "**Exhibit 2**" is a true and correct copy of the relevant excerpts from the February 10, 2026 (Day 1) Trial Transcript.

4. Attached hereto as "**Exhibit 3**" is a true and correct copy of the relevant excerpts from the February 11, 2026 (Day 2) Trial Transcript.

5. Attached hereto as "**Exhibit 4**" is a true and correct copy of the relevant excerpts from the February 12, 2026 (Day 3) Trial Transcript.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 22nd day of April 2025, in Los Angeles, California.

_____
Hang D. Le

DECLARATION OF HANG D. LE