LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq.; Hang D. Le, Esq.
21800 Burbank Blvd. Suite 310
Woodland Hills, CA 91367
Phone: (818)347-3333

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jennie Quan, individually and as successor in interest to Benjamin Chin, deceased, <br><br>                              PLAINTIFF(S) <br><br>                    v. <br><br> County of Los Angeles; Marisol Barajas; Hector Vazquez; and DOES 3-10, Inclusive <br><br>                              DEFENDANT(S). | CASE NUMBER: <br><br>        2:24-cv-04805-MCS-KS <br><br><br> **NOTICE OF MANUAL FILING** <br> **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed   ☐ Lodged:  (**List Documents**)

Exhibit 1 to Declaration of Hang D. Le – Synced Video of Shots (Trial Exhibit 3)

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

April 22, 2026
_____
Date

Hang D. Le
_____
Attorney Name
 Plaintiff Jennie Quan
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                   NOTICE OF MANUAL FILING OR LODGING