# Exhibit A

**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 609879 | 13865 |
| **Invc Date** | **Total Due** |
| 6/21/24 | 506.31 |
| **Current** | **Over 30 Days** |
| 506.31 | .00 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 609879 | 6/15/24 | 108.74 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/11/24 | 2330021 | P3D | Caller: LESLIE DE LEON   LAW OFFICES OF DALE K. GALIPO   21800 BURBANK BLVD.   WOODLAND HILLS | Ref No.: QUAN V COUNTY OF LA   COUNTY OF LOS ANGELES   500 W TEMPLE   LOS ANGELES | BASE : 73.25   PDF PAGES : 30.00   FUEL CHRG : 5.49 | 108.74 |
| PDF PROCESS 3 DAY | | | 2:24-CV-04805   QUAN V COUNTY OF LA   FEDERAL SUMMONS   & COMPLAINT | | | |

---

**DALE K. GALIPO, INC.**
21800 BURBANK BLVD SUITE 310
WOODLAND HILLS, CA 91367

9946

16-1606/1220
1

DATE JUNE 24, 2024

PAY TO THE ORDER OF ACE ATTORNEY SERVICE, INC.                    $ 108.74

ONE HUNDRED EIGHT AND SEVENTY-FOUR CENTS                    DOLLARS

CITY NATIONAL BANK
AN RBC COMPANY
(800) 773-7100
PERSONAL & BUSINESS BANKING

QUAN V. COUNTY OF LOS ANGLES

FOR

⑆009946⑆ ⑈122016066⑈ 224172796⑇





**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 643486 | 13865 |
| Invc Date | Total Due |
| 11/08/24 | 232.51 |
| | |
| | |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 643486 | 10/31/24 | 232.51 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 10/17/24<br><br>PDF PROCESS 3 DAY | 2375018 | P3D | Caller: SANTIAGO G. LAUR<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>2:24-cv-04805-MSC<br>CHIN V LOS ANGELES<br>FIRST AMENDED CMPLT | Ref No.: CHIN V LOS ANGELES<br>Marisol Barajas<br>21695 Valley Blvd<br>WALNUT | BASE : 116.75<br>PDF PAGES : 32.00<br>FUEL CHRG : 8.76 | 157.51 |
| 10/17/24<br><br>PDF PROCESS 3 DAY | 2375033 | P3D | Caller: SANTIAGO G. LAUR<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>2:24-cv-04805-MSC<br>CHIN V LOS ANGELES<br>FIRST AMENDED CMPLT | Ref No.: CHIN V LOS ANGELES<br>Hector Vazquez<br>21695 Valley Blvd<br>WALNUT<br><br>RELATED TO 2375018 | BASE : 43.00<br>PDF PAGES : 32.00 | 75.00 |

2054



**DALE K. GALIPO, INC.**
**dba The Offices of Dale K. Galipo**
21800 BURBANK BLVD., SUITE 310
WOODLAND HILLS, CA 91367

16-1606/1220

DATE NOVEMBER 11, 2024

CHECK ARMOR

PAY
TO THE
ORDER OF ACE ATTORNEY SERVICE, INC.                                          $ 232.51

TWO HUNDRED THIRTY-TWO AND FIFTY-ONE CENTS                              DOLLARS

Photo
Safe
Deposit®
Details on back

CITY NATIONAL BANK   PERSONAL &
AN RBC COMPANY       BUSINESS
(800) 773-7100       BANKING

CHIN V. COUNTY OF LOS ANGELES. INV 643486.
FOR

⑈00 2054⑈ ⑈1 2201 6066⑈ 2 24 20 7 1 2 3⑈



**ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

\*\*\* REPRINT \*\*\*

| Invoice No. | Customer No. |
|---|---|
| 693806 | 13865 |
| **Invc Date** | **Total Due** |
| 7/10/25 | 381.24 |
| **Current** | **Over 30 Days** |
| 381.24 | |
| **Over 60 Days** | **Over 90 Days** |
| | |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 693806 | 10/08/25 | 381.24 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 6/20/25 | 2461521 | P3D | Caller: SANTIAGO G. LAUR | Ref No.: CHIN V COLA | BASE : 73.25 | |
| PDF PROCESS 3 DAY | | | LAW OFFICES OF DALE K. GALIPO | PAUL V. GLINIEKI M.D./MED.EXAMINER | ADVANCE : 275.00 | |
| | | | 21800 BURBANK BLVD. | 1104 N. MISSION ROAD | CHK.CHARGE: 27.50 | |
| | | | WOODLAND HILLS | BOYLE HEIGHTS | FUEL CHRG : 5.49 | 381.24 |
| | | | 2:24-CV-04805 | ADV=WITNESS FEES | | |
| | | | QUAN V COLA | | | |
| | | | DEPO SUBP 07/18 | | | |
| | | | ADV. $275 | | | |

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

3004

VOID

OCTOBER 9, 2025

PAY TO THE
ORDER OF   ACE ATTORNEY SERVICE, INC.

DATE _____

$ 381.24

THREE HUNDRED EIGHTY-ONE AND TWENTY-FOUR CENTS _____ DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO   QUAN V. COUNTY OF LOS ANGELES

⑈003004⑈ ⑆122016066⑆ 22420712311⑈

\*\*\* REPRINT \*\*\*         Total         381.24

# INVOICE PAYMENT DUE UPON RECEIPT

**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 715340 | 13865 |
| **Invc Date** | **Total Due** |
| 10/09/25 | 2,202.51 |
| **Current** | **Over 30 Days** |
| 231.08 | 1,009.09 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | 962.34 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 715340 | 9/30/25 | 231.08 | 1 |

## Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/23/25 DELIVER RUSH | 2496898 | RSH | Caller: SANTIAGO G. LAUR Department of Medical Examiner 1104 N. Mission Rd BOYLE HEIGHTS  PICK UP BEFORE 2PM ADV $84 | Ref No.: 2023-07399 LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  DROP OFF TO CLIENT | BASE : 129.00 ADVANCE : 84.00 CHK.CHARGE: 8.40 FUEL CHRG : 9.68 | 231.08 |

3031

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale, K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

DATE _OCTOBER 14, 2025_

$ 213.08

PAY TO THE ORDER OF _ACE ATTORNEY SERVICE, INC._

_TWO HUNDRED THIRTEEN AND EIGHT CENTS_ DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO _QUAN V. COUNTY OF LOS ANGELES_

⑈003031⑈ ⑆122016066⑆ 224207123⑈

| | Total | 231.08 |
|---|---|---|

## INVOICE PAYMENT DUE UPON RECEIPT



**ATTORNEY SERVICE**
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 742118 | 13865 |
| **Invc Date** | **Total Due** |
| 2/09/26 | 3,853.96 |
| **Current** | **Over 30 Days** |
| 2,957.55 | 591.97 |
| **Over 60 Days** | **Over 90 Days** |
| 304.44 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 742118 | 1/31/26 | 559.22 | 1 |

| Date | Ordr No | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 1/29/26 PDF PROCESS | 2544742 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS | 2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. Paul V. Gliniecki, M.D. 1104 North Mission Rd BOYLE HEIGHTS ADV=WITNESS FEES | BASE : ADVANCE : CHK.CHARGE: FUEL CHRG : | 126.25 45.60 4.56 9.47 | 185.88 |
| 1/29/26 PDF PROCESS | 2544743 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS | 2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. Onaona Uance Gurney, M.D. 160 E ARTESIA ST POMONA 1st ADDRESS ATTEMPTD 1798 N. Garey Ave. POMONA, CA MISC=4 COPIES $1.00 | BASE : MISC. : FUEL CHRG : | 164.25 1.00 12.32 | 177.57 |
| 1/29/26 PDF PROCESS | 2544744 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS | 2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. Kyle Groff (P36868) 1255 Corporate Center Dr., MONTEREY PARK MISC=4 COPIES $1.00 | BASE : MISC. : FUEL CHRG : | 140.25 1.00 10.52 | 151.77 |
| 1/29/26 PDF PROCESS | 2544746 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS | 2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. John Aldama (P37944) 1255 Corporate Center Drive MONTEREY PARK RELATED TO 2544744 MISC=4 COPIES $1.00 | BASE : MISC. : | 43.00 1.00 | 44.00 |

Total Charges for Ref. - JENNIE QUAN, ET AL. V.:    559.22

**003306**

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

16-1606/1220

FEBRUARY 10, 2026

DATE _____

$ 559.22

PAY TO THE ORDER OF  ACE ATTORNEY SERVICE, INC. _____ DOLLARS

FIVE HUNDRED FIFTY-NINE AND TWENTY-TWO CENTS

CITY NATIONAL BANK

MEMO  CHIN QUAN V. COUNTY OF LOS ANGELES

⑆003306⑆ ⑆122016066⑆ 224207123⑈

# INVOICE

**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 744641 | 13865 |
| Invc Date | Total Due |
| 2/24/26 | 1,197.03 |
| Current | Over 30 Days |
| 135.72 | 164.90 |
| Over 60 Days | Over 90 Days |
| 896.41 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 744641 | 2/15/26 | 135.72 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/03/26 | 2546410 | PSD | Caller: SANTIAGO G. LAUR<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS | Ref No.: JENNIE QUAN, ET AL. V.<br>Dr. Hanh Duc Truong, PhD (LMFT)<br>1900 E. 4th St.<br>SANTA ANA | BASE : 126.25<br>FUEL CHRG : 9.47 | 135.72 |
| PDF PROCESS | PRIORITY | | 2:24-CV-04805<br>QUAN V. COLA<br>SUBP;ON-CALL;$71.00<br>2/12 | | | |
| | | | Total Charges for Ref. - JENNIE QUAN, ET AL. V.: | 135.72 | | |

---

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

003328

16-1606/1220

FEBRUARY 24, 2026
DATE

PAY TO THE
ORDER OF ACE ATTORNEY SERVICE, INC.                     $ 135.72

ONE HUNDRED THIRTY-FIVE AND SEVENTY-TWO CENTS ——— DOLLARS

CITY NATIONAL BANK

MEMO CHIN QUAN V. COUNTY OF LOS ANGELES

⑃003328⑃ ⑃122016066⑃ 224207123⑃

Total    135.72

## INVOICE PAYMENT DUE UPON RECEIPT