# Exhibit B

**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3485

16-1606/1220

DATE APRIL 13, 2026

PAY TO THE ORDER OF _HOURIGAN REPORTING, LLC_ $ 551.00

FIVE HUNDRED FIFTY-ONE AND NO CENTS _____ DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100

FOR CHIN (QUAN) V. COUNTY OF LOS ANGELES

⑈003485⑈ ⑆122016066⑈ 224207123⑈

Safe Spam Phish More... FAQ Protection by INKY

Dave/Lanie,

We need a check for the following:

Payable: Hourigan Reporting, LLC.
For: Parris Ward, Forensic Video and 3D Imaging
Amount: $551.00
Need by: ASAP
Case: Chin, (Quan) v. County of Los Angeles
Fee Split: N/A

Cost

**From:** Terri Hourigan <hourigan.terri@gmail.com>
**Sent:** Saturday, April 11, 2026 10:32 PM
**To:** Santiago Laurel <slaurel@galipolaw.com>
**Subject:** Re: Quan, (Chin) v. County of Los Angeles, Case No. 2:24-cv-04805-MCS (KSx)

Okay. I don't take Venmo but just send me a check to Hourigan Reporting,LLC, 625 E Del Mar Blvd, Unit 302, Pasadena, Ca. 91101

Thank you
Terri Hourigan

On Apr 10, 2026, at 10:51 AM, Santiago Laurel <slaurel@galipolaw.com> wrote:

Ms. Hourigan,

Thank you for the information and pricing. We would like to order the transcripts for 2/10, as well as the already prepared transcripts for 2/11 and 2/12. If possible, please email whatever you can to me today.

1

1

INVOICE No. 51

* * *

April 16, 2026

Dale Galipo
Attorney at Law
Attn:  SLaurel@galipolaw.com

re:  Quan v County of Los Angeles, Case No.  24-cv-9033

REPORTER'S FEES FINAL

2/11/2026, 212 pages at $1.45 copy rate (3-day), $307.40
2/12/2026, 168 pages at $1.45 copy rate (3-day), $243.60
2/10/2026, 258 pages at $4.38 original rate (30-day) $1,130.04

TOTAL:  $1681.04

Less deposit of:  $551.00

TOTAL DUE:  $1,130.04

Payments can be made to:  Hourigan Reporting, LLC
                         625 E. Del Mar Blvd., Unit 302
                         Pasadena, CA  91101

The balance due upon receipt of this invoice.

Thank you,

Terri Hourigan

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.



**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3502

16-1606/1220

DATE  APRIL 17, 2026

PAY
TO THE
ORDER OF _HOURIGAN REPORTING, LLC_                                    $  1,130.04

_ONE THOUSAND ONE HUNDRED THIRTY AND FOUR CENTS_                              DOLLARS

City National Bank
AN RBC COMPANY
(800) 773-7100

FOR _CHIN (QUAN) v. COUNTY OF LOS ANGELES_

