# Exhibit C

# INVOICE

1 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16755 | 10/1/2025 | 20346 |
| **Job Date** | **Case No.** | |
| 9/26/2025 | 2:24-CV-04805-MCS-KS | |
| **Case Name** | | |
| Jennie Quan v. County of Los Angeles, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Marisol Barajas | 80.00 | Pages | @ | 6.350 | 508.00 |
| Appearance Fee | 1.00 | | @ | 295.000 | 295.00 |
| Exhibits (Color) | 13.00 | Pages | @ | 0.750 | 9.75 |
| Digital File/Video File-Exhibit | 2.00 | | @ | 0.750 | 1.50 |
| Expedite -3 Day | 1.00 | | @ | 406.400 | 406.40 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 2.35 | Hours | @ | 140.000 | 329.00 |
| Video Surcharge | 80.00 | Pages | @ | 0.600 | 48.00 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE  >>>**                                    **$1,847.65**

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni

**Tax ID:**

*Please detach bottom portion and return with payment.*

---



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2992

VOID        VOID

OCTOBER 2, 2025

DATE _____

PAY TO THE
ORDER OF   FOCUS LITIGATION SOLUTIONS                              $ | 1,847.65 |

ONE THOUSAND EIGHT HUNDRED FORTY-SEVEN AND SIXTY-FIVE CENTS                DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO   QUAN V. COUNTY OF LOS ANGELES. DEPO M. BARAJAS

⑈002992⑈ ⑆122016066⑈ 22420712 3⑈

# INVOICE
1 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16729 | 10/1/2025 | 20243 |
| **Job Date** | **Case No.** | |
| 9/25/2025 | 2:24-CV-04805-MCS-KS | |
| **Case Name** | | |
| Jennie Quan v. County of Los Angeles, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---:|
| Hector Vasquez | 104.00 Pages | @ | 6.350 | 660.40 |
| Appearance Fee | 1.00 | @ | 295.000 | 295.00 |
| Exhibits (Color) | 77.00 Pages | @ | 0.750 | 57.75 |
| Digital File/Video File-Exhibit | 2.00 | @ | 0.750 | 1.50 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| Video | 2.97 Hours | @ | 140.000 | 415.80 |
| Video Surcharge | 104.00 Pages | @ | 0.600 | 62.40 |
| Video Technology Package & Uploading Fee | 1.00 | @ | 45.000 | 45.00 |
| Expedite -3 Day | 1.00 | @ | 528.320 | 528.32 |
| **TOTAL DUE   >>>** | | | | **$2,271.17** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose **"make payment"** in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni

**Tax ID:**

*Please detach bottom portion and return with payment.*

2991



**Dale K. Galipo, Inc.**
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

OCTOBER 2, 2025

DATE _____

$ 2,271.17

PAY TO THE
ORDER OF   FOCUS LITIGATION SOLUTIONS

DOLLARS

TWO THOUSAND TWO HUNDRED SEVENTY-ONE AND SEVENTEEN CENTS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

QUAN V. COUNTY OF LOS ANGELES.  DEPO H. VELASQUEZ

MEMO

⑈002991⑈ ⑆122016066⑆ 224207123⑈

# INVOICE

1 of 1

**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 16814 | 10/6/2025 | 20195 |
| **Job Date** | **Case No.** | |
| 9/18/2025 | 2:24-CV-04805-MCS-KS | |
| **Case Name** | | |
| Jennie Quan v. County of Los Angeles, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Hang D. Le
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| Deputy Kyle Toves | | | | |
|---|---|---|---|---|
| Appearance Fee | 1.00 | @ | 295.000 | 295.00 |
| Digital File/Video File-Exhibit | 2.00 | @ | 0.750 | 1.50 |
| Minimum Transcript Order | 1.00 | @ | 495.000 | 495.00 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 75.000 | 75.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| **TOTAL DUE >>>** | | | | **$996.50** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Please make payments within 30 days to avoid a 5% late fee per month.

**Tax ID:**

*Please detach bottom portion and return with payment.*



Dale K. Galipo, Inc.
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

2998

OCTOBER 8, 2025
DATE

PAY TO THE
ORDER OF   FOCUS LITIGATION SOLUTIONS                                $ 996.50

NINE HUNDRED NINETY-SIX AND FIFTY CENTS                         DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO   QUAN V. COUNTY OF LOS ANGELES. DEPO K. TOVES

⑈002998⑈ ⑆122016066⑈ 224207123⑈

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18465 | 12/15/2025 | 21900 |
| Job Date | Case No. | |
| 11/25/2025 | 2:24-CV-04805-MCS-KS | |
| Case Name | | |
| Jennie Quan v. County of Los Angeles, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Edward Flosi | 87.00 | Pages | @ | 6.350 | 552.45 |
|   Appearance Fee | 1.00 | | @ | 250.000 | 250.00 |
|   Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
|   Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Joel Suss, Ph.D. | | | | | |
|   Minimum Transcript Order | 1.00 | | @ | 400.000 | 400.00 |
|   Remote/Zoom Link & Support Package | 1.00 | | @ | 25.000 | 25.00 |
|   Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
|   Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| **TOTAL DUE   >>>** | | | | | **$1,487.45** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs. We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

---

**DALE K. GALIPO, INC.**
**DBA THE LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

003184

16-1606/1220

DECEMBER 16, 2025
DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                                    $ 1,487.75

ONE THOUSAND FOUR HUNDRED EIGHTY-SEVEN AND SEVENTY-FIVE CENTS                    DOLLARS

**CITY NATIONAL BANK**

MEMO QUAN V. COUNTY OF LOS ANGELES. DEPOS RE: E. FLOSI & J. SUSS

⑆003184⑆ ⑆122016066⑆ 224207123⑆

---

Remit To: **Focus Litigation Solutions**
    **400 Capitol Mall Suite 1450**
    **Sacramento, CA 95814**

BU ID          : 3-MAIN
Case No.     : 2:24-CV-04805-MCS-KS
Case Name  : Jennie Quan v. County of Los Angeles, et al.

# INVOICE

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18514 | 12/16/2025 | 21829 |

| Job Date | Case No. |
|---|---|
| 12/2/2025 | 2:24-CV-04805-MCS-KS |

| Case Name |
|---|
| Jennie Quan v. County of Los Angeles, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Ms. Hang D. Le
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

Parris Ward

| | | | | |
|---|---|---|---|---|
| Appearance Fee | 1.00 | @ | 250.000 | 250.00 |
| Minimum Transcript Order | 1.00 | @ | 400.000 | 400.00 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 25.000 | 25.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |

TOTAL DUE  >>>

---

003186

**DALE K. GALIPO, INC.**
**DBA THE LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

16-1606/1220

DECEMBER 16, 2025

DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS

$ 805.00

EIGHT HUNDRED FIVE AND NO CENTS

DOLLARS

**CITY NATIONAL BANK**

MEMO CHIN/QUAN V. COUNTY OF LOS ANGELES

⑆003186⑆ ⑈122016066⑈ 224207123⑆

---

Ms. Hang D. Le
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

| | |
|---|---|
| Invoice No. | : 18514 |
| Invoice Date | : 12/16/2025 |
| **Total Due** | : **$805.00** |

Remit To: **Focus Litigation Solutions**
**400 Capitol Mall Suite 1450**
**Sacramento, CA 95814**

| | |
|---|---|
| Job No. | : 21829 |
| BU ID | : 3-MAIN |
| Case No. | : 2:24-CV-04805-MCS-KS |
| Case Name | : Jennie Quan v. County of Los Angeles, et al. |

# INVOICE

1 of 2



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19002 | 1/13/2026 | 21830 |
| **Job Date** | **Case No.** | |
| 12/17/2025 | 2:24-CV-03100-WBS-SCR | |
| **Case Name** | | |
| Detwiler v. City of Mount Shasta | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Bruce Garrett | 128.00 | Pages | @ | 6.350 | 812.80 |
| Appearance Fee | 1.00 | | @ | 250.000 | 250.00 |
| Exhibits (Black & White) | 18.00 | Pages | @ | 0.600 | 10.80 |
| Digital File/Video File-Exhibit | 1.00 | | @ | 0.750 | 0.75 |
| Remote/Zoom Link & Support Package | 1.00 | | @ | 25.000 | 25.00 |
| Litigation Package | 1.00 | | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | | @ | 55.000 | 55.00 |
| Video | 1.00 | Hours | @ | 140.000 | 140.00 |
| Video Surcharge | 128.00 | Pages | @ | 0.600 | 76.80 |
| Video Technology Package & Uploading Fee | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE  >>>**                                        **$1,491.15**

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose "make payment" in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**Tax ID:** 86-2522755

*Please detach bottom portion and return with payment.*

---

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

003233

16-1806/1220

JANUARY 14, 2026
DATE

PAY TO THE
ORDER OF FOCUS LITIGATION SOLUTIONS                    $ 1,491.15

ONE THOUSAND FOUR HUNDRED NINETY-ONE AND FIFTEEN CENTS                    DOLLARS

CITY NATIONAL BANK

MEMO CHIN (QUAN) V. COUNTY OF LOS ANGELES

⑈003233⑈ ⑈1220160661⑈ 224207123⑈

# I N V O I C E

1 of 1



**Focus Litigation Solutions**
400 Capitol Mall
Suite 1450
Sacramento, CA 95814
P (800) 277-2679

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 18952 | 1/13/2026 | 22232 |
| **Job Date** | **Case No.** | |
| 12/16/2025 | 2:24-CV-04805-MCS-KS | |
| **Case Name** | | |
| Jennie Quan v. County of Los Angeles, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Mr. Dale K. Galipo
Law Offices of Dale Galipo
Suite 310
21800 Burbank Rd
Woodland Hills, CA 91367

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jonathan Marehbian, M.D. | 87.00 Pages | @ | 6.350 | 552.45 |
| Appearance Fee | 1.00 | @ | 250.000 | 250.00 |
| Remote/Zoom Link & Support Package | 1.00 | @ | 25.000 | 25.00 |
| Litigation Package | 1.00 | @ | 75.000 | 75.00 |
| Production & Processing | 1.00 | @ | 55.000 | 55.00 |
| **TOTAL DUE  >>>** | | | | **$957.45** |

Thank you for choosing Focus Litigation Solutions for your court reporting needs.  We are here for you 24/7 and if you have any questions, please let us know.
You can pay directly online on our website **www.focuslitigationsolutions.com** and choose **"make payment"** in the top right corner.
You will just need to enter the amount and the invoice number.
Thank you,

Georgia Hofioni
Ghofioni@focuslitigationsolutions.com

**\*\*Please make payments within 30 days to avoid a 5% late fee per month.**

**Tax ID:** 86-2522755

*Please detach bottom portion and return with payment.*

---

003234

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

16-1608/1220

JANUARY 14, 2026

DATE

$ 957.45

PAY TO THE
ORDER OF  FOCUS LITIGATION SOLUTIONS

DOLLARS

NINE HUNDRED FIFTY-SEVEN AND FORTY-FIVE CENTS

CITY NATIONAL BANK

MEMO  CHIN (QUAN) V. COUNTY OF LOS ANGELES

⑈003234⑈ ⑆122016066⑆ 224207123⑈

## Lanie Fierro

| | |
|---|---|
| **From:** | Santiago Laurel |
| **Sent:** | Thursday, January 29, 2026 9:35 AM |
| **To:** | davegalipo@galipolaw.com; Lanie Fierro |
| **Cc:** | Dale K. Galipo; Hang Le |
| **Subject:** | Check Request FW: [Client_Services] RE: Jennie Quan vs. County of Los Angeles \| Bennet Omalu, M.D. \| 12/15 \| Job 10179202 |
| **Attachments:** | Invoice-1184529.pdf; Invoice-1184528.pdf; Invoice-1184526.pdf; Invoice-1184601.pdf |

**Caution:** Internal (slaurel@galipolaw.com)

Sensitive Content   Details

Safe  Spam  Phish  More...  FAQ  Protection by INKY

Dave/Lanie

Please issue the following check:

**Payable to:**  Aptus Court Reporting _LLC_
**Amount:** $2,693.03 (Transcript amounts: $960.80, $664.46, $538.31, and $529.46)
**For:** Deposition Transcripts: Jennie Quan, Jeffrey Noble, Bennett Omalu, and Justin Rasander.
**Case:** Quan (Chin) v. County of Los Angeles
**Address:** 401 West A Street Suite 1680 San Diego, CA 92101
**Attachment:**  Invoices **1184529, 1184528, 118426,** and **1184601**

All approved by DKG.

Costs



DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

003266

16-1606/1220

JANUARY 29, 2026

DATE

PAY TO THE ORDER OF  APTUS COURT REPORTING, LLC

$ 2,693.03

TWO THOUSAND SIX HUNDRED NINETY-THREE AND THREE CENTS                    DOLLARS

CITY NATIONAL BANK

MEMO  QUAN (CHIN) V. COUNTY OF LOS ANGELES

⑆003266⑆ ⑈122016066⑈ 224207123⑈

Should you require any further assistance, please do not hesitate to let me know.