# Exhibit D



ATTORNEY SERVICE

*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O.BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 693806 | 13865 |
| **Invo Date** | **Total Due** |
| 7/10/25 | 381.24 |
| **Current** | **Over 30 Days** |
| 381.24 | |
| **Over 60 Days** | **Over 90 Days** |
| | |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 693806 | 10/08/25 | 381.24 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 6/20/25 | 2461521 | P3D | Caller: SANTIAGO G. LAUR  LAW OFFICES OF DALE K. GALIPO  21800 BURBANK BLVD.  WOODLAND HILLS | Ref No.: CHIN V COLA  PAUL V. GLINIEKI M.D./MED.EXAMINER  1104 N. MISSION ROAD  BOYLE HEIGHTS | BASE   : 73.25  ADVANCE  : 275.00  CHK.CHARGE: 27.50  FUEL CHRG : 5.49 | | 381.24 |
| PDF PROCESS 3 DAY | | | 2:24-CV-04805  QUAN V COLA  DEPO SUBP 07/18  ADV. $275 | ADV=WITNESS FEES | | | |

Dale K. Galipo, Inc.
dba The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

3004

OCTOBER 9, 2025

PAY TO THE
ORDER OF   ACE ATTORNEY SERVICE, INC.

DATE _____

$ 381.24

THREE HUNDRED EIGHTY-ONE AND TWENTY-FOUR CENTS

CITY NATIONAL BANK
An RBC Company
(800) 773-7100

DOLLARS

MEMO   QUAN V. COUNTY OF LOS ANGELES

⑈003004⑈ ⑆122016066⑆ 224207123⑈

*** REPRINT ***    Total    381.24

# INVOICE PAYMENT DUE UPON RECEIPT

| INVOICE | | Customer Name | | | |
|---|---|---|---|---|---|
| | | DALE K GALIPO ATTORNEY | | | |
| | | Customer Number | Invoice Number | Invoice Date | |
| Remit to: | | AU44 | 26ME0023 | 02-05-26 | |
| | | ARDept/BPRO | | Due Date | |
| Los Angeles County Auditor-Controller | | ME:WF | | 03-07-26 | |
| Hall of Records - Shared Services Division | | Project No. | | Revenue Source | |
| Attn: Account Receivable | | | | | |
| 320 West Temple Street, Room #380 | | | | 9277 | |
| Los Angeles   CA   90012 | | Amount Due | | Amount Enclosed | |
| | | | $388.85 | | |

Bill to:

DALE K GALIPO ATTORNEY
21800 Burbank Blvd, Suite 310
Woodland Hills   CA   91367

Payment Method:  ☐        Money Order ☐
Check

Please write Invoice No on front of
check or Money Order. DO NOT MAIL CASH

☐ Please check if address has changed. Write correct
address on back of stub and attach with payment

Please detach the above stub and return with your remittance payable to Department of Medical Examiner - Coroner

## Medical Examiner

### ORIGINAL

PAGE  2 OF  6

| Customer Number | Invoice Number | Invoice Date |
|---|---|---|
| AU44 | 26ME0023 | 02-05-26 |

**Invoice Charges**

| Ref Line No. | Project Desc | Description | Service From | Service To | No. of Taxable Units | Unit of Measure | Unit Price | Charges/ Credit |
|---|---|---|---|---|---|---|---|---|
| 1 | | Case # 2023-07399 Deposition  1 hours @ $595.85 - $275 deposit | | | | | | $320.85 |
| 2 | | Case # 2023-07399, Deposition  Clerical Fee | | | | | | $68.00 |
| | | | | | | TOTAL INVOICE Charges | | $388.85 |

**Other Charges**

| Description | Date | Charges |
|---|---|---|
| | 02-05-26 | |
| | TOTAL OTHER Charges | |

SECURITY FEATURES INCLUDE TRUE WATERMARK PAPER, HEAT SENSITIVE ICON AND FOIL HOLOGRAM.

**DALE K. GALIPO, INC.**
**DBA LAW OFFICES OF DALE K. GALIPO**
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

3472
16-1606/1220

DATE  APRIL 6, 2026

PAY
TO THE
ORDER OF  DEPARTMENT OF MEDICAL EXAMINER - CORONER          $ 388.85

THREE HUNDRED EIGHTY-EIGHT AND EIGHTY-FIVE CENTS                    DOLLARS

**City National Bank**
AN RBC COMPANY
(800) 773-7100

FOR  CHIN (QUAN) V. COUNTY OF LOS ANGELES. INVOICE 26ME0023

⑈003472⑈ ⑆122016066⑆      224207123⑈



**ACE** ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 742118 | 13865 |
| **Invc Date** | **Total Due** |
| 2/09/26 | 3,853.96 |
| **Current** | **Over 30 Days** |
| 2,957.55 | 591.97 |
| **Over 60 Days** | **Over 90 Days** |
| 304.44 | .00 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 742118 | 1/31/26 | 559.22 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/29/26 PDF PROCESS | 2544742 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. Paul V. Gliniecki, M.D. 1104 North Mission Rd BOYLE HEIGHTS  ADV=WITNESS FEES | BASE : 126.25 ADVANCE : 45.60 CHK.CHARGE: 4.56 FUEL CHRG : 9.47 | 185.88 |
| 1/29/26 PDF PROCESS | 2544743 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. Onaona Uance Gurney, M.D. 160 E ARTESIA ST POMONA  1st ADDRESS ATTEMPTD 1798 N. Garey Ave. POMONA, CA MISC=4 COPIES $1.00 | BASE : 164.25 MISC. : 1.00 FUEL CHRG : 12.32 | 177.57 |
| 1/29/26 PDF PROCESS | 2544744 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. Kyle Groff (P36868) 1255 Corporate Center Dr., MONTEREY PARK  MISC=4 COPIES $1.00 | BASE : 140.25 MISC. : 1.00 FUEL CHRG : 10.52 | 151.77 |
| 1/29/26 PDF PROCESS | 2544746 | PSD PRIORITY | Caller: SANTIAGO G. LAUR LAW OFFICES OF DALE K. GALIPO 21800 BURBANK BLVD. WOODLAND HILLS  2:24-CV-04805 QUAN V. COLA SUBPOENA TO APPEAR 2/12 | Ref No.: JENNIE QUAN, ET AL. V. John Aldama (P37944) 1255 Corporate Center Drive MONTEREY PARK  RELATED TO 2544744 MISC=4 COPIES $1.00 | BASE : 43.00 MISC. : 1.00 | 44.00 |

Total Charges for Ref. - JENNIE QUAN, ET AL. V.: 559.22

003306

DALE K. GALIPO, INC.
DBA THE LAW OFFICES OF DALE K. GALIPO
21800 BURBANK BLVD., STE 310
WOODLAND HILLS, CA 91367

16-1606/1220

FEBRUARY 10, 2026

DATE

$ 559.22

PAY TO THE
ORDER OF   ACE ATTORNEY SERVICE, INC.

DOLLARS

FIVE HUNDRED FIFTY-NINE AND TWENTY-TWO CENTS

CITY NATIONAL BANK

MEMO   CHIN QUAN V. COUNTY OF LOS ANGELES

⑈003306⑈ ⑈122016066⑈ 224207123⑈