Exhibit E

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 715340 | 13865 |
| **Invc Date** | **Total Due** |
| 10/09/25 | 2,202.51 |
| **Current** | **Over 30 Days** |
| 231.08 | 1,009.09 |
| **Over 60 Days** | **Over 90 Days** |
| .00 | 962.34 |

LAW OFFICES OF DALE K. GALIPO
ATTN: ACCOUNTS PAYABLE
21800 BURBANK BLVD., STE. 310
WOODLAND HILLS, CA 91367

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 13865 | 715340 | 9/30/25 | 231.08 | 1 |

## Service Detail

| Date | Ordr No. | Svc | | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/23/25 DELIVER RUSH | 2496898 | RSH | Caller: SANTIAGO G. LAUR<br>Department of Medical Examiner<br>1104 N. Mission Rd<br>BOYLE HEIGHTS<br><br>PICK UP BEFORE 2PM<br>ADV $84 | Ref No.: 2023-07399<br>LAW OFFICES OF DALE K. GALIPO<br>21800 BURBANK BLVD.<br>WOODLAND HILLS<br><br>DROP OFF TO CLIENT | BASE     : 129.00<br>ADVANCE   : 84.00<br>CHK.CHARGE: 8.40<br>FUEL CHRG : 9.68 | 231.08 |

3031

**Dale K. Galipo, Inc.**
dba The Law Offices of Dale, K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

DATE OCTOBER 14, 2025

$ 213.08

PAY TO THE ORDER OF  ACE ATTORNEY SERVICE, INC.

TWO HUNDRED THIRTEEN AND EIGHT CENTS                                          DOLLARS

**CITY NATIONAL BANK**
An RBC Company
(800) 773-7100

MEMO  QUAN V. COUNTY OF LOS ANGELES

⑈003031⑈ ⑆122016066⑆ 224207123⑈

| | Total | 231.08 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 888563889222 | Feb 6, 2026 | 15.25 USD |

## From address

**Law Offices of Dale K. Galipo**

Law Offices of Dale K. Galipo

21800 Burbank Blvd.

Ste. 310

91367 CA Woodland Hills

US

Phone: 8183473333

## To address

**Hon. Mark C. Scarsi**

First Street U.S. Courthouse

350 W 1st Street

Courtroom 7C

90012 CA LOS ANGELES

US

Phone: 8183473333

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Priority Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
FedEx One Rate®

## Billing information

| | | | |
|---|---|---|---|
| Bill transportation cost to: | ******876 | P.O. No.: | |
| Bill duties, taxes and fees to: | | Invoice No.: | |
| Your reference: | | Department No.: | |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 885169834831 | Oct 14, 2025 | 9.65 USD |

## From address

**Law Offices of Dale K. Galipo**

Law Offices of Dale K. Galipo

21800 Burbank Blvd.

Ste. 310

91367 CA Woodland Hills

US

Phone: 8183473333

## To address

**Clerk's Office**

U.S. District Courthouse

350 W. First Street

4th Floor

90012 CA LOS ANGELES

US

Phone: 8183473333

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Standard Overnight

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
FedEx One Rate®

## Billing information

| | | |
|---|---|---|
| Bill transportation cost to: | ******876 | P.O. No.: |
| Bill duties, taxes and fees to: | | Invoice No.: |
| Your reference: | | Department No.: |

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

# Transaction Record



| TRACKING NO.: | SHIP DATE: | ESTIMATED SHIPPING CHARGES: |
|---|---|---|
| 885169677210 | Oct 14, 2025 | 14.65 USD |

## From address

**Law Offices of Dale K. Galipo**
Law Offices of Dale K. Galipo
21800 Burbank Blvd.
Ste. 310
91367 CA Woodland Hills
US
Phone: 8183473333

## To address

**Mark C. Scarsi**
U.S. District Courthouse
350 W. First Street
Courtroom 7C
90012 CA LOS ANGELES
US
Phone: 8183473333

## Package information

| Pieces | Weight | Dimensions (LxWxH) | Carriage value | Package options |
|---|---|---|---|---|
| 1 x | 1.00 lb | | | n/a |

**Packaging type:**
FedEx Envelope

**Service:**
FedEx Nacional 10:30 a.m.

**Pickup / drop-off type:**
I'll drop off my shipment at a FedEx location

**Special Services:**
FedEx One Rate®

## Billing information

Bill transportation cost to:    ******876

Bill duties, taxes and fees to:

Your reference:

P.O. No.:

Invoice No.:

Department No.:

**Please note:** This transaction record is neither a statement nor an invoice, and does not confirm shipment tendered to FedEx or payment. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.