# Exhibit 1

**Dale K. Galipo**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
**Case No. 2:24-cv-04805-MCS-KS**

| DATE | DESCRIPTION | HOURS |
|------|-------------|-------|
| 09/27/2023 | Review Case Materials | 2.70 |
| 09/28/2023 | Zoom meeting with clients | 0.80 |
| 12/04/2023 | Review Case Materials | 1.70 |
| 12/07/2023 | Review Case Materials | 2.30 |
| 12/08/2023 | Review Case Materials | 1.50 |
| 12/12/2023 | Review Claim with Attorney Le | 0.50 |
| 04/20/2024 | Review Case Materials | 2.40 |
| 04/21/2024 | Review Case Materials | 2.60 |
| 04/27/2024 | Review Case Materials | 3.00 |
| 05/31/2024 | Review Complaint | 1.50 |
| 06/01/2024 | Review Complaint | 2.00 |
| 07/02/2024 | Review Answer to Complaint | 0.30 |
| 08/25/2024 | Review Joint Rule 26 Report | 0.80 |
| 08/26/2024 | Review Joint Rule 26 Report | 0.70 |
| 09/10/2024 | Review Initial Disclosures | 1.20 |
| 09/11/2024 | Review Disclosures – Case Documents | 1.30 |
| 10/15/2024 | Review First Amended Complaint | 0.50 |
| 10/26/2024 | Review Answer to First Amended Complaint | 0.50 |
| 01/22/2025 | Review Discovery | 1.40 |
| 01/23/2025 | Review Discovery | 1.60 |
| 03/14/2025 | Discuss with Attorney Le Settlement Demand for Mediation, review settlement demand. | 0.50 |
| 03/31/2025 | Preparation for Mediation | 1.40 |
| 04/01/2025 | Preparation for Mediation | 2.60 |
| 04/02/2025 | Mediation with Panel Mediator | 4.50 |
| 07/09/2025 | Meeting with Attorney Le | 0.60 |
| 07/20/2025 | Prepare for Gliniecki Deposition | 2.80 |
| 07/21/2025 | Gliniecki Deposition – Preparation | 3.20 |
| 08/14/2025 | Discuss with Attorney Le Police Practice Expert retention and Deposition schedule. | 0.10 |
| 09/18/2025 | Toves Preparation | 1.00 |
| 09/19/2025 | Discussed with Attorney Le Stipulation to Continue Discovery Deadlines. Reviewed Stipulation. | 0.10 |
| 09/20/2025 | Prepare for Defendant Depositions | 3.30 |
| 09/22/2025 | Prepare for Defendant Depositions | 2.70 |
| 09/22/2025 | Prepare for Defendant Depositions | 2.50 |

1

**Dale K. Galipo**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 09/23/2025 | Discussed with Attorney Le Defendants' Request to Stipulate to Continue MSJ filing. | 0.10 |
| 09/24/2025 | Prepare for Defendant Depositions | 5.50 |
| 09/25/2025 | Vasquez Deposition – Preparation | 5.90 |
| 09/26/2025 | Barajas Deposition – Preparation | 4.70 |
| 09/26/2025 | Review Supplemental Disclosures | 1.10 |
| 09/26/2025 | Review Supplemental Discovery Responses | 0.90 |
| 09/29/2025 | Review Motion for Summary Judgment | 2.30 |
| 09/30/2025 | Review Motion for Summary Judgment – Legal Research | 2.70 |
| 10/01/2025 | Review Motion for Summary Judgment – Legal Research | 3.80 |
| 10/09/2025 | Reviewed with Attorney Le Objections to Defendants Separate Statement, and Plaintiff's Statement of Genuine Disputes, and Additional Material Facts. | 0.60 |
| 10/11/2025 | Review Opposition to Motion for Summary Judgment – Legal Research | 4.30 |
| 10/12/2025 | Review Opposition to Motion for Summary Judgment – Legal Research | 3.70 |
| 10/13/2025 | Review Opposition to Motion for Summary Judgment | 2.50 |
| 10/13/2025 | Reviewed and Discussed Plaintiff's Genuine Disputes with Attorney Le. | 0.50 |
| 10/16/2025 | Discussed Expert Disclosures and Reports with Attorney Le. | 0.20 |
| 10/19/2025 | Review Expert Reports | 2.30 |
| 10/22/2025 | Review Expert Reports | 2.70 |
| 10/25/2025 | Review Reply to Opposition to Motion for Summary Judgment | 1.80 |
| 10/26/2025 | Review Reply to Opposition to Motion for Summary Judgment | 1.20 |
| 11/01/2025 | Review for Motion for Summary Judgment Documents | 4.20 |
| 11/02/2025 | Review for Motion for Summary Judgment Documents | 3.80 |
| 11/04/2025 | Review Rebuttal Expert Report | 1.50 |
| 11/17/2025 | Review Order on Motion for Summary Judgment | 0.70 |
| 11/18/2025 | Prepare for Omalu Deposition | 1.50 |
| 11/19/2025 | Prepare for Rosander Deposition | 1.00 |

**Dale K. Galipo**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 11/21/2025 | Prepare for Noble Deposition | 1.50 |
| 11/21/2025 | Prepare for Expert Depositions (Suss – Flosi) | 3.40 |
| 11/22/2025 | Prepare for Expert Depositions (Suss – Flosi) | 3.60 |
| 11/23/2025 | Prepare for Expert Depositions (Suss – Flosi) | 3.00 |
| 11/24/2025 | Prepare for Expert Depositions (Suss – Flosi) | 3.50 |
| 11/25/2025 | Flosi Deposition – Preparation | 3.80 |
| 11/25/2025 | Suss Deposition – Preparation | 3.20 |
| 12/01/2025 | Prepare for Ward's Deposition | 0.80 |
| 12/01/2025 | Review Pleadings | 1.20 |
| 12/02/2025 | Prepare for Ward's Deposition | 1.20 |
| 12/02/2025 | Review Discovery | 1.40 |
| 12/03/2025 | Review Disclosures – Potential Exhibits | 3.00 |
| 12/04/2025 | Review Video Footage | 1.10 |
| 12/05/2025 | Review Statements | 2.90 |
| **12/06/2025** | Review Depositions | 4.20 |
| **12/07/2025** | Review Expert Reports | 1.80 |
| 12/08/2025 | Review Investigation Reports | 1.50 |
| 12/09/2025 | Review Autopsy Report | 0.70 |
| 12/10/2025 | Review Medical Records | 0.80 |
| 12/11/2025 | Review Investigation Reports | 1.50 |
| 12/12/2025 | Review Barajas Statement | 2.30 |
| **12/13/2025** | Review Vasquez Statements | 2.20 |
| **12/14/2025** | Review Barajas Deposition | 2.70 |
| 12/14/2025 | Prepare for Marehbian Deposition | 3.50 |
| **12/15/2025** | Prepare for Marehbian Deposition | 2.50 |
| **12/16/2025** | Marehbian Deposition - Preparation | 4.50 |
| 12/15/2025 | Review Vasquez Deposition | 3.30 |
| 12/16/2025 | Review Officer Statements | 2.40 |
| 12/17/2025 | Review Motion for Summary Judgment Documents | 2.60 |
| 12/18/2025 | Review Motion for Summary Judgment Order | 0.50 |
| 12/19/2025 | Review Exhibits | 1.40 |
| **12/20/2025** | Review Expert Depositions | 1.60 |
| **12/21/2025** | Review Expert Depositions | 3.20 |
| 12/22/2025 | Begin Outlining Statements | 3.30 |
| 12/23/2025 | Begin Outlining Depositions | 2.50 |
| 12/24/2025 | Begin Outlining Depositions | 4.40 |
| **12/25/2025** | Review Expert Reports | 0.80 |
| 12/26/2025 | Outline Expert Depositions - Reports | 3.70 |

**Dale K. Galipo**                    *Jennie Quan v. County of Los Angeles, et al.*
**Timekeeping Record**                    **Case No. 2:24-cv-04805-MCS-KS**

| | | |
|---|---|---|
| **12/27/2025** | Outline Expert Depositions – Reports | 4.30 |
| **12/28/2025** | Outline Expert Depositions – Reports | 2.60 |
| 12/30/2025 | Discussed Defendants' Witness List with Attorney Le | 0.20 |
| 01/02/2026 | Review Officer Statements | 3.30 |
| **01/03/2026** | Review Officer Depositions | 4.70 |
| **01/04/2026** | Review Expert Reports | 2.40 |
| 01/05/2026 | Review Expert Depositions | 3.60 |
| 01/06/2026 | Outline Officer Statements | 4.10 |
| 01/07/2026 | Outline Officer Statements | 2.90 |
| 01/08/2026 | Outline Officer Depositions | 4.30 |
| 01/09/2026 | Outline Officer Depositions | 5.70 |
| **01/10/2026** | Outline Expert Depositions | 3.30 |
| **01/11/2026** | Outline Officer Examinations | 3.70 |
| 01/12/2026 | Outline Officer Examinations | 2.80 |
| 01/13/2026 | Outline Officer Examinations | 3.20 |
| 01/14/2026 | Outline Expert Examinations | 4.40 |
| 01/15/2026 | Outline Expert Examinations | 3.60 |
| 01/16/2026 | Outline Opening Statement | 3.70 |
| **01/17/2026** | Outline Opening Statement | 3.30 |
| **01/18/2026** | Outline Closing Argument | 4.20 |
| 01/19/2026 | Outline Closing Argument | 2.80 |
| 01/20/2026 | Outline Rebuttal Argument | 2.50 |
| 01/21/2026 | Review Exhibits | 1.50 |
| 01/22/2026 | Review Pretrial Documents | 1.40 |
| 01/23/2026 | Meeting with Attorney Le and Santiago Laurel regarding Pretrial Conference and Trial Preparation. | 1.10 |
| 01/23/2026 | Finalize Officer Examinations | 4.10 |
| **01/24/2026** | Finalize Expert Examinations | 3.60 |
| **01/25/2026** | Work on Plaintiff's Examination | 2.20 |
| 01/26/2026 | Meeting with Attorney Le and Santiago Laurel regarding Pretrial Conference and Trial Preparation. | 0.50 |
| 01/27/2026 | Meeting with Attorney Le regarding Trial Preparation | 0.50 |
| 01/27/2026 | Trial Preparation * (Examinations – Opening) | 2.70 |
| 01/28/2026 | Trial Preparation * (Examinations – Opening) | 3.30 |
| 01/29/2026 | Trial Preparation * (Examinations – Opening) | 3.90 |
| 02/02/2026 | Discuss with Attorney Le Joint Jury Instructions | 0.20 |
| 02/03/2026 | Follow up Discussion with Attorney Le regarding Joint Jury Instructions and Defendants' edits. | 0.50 |

4

**Dale K. Galipo**                   *Jennie Quan v. County of Los Angeles, et al.*
**Timekeeping Record**               Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 02/04/2026 | Discuss with Attorney Le Defendants' Trial issue inquires. | 0.20 |
| 02/07/2026 | Trial Preparation * | 8.80 |
| 02/08/2026 | Trial Preparation * | 7.20 |
| 02/09/2026 | Trial Preparation * (Examinations – Opening) | 4.40 |
| 02/10/2026 | Trial – Trial Preparation * | 15.80 |
| 02/11/2026 | Trial – Trial Preparation * | 16.20 |
| 02/12/2026 | Trial – Trial Preparation * | 16.50 |
| 02/13/2026 | Trial - Meetings | 12.50 |
| 02/18/2026 | Review Proposed Judgment | 0.50 |
| 04/01/2026 | Review Trial Transcripts | 3.10 |
| 04/09/2026 | Review Trial Transcripts | 3.90 |
| 04/11/2026 | Review Post Trial Motion – Legal Research | 2.80 |
| 04/12/2026 | Review Post Trial Motion – Legal Research | 2.20 |
| 04/20/2026 | Review Opposition to Motion | 1.70 |
| 04/21/2026 | Review Opposition to Motion – Legal Research | 2.30 |
| 04/22/2026 | Review Opposition to Motion | 2.00 |
| 05/07/2026 | Review Reply to Opposition – Legal Research | 2.20 |
| 06/05/2026 | Review Order re Post Trial Motion | 0.70 |
| 06/29/2026 | Work on Motion for Attorney Fees | 1.70 |
| 06/30/2026 | Work on Motion for Attorney Fees | 0.80 |
| | Total | 412.2 |

**\*** Trial Preparation includes review of investigation reports, officer statements, witness statements, expert reports, deposition transcripts, exhibits, photos of scene, dispatch tape, motions in limine, witness list, exhibit list, jury instructions, verdict form, outlining examination of defendants' and officers, outlining examination of witnesses, outlining examination of plaintiff, outlining examination of experts, preparing voir dire, preparing opening statement, and preparing for direct and cross examinations and closing arguments.