# Exhibit 7

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 9/18/2023 | Correspondence with client regarding retention and to set up meeting | 0.1 |
| 9/19/2023 | Correspondence with client regarding retention and to set up meeting | 0.1 |
| 9/21/2023 | Telephone conversation with client regarding retention, expectations regarding case | 0.8 |
| 9/28/2023 | Zoom with lead counsel Dale K. Galipo (DKG) and client regarding case | 0.8 |
| 10/24/2023 | Correspondence with client regarding government tort claim | 0.1 |
| 11/6/2023 | Correspondence with client regarding information for government tort claim | 0.1 |
| 11/15/2023 | Review of documents sent by client | 0.2 |
| 11/15/2023 | Correspondence with client regarding obtaining autopsy report | 0.1 |
| 12/11/2023 | Draft government tort claim | 0.9 |
| 12/12/2023 | Discuss with DKG re government tort claim; finalized claim for submission | 0.3 |
| 1/18/2024 | Correspondence with client regarding status of case | 0.1 |
| 2/6/2024 | Correspondence with client regarding obtaining documents/evidence | 0.1 |
| 4/22/2024 | Correspondence with client regarding status of case | 0.1 |
| 6/6/2024 | Draft case initiating Complaint | 1.9 |
| 6/7/2024 | Finalize case initiating Complaint; draft case initiating documents; file Complaint and case initiating documents | 0.8 |
| 6/10/2024 | Review ECF notices of district judge assignment and standing order | 0.2 |
| 6/11/2024 | Correspondence with client regarding status of case | 0.1 |

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|------|-------------|--------------|
| 8/19/2024 | Draft Rule 26 Report, sent to defense counsel | 0.9 |
| 8/26/2024 | Reviewed Defendants' edits to Rule 26 Report; corresponded with defense counsel regarding changes; brief telephonic conversation with defense counsel; revised Rule 26 Report based on agreements and changes; filed Report | 0.7 |
| 8/28/2024 | Reviewed ECF notice of continuance of Scheduling Conference | 0.1 |
| 9/6/2024 | Reviewed draft for Request to Appear at Scheduling Conference in lieu of lead trial counsel for filing; filed Request | 0.2 |
| 9/10/2024 | Reviewed ECF notice of continuance of Scheduling Conference and Order denying Request | 0.1 |
| 9/10/2024 | Drafted Plaintiff's Initial Disclosures | 0.5 |
| 9/11/2024 | Reviewed Defendants' Initial Disclosures | 0.2 |
| 9/17/2024 | Drafted and filed Request to Appear at Scheduling Conference in lieu of lead trial counsel | 0.2 |
| 9/18/2024 | Reviewed Order approving Request to Appear | 0.1 |
| 9/23/2024 | Review case file in preparation for Scheduling Conference | 0.3 |
| 9/23/2024 | Travel from office to courthouse for Scheduling Conference | 0.8 |
| 9/23/2024 | Appeared at Scheduling Conference | 0.2 |
| 9/23/2024 | Reviewed ECF Order re: Jury Trial | 0.1 |
| 9/26/2024 | Drafted proposed First Amended Complaint and stipulation to file FAC; sent proposed drafts to defense counsel | 1 |
| 10/2/2024 | Reviewed and edited Plaintiff's Request for Production of Documents | |
| 10/2/2024 | Correspondence with defense counsel regarding Stipulation for Plaintiff to file FAC | 0.1 |

2

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 10/7/2024 | Filed Stipulation to file FAC, proposed FAC, and proposed order | 0.1 |
| 10/9/2024 | Review ECF Court Order granting Stipulation to file FAC | 0.1 |
| 10/15/2024 | Correspondence with defense counsel regarding selection of panel mediator | 0.1 |
| 10/15/2024 | Filed FAC and request for summons on FAC | 0.1 |
| 10/17/2024 | Coordinated with litigation assistant SG re service of FAC on newly named defendants | 0.1 |
| 10/22/2024 | Correspondence with defense counsel rearding selection of panel mediator | 0.1 |
| 10/22/2024 | Drafted proposed Protective Order and sent to defense counsel for review | 0.6 |
| 11/7/2024 | Correspondence with defense counsel regarding defendant's discovery responses and proposed Protective Order | 0.1 |
| 11/11/2024 | Correspondence with defense counsel regarding mediation dates with panel mediator | 0.1 |
| 11/15/2024 | Filed Stipulation for Protective Order | 0.1 |
| 11/19/2024 | Reviewed Protective Order issued by magistrate judge | 0.1 |
| 11/25/2024 | Corresponded with defense counsel regarding defendant's discovery responses | 0.1 |
| 12/5/2024 | Correspondence with clients regarding supporting documents | 0.1 |
| 12/6/2024 | Telephonic conversation with defense counsel regarding extension of discovery responses deadline; sent follow up email confirming agreement | 0.1 |
| 12/11/2024 | Review decedent's autopsy report | 0.2 |
| 12/12/2024 | Corresondence with defense counsel regarding mediation date | 0.1 |

Hang D. Le, Esq.                                    *Jennie Quan v. County of Los Angeles, et al.*
Timekeeping Record                                 Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 12/23/2024 | Review email from panel mediator regarding mediation; responded to panel mediator regarding requested information | 0.1 |
| 12/27/2024 | Corresponded with client regarding supporting documents | 0.1 |
| 12/30/2024 | Met with client regarding supporting documents | 0.2 |
| 1/6/2025 | Reviewed documents produced by defendants for missing documents | 1.3 |
| 1/17/2025 | Met with client regarding Defendants' discovery request and information/documents needed for discovery responses | 1.3 |
| 1/20/2025 | Corresponded with client regarding information and documents needed for discovery responses | 0.4 |
| 1/21/2025 | Drafted Plaintiff's discovery responses | 2.7 |
| 1/22/2025 | Reviewed drafts of discovery responses; put together responsive documents for production | 0.8 |
| 2/28/2025 | Called in for pre-mediation telephonic conference | 0.2 |
| 3/3/2025 | Communicated mediation information to client | 0.1 |
| 3/5/2025 | Reviewed defendant's discovery responses and documents produced with responses | 3.6 |
| 3/6/2025 | Reviewed defendant's discovery responses and documents produced with responses | 4.8 |
| 3/7/2025 | Drafted meet and confer letter regarding defendant's discovery responses and missing documents | 1.4 |
| 3/12/2025 | Correspondence with client regarding mediation | 0.1 |
| 3/14/2025 | Spoke with defense counsel over telephone regarding extension for defendant to respond to Plaintiff's meet and confer letter; corresponded with defense counsel in confirmation of agreement | 0.1 |
| 3/18/2025 | Discussed with DKG re settlement demand for mediation; drafted settlement demand to send out prior to mediation | 0.2 |

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 3/21/2025 | Corresponded with defense counsel regarding extension for defendant to respond to Plaintiff's meet and confer letter | 0.1 |
| 3/24/2025 | Zoom meeting with client regarding case status, expectations for mediation | 0.8 |
| 3/28/2025 | Corresponded with defense counsel regarding extension for defendant to respond to Plaintiff's meet and confer letter | 0.1 |
| 3/31/2025 | Drafted and sent mediation brief to panel mediator | 1.8 |
| 4/2/2025 | Corresponded with Plaintiff prior to mediation | 0.1 |
| 4/2/2025 | Participated in mediation with panel mediator | 3 |
| 4/4/2025 | Spoke with defense counsel over telephone regarding extension for defendant to respond to Plaintiff's meet and confer letter | 0.1 |
| 4/9/2025 | First review of defendant's supplemental responses to Plaintiff's discovery requests | 1.1 |
| 4/10/2025 | Review of defendant's supplemental responses and document production to Plaintiff's discovery requests; took notes re documents | 2.3 |
| 4/11/2025 | Review of defendant's supplemental responses and document production to Plaintiff's discovery requests; took notes re documents; requested transcription of audio recordings | 3.5 |
| 4/23/2025 | Read first round transcriptions of audio recordings of interviews | 1.7 |
| 5/2/2025 | Read second round transcriptions of audio recordings of interviews | 0.8 |
| 6/19/2025 | Discussed with legal assistant noticing deposition of medical examiner; reviewed notice of deposition to be sent out | 0.1 |
| 7/9/2025 | Discussed with DKG facts of cases and potential legal issues to anticipate | 0.6 |

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|------|-------------|--------------|
| 7/14/2025 | Spoke with defense counsel regarding rescheduling deposition of Defendant Vazquez | 0.1 |
| 8/12/2025 | Communicated with police practices expert regarding potential retention in case | 0.3 |
| 8/14/2025 | Reviewed email from defense counsel regarding rescheduling defendants' deposition; discussed with DKG; replied to email | 0.2 |
| 8/15/2025 | Communicated with police practices expert regarding potential retention in case | 0.3 |
| 8/20/2025 | Spoke with police practices expert regarding case; compiled documents and materials and sent to police practices expert for review | 0.6 |
| 8/22/2025 | Corresponded with defense counsel regarding defendants' deposition dates | 0.1 |
| 8/25/2025 | Corresponded with defense counsel regarding defendants' deposition dates and potential stipulation to extend discovery cut-off | 0.1 |
| 8/27/2025 | Communicated with video expert regarding potential retention in case | 0.2 |
| 8/27/2025 | Discussed subpoenaing autopsy photos and x-rays with legal assistant | 0.1 |
| 8/28/2025 | Corresponded with defense counsel regarding getting BWCs in original format | 0.1 |
| 9/8/2025 | Corresponded with defense counsel regarding defendants' deposition dates | 0.1 |
| 9/15/2025 | Communicated with forensic pathologist regarding potential retention in case; put together file to send to forensic pathologist for review | 0.3 |
| 9/15/2025 | Corresponded with defense counsel regarding deposition dates for Deputy Toves and original BWC videos | 0.1 |
| 9/16/2025 | Communicated with client regarding status of discovery | 0.1 |

Hang D. Le, Esq.  
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*  
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 9/16/2025 | Corresponded with forensic pathologist expert regarding materials for review; put together additional materials to send to expert for review | 0.2 |
| 9/16/2025 | Corresponded with defense counsel regarding deposition dates for deputies | 0.1 |
| 9/17/2025 | Prep for deposition of witness Deputy Kyle Toves | 3.4 |
| 9/17/2025 | Downloaded and reviewed produced original BWC videos | 1.2 |
| 9/18/2025 | Communicated with forensic video analyst expert regarding original BWC videos; transmitted original videos to expert | 0.2 |
| 9/18/2025 | Reviewed deposition notice for Deputy Vazquez to send out | 0.1 |
| 9/18/2025 | Took deposition of witness Deputy Kyle Toves | 1 |
| 9/19/2025 | Corresponded with forensic video analyst expert regarding timeline of work | 0.1 |
| 9/19/2025 | Drafted stipulation and proposed order to continue discovery deadlines; discussed stipulation with DKG; send draft of proposed stip and order to defense counsel for review and input | 0.7 |
| 9/22/2025 | Made edits to stipulation to continue discovery deadlines per defense counsel's suggestions; filed stipulation and proposed order | 0.2 |
| 9/22/2025 | Telephonic conference re Defendants' anticipated MSJ | 0.2 |
| 9/23/2025 | Corresponded with defense counsel re deposition of Deputy Barajas; discussed arrangements with SG re deposition | 0.2 |
| 9/23/2025 | Discussed with DKG Defendants' request to stipulate to continuance of MSJ filing deadline; corresponded with defense counsel re same | 0.2 |
| 9/23/2025 | Reviewed proposed stipulation for continuance of MSJ filing deadline | 0.1 |

Hang D. Le, Esq.  
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*  
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 9/23/2025 | Reviewed autopsy photos produced by medical examiner's office | 0.4 |
| 9/23/2025 | Corresponded with forensic pathologist re autopsy photos; transmitted autopsy photos to expert | 0.2 |
| 9/24/2025 | Reviewed order denying stipulation to continue dates | 0.1 |
| 9/24/2025 | Depo prep for Deposition of Deputy Vazquez | 2 |
| 9/25/2025 | Obtained and reviewed additional medical records from Plaintiff | 0.5 |
| 9/25/2025 | Deposition of Deputy Vazquez | 2.5 |
| 9/25/2025 | Depo prep for Deposition of Deputy Barajas | 1.3 |
| 9/26/2025 | Deposition of Deputy Barajas | 1.8 |
| 9/26/2025 | Telephonic with forensic video analyst re videos and specific requests regarding examination of videos | 0.3 |
| 9/26/2025 | Reviewed and redacted Plaintiffs' additional medical records for supplemental disclosure; drafted supplemental disclosures and supplemental responses to discovery to send out | 2.3 |
| 9/30/2025 | Reviewed Defendants' Motion for Summary Judgment | 1 |
| 9/30/2025 | Start reviewing deposition and interview transcripts; start drafting statement of genuine disputes & additional material facts for MSJ Opp | 4.4 |
| 10/1/2025 | Continued reviewing transcripts/video recordings/evidence, and drafting Plaintiff's additional material facts for MSJ Opp | 5.2 |
| 10/2/2025 | Discussed upcoming deposition with Plaintiff | 0.2 |
| 10/3/2025 | Continued reviewing transcripts/video recordings/evidence, and drafting Plaintiff's additional material facts for MSJ Opp | 6.2 |
| 10/6/2025 | Continued reviewing transcripts/video recordings/evidence, and drafting Plaintiff's additional material facts for MSJ Opp | 5.7 |

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|------|-------------|--------------|
| 10/7/2025 | Started drafting objections to Defendants' Separate Statement and Genuine Disputes for MSJ Opp | 1.3 |
| 10/8/2025 | Collaborated with police practices expert Jeff Noble on declaration in support of Plaintiff's MSJ Opp | 1.4 |
| 10/8/2025 | Reviewed material evidence and defendants' cited evidence in separate statement and continued drafting Genuine Disputes for MSJ Opp | 4.7 |
| 10/8/2025 | Started researching for Plaintiff's Memorandum of Points and Authorities for MSJ Opp | 1.2 |
| 10/9/2025 | Reviewed drafts of Plaintiff's Objections to Defendants' Separate Statement, Plaintiff's Statemet of Genuine Disputes, and Plaintiff's Additional Material Facts with DKG | 0.6 |
| 10/9/2025 | Reviewed forensic video analyst Rosander's video work product | 0.8 |
| 10/9/2025 | Transmitted videos created by Rosander to Noble for review | 0.1 |
| 10/9/2025 | Continued researching for and started drafting Plaintiff's Memorandum of Points and Authorities for MSJ Opp | 5.6 |
| 10/10/2025 | Incorporated changes to drafts of Plaintiff's Objections to Defendants' Separate Statement, Plaintiff's Statement of Genuine Disputes, and Plaintiff's Additional Material Facts per discussion with DKG | 1.7 |
| 10/10/2025 | Continued researching for and drafting Plaintiff's Memorandum of Points and Authorities for MSJ Opp | 5.2 |
| 10/10/2025 | Zoom meeting with forensic video analyst expert Rosander | 0.6 |
| 10/12/2025 | Reviewed and made edits to Plaintiff's Additional Material Facts | 1.1 |
| 10/12/2025 | Continued drafting Plaintiff's Memorandum of Points and Authorities for MSJ Opp | 6.7 |
| 10/13/2025 | Reviewed and discussed draft of Plaintiff's Genuine Disputes with DKG | 0.5 |

9

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|------|-------------|--------------|
| 10/13/2025 | Drafted proposed order for Plaintiff's Objections to Defendants' SS | 0.4 |
| 10/13/2025 | Continued drafting Plaintiff's Memorandum of Points and Authorities for MSJ Opp | 3.8 |
| 10/13/2025 | Reviewed and discussed draft of Plaintiff's Memorandum of Points and Authorities with DKG | 0.4 |
| 10/13/2025 | Drafted, reviewed, edited, and finalized Plaintiff's Memorandum of Points and Authorities | 0.9 |
| 10/13/2025 | Reviewed and finalized Plaintiff's Objects to Defendants' SS, Plaintiff's Genuine Disputes, and Plaintiff's Additional Material Facts for MSJ Opp | 1.2 |
| 10/13/2025 | Reviewed and finalized exhibits | 0.6 |
| 10/13/2025 | Drafted and finalized declaration in support of Plaintiff's MSJ Opp | 0.6 |
| 10/13/2025 | Filed Plaintiff's MSJ Opp | 0.1 |
| 10/14/2025 | Drafted and filed Notice of Errata re Plaintiff's MSJ Opp | 0.5 |
| 10/15/2025 | Discussed deposition and deposition preparation with Plaintiff | 0.2 |
| 10/16/2025 | Discussed expert disclosure and report with expert Noble | 0.1 |
| 10/16/2025 | Discussed expert disclosure and report with expert Omalu | 0.2 |
| 10/16/2025 | Discussed expert disclosures and reports with DKG | 0.2 |
| 10/17/2025 | Reviewed Defendants' supplemental discovery responses | 0.5 |
| 10/18/2025 | Reviewed Rosander expert report and videos | 0.8 |
| 10/20/2025 | Drafted and finalized initial expert disclosures | 1.9 |
| 10/20/2025 | Depo prep with Plaintiff | 1.8 |
| 10/21/2025 | Depo prep with Plaintiff | 0.6 |
| 10/21/2025 | Defended deposition of Plaintiff | 2.3 |
| 10/21/2025 | Reviewed Defendants' initial expert disclosures | 1.5 |
| 10/21/2025 | Reviewed Defendants' reply ISO MSJ | 1 |

10

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 10/22/2025 | Reviewed defense expert Joel Suss's expert report; researched issues re report | 2 |
| 10/24/2025 | Reviewed Plaintiff's deposition transcript | 0.4 |
| 10/24/2025 | Discussed deposition transcript and corrections with Plaintiff | 0.3 |
| 10/30/2025 | Reviewed deposition notices for Defendants' experts to be sent out | 0.1 |
| 10/31/2025 | Reviewed deposition notices from Defendants | 0.1 |
| 10/31/2025 | Prep for MSJ Hearing (reviewed briefs, reviewed evidence submitted, reviewed case law; notes) | 1.8 |
| 11/3/2025 | Travel to First Street Courthouse for MSJ Hearing | 0.8 |
| 11/3/2025 | MSJ Hearing | 0.3 |
| 11/4/2025 | Reviewed Defendants' rebuttal expert disclosures and report | 0.5 |
| 11/6/2025 | Corresponded with experts re setting depositions | 0.1 |
| 11/17/2025 | Drafted experts Omalu's and Rosander's responses to Defendants' RFPs | 0.5 |
| 11/18/2025 | Depo prep with expert Rosander | 1.1 |
| 11/18/2025 | Depo prep with expert Omalu | 0.5 |
| 11/18/2025 | Defended deposition of expert Omalu | 2.2 |
| 11/19/2025 | Defended deposition of expert Rosander | 1 |
| 11/21/2025 | Drafted expert Noble's responses to Defendants' RFPs | 0.2 |
| 11/24/2025 | Depo prep with expert Noble | 0.5 |
| 11/24/2025 | Defended deposition of expert Noble | 1 |
| 11/25/2025 | Particpated in deposition of defense expert Edward Flosi | 1.9 |
| 11/25/2025 | Participated in deposition of defense expert Joel Suss | 1 |
| 12/1/2025 | Prep for deposition of defense expert Parris Ward | 2.3 |
| 12/2/2025 | Took deposition of defense expert Parris Ward | 1 |

11

Hang D. Le, Esq.  
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*  
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 12/4/2025 | Reviewed deposition notice for defense expert Jonathan Marehbian | 0.1 |
| 12/15/2025 | Draft witness list and exhibit list to exchange for Rule 16-2 meeting | 2.7 |
| 12/16/2025 | Participated in deposition of defense expert Jonathan Marehbian | 2 |
| 12/16/2025 | Reviewed EMS records produced by Defendants | 0.2 |
| 12/17/2026 | Prep for Rule 16-2 meeting | 1.5 |
| 12/17/2025 | Rule 16-2 meeting | 0.5 |
| 12/18/2025 | Reviewed Joel Suss report and researched issues re report in preparation for MIL | 1.9 |
| 12/22/2025 | Reviewed autopsy photos, selected photos for exhibits, redacted relevant parts and sent over to defense counsel for review | 0.8 |
| 12/22/2025 | Prep for meet and confer re MILs | 1.2 |
| 12/22/2025 | Meet and confer re MILs | 0.3 |
| 12/23/2025 | Revised Plaintiff's witness list and exhibit list and sent over for Defendants' input | 0.5 |
| 12/29/2025 | Drafted and sent to Defendants Plaintiff's proposed jury instructions | 2.5 |
| 12/30/2025 | Conferred with DKG re Defendants' witness list | 0.2 |
| 12/30/2025 | Made edits/added input to Defendants' witness list | 0.2 |
| 12/30/2025 | Reviewed Defendants' exhibit list and associated exhibits, inserted objects to Defendants' exhibit list | 1.6 |
| 1/4/2026 | Drafted Plaintiff's memorandum of contentions of fact and law | 1.7 |
| 1/4/2026 | Start researching for/drafting Plaintiff's MILs | 6.6 |
| 1/5/2026 | Combined parties' exhibit lists and witness lists; drafted joint stauts report regarding settlement | 1 |

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 1/5/2026 | Continued researching for/drafting MILs; put togther exhibits; drafted proposed orders and declaration; finalized | 4.6 |
| 1/5/2026 | Edited MCFL and finalized | 0.5 |
| 1/5/2026 | Drafted Plaintiff's objections to Defendants' proposed jury instructions and ezchanged | 1 |
| 1/5/2026 | Reviewed Defendants' objections to Plaintiff's proposed jury instructions | 0.2 |
| 1/8/2026 | Drafted proposed PTCO and sent to Defendants for review | 1 |
| 1/8/2026 | Meet and confer re proposed jury instructions | 0.5 |
| 1/8/2026 | Researched format for jointly proposed jury instructions | 0.2 |
| 1/9/2026 | Drafted Joint Disputed Jury Instructions and Joint Statement of the Case for Defendants' input | 1 |
| 1/11/2026 | Drafted Oppositions to Defendants' MILs | 5.7 |
| 1/11/2026 | Drafted proposed verdict form and Joint Agreed Upon Jury Instructions | 2 |
| 1/12/2026 | Continued drafts, made edits, and finalized Opps to Defendants' MILs | 2.4 |
| 1/12/2026 | Drafted proposed voir dire | 0.4 |
| 1/12/2026 | Reviewed Defendants' edits to PTCO; made additional edits to PTCO and finalized | 0.7 |
| 1/12/2026 | Reviewed Defendants' edits to Joint Disputed and Agreed Upon Jis; made edits to drafts; and sent to Defendants for review | 1 |
| 1/12/2026 | Reviewed and finalized Joint Disputed VFs | 0.2 |
| 1/12/2026 | Drafted Notice of Lodging of PTCO; finalized and filed PTCO | 0.2 |
| 1/12/2026 | Corresponded with defense counsel re amending joint Jis | 0.1 |
| 1/13/2026 | Drafted Amended Joint Jis and sent to Defendants for review | 0.2 |

13

Hang D. Le, Esq.                          *Jennie Quan v. County of Los Angeles, et al.*
Timekeeping Record                            Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 1/13/2026 | Reviewed Defendants' input to Amended Joint Jis, researched issues for Plaintiff's response and added Plaintiff's final input and finalized | 0.5 |
| 1/23/2026 | Meeting with DKG and SG re pretrial conference and trial prep | 1.1 |
| 1/26/2026 | Sent Word versions of pretrial filings to chambers | 0.1 |
| 1/26/2026 | Meeting with DKG and SG re pretrial conference and trial prep | 0.5 |
| 1/27/2026 | Travel to First Street Courthouse for Final Pretrial Conference | 0.7 |
| 1/27/2026 | Final Pretrial Conference | 1 |
| 1/27/2026 | Meeting with DKG re trial prep | 0.5 |
| 1/30/2026 | Communicated with Plaintiff re trial schedule and trial issues | 0.3 |
| 2/2/2026 | Discuss Joint JIs with DKG | 0.2 |
| 2/2/2026 | Draft initial drafts of Second Amended Joint Jis and sent over to Defendants for review | 0.5 |
| 2/3/2026 | Review Defendants' edits and input to Joint JIs; discuss Defendants' edits and positions with DKG; exchanged drafts of Joint JIs with positions; made final edits to Joint Jis | 0.6 |
| 2/4/2026 | Discuss with DKG re trial issues inquired by Defendants; responded to Defendants re trial issues | 0.2 |
| 2/5/2026 | Drafted Amended PTCO and sent over to Defendants for review and input | 0.2 |
| 2/5/2026 | Researched and drafted Joint Status Report and sent over to Defendants for review and input | 1.2 |
| 2/6/2026 | Reviewed Defendants' propose Verdict Form; drafted Amended Proposed Verdict Forms and sent over for Defendants to review and input | 0.2 |
| 2/6/2026 | Reviewed and edited Amended Joint Witness List | 0.2 |

14

Hang D. Le, Esq.  
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*  
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 2/6/2026 | Reviewed Defendants' edits to Joint Status Report, finalized, and filed | 0.1 |
| 2/6/2026 | Reviewed Defendants' edits to Amended Proposed Verdict Forms, finalized, and filed | 0.1 |
| 2/6/2026 | Communicated with Plaintiff re start of trial and trial schedule | 0.1 |
| 2/9/2026 | Communicated with expert Noble re trial testimony and trial schedule | 0.2 |
| 2/9/2026 | Trial prep, including reviewing trial materials, organizing exhibits, creating video clips and video stills | 6.1 |
| 2/10/2026 | Travel to and from courthouse for trial | 2 |
| 2/10/2026 | Trial prep; trial | 8.2 |
| 2/11/2026 | Travel to and from courthouse for trial | 2 |
| 2/11/2026 | Trial prep; trial | 8.1 |
| 2/12/2026 | Travel to and from courthouse for trial | 2 |
| 2/12/2026 | Trial prep; trial | 8 |
| 2/13/2026 | Travel to and from courthouse for trial | 2 |
| 2/13/2026 | Trial prep; trial; post-trial discussions with client and defense counsel | 8 |
| 2/18/2026 | Drafted proposed Stipulation to Modify Post-Trial Briefing Schedule and proposed Judgment; sent to DKG for review | 1 |
| 2/20/2026 | Telephonic discussion with defense counsel re Stipulation and proposed Judgment | 0.2 |
| 2/20/2026 | Edited proposed Stipulation; researched and sent authority to defense counsel re proposed Judgment | 0.3 |
| 3/6/2026 | Edited and filed proposed judgment | 0.1 |
| 3/11/2026 | Reviewed judgment entered by Court | 0.1 |
| 4/1/2026 | Spoke to Plaintiff re case status and timeline expectations | 0.1 |
| 4/9/2026 | Initial review of Defendants' post-trial motion | 0.6 |

Hang D. Le, Esq.  
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*  
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 4/9/2026 | Discuss with SG re evidence and trial transcripts needed for Opposition to Defendants' post-trial motion | 0.2 |
| 4/9/2026 | Start researching for Plaintiff's Opposition to Defendants' post-trial motion | 4.2 |
| 4/9/2026 | Start outline for Opposition to Defendants' post-trial motion | 0.5 |
| 4/13/2026 | Start reviewing and pulling citations from trial transcript | 2.2 |
| 4/13/2026 | Start drafting Opposition to Defendants' post-trial motion | 0.7 |
| 4/14/2026 | Researched case law for Opposition to Defendants' post-trial motion | 4.5 |
| 4/16/2026 | Researched case law for Opposition to Defendants' post-trial motion | 3.2 |
| 4/16/2026 | Continued drafting Opposition to Defendants' post-trial motion | 3.4 |
| 4/17/2026 | Researched case law for Opposition to Defendants' post-trial motion | 1.2 |
| 4/20/2026 | Continued drafting Opposition to Defendants' post-trial motion | 5 |
| 4/21/2026 | Continued drafting Opposition to Defendants' post-trial motion | 6.7 |
| 4/22/2026 | Review and discuss Opposition to Defendants' post-trial motion draft with DKG | 0.5 |
| 4/22/2026 | Drafted declaration in support of Opposition | 0.2 |
| 4/22/2026 | Continued Opposition draft, made edits to Opposition draft, finalized Opposition, and filed | 3.7 |
| 5/7/2026 | Reviewed Defendants' Reply ISO post-trial motion | 0.4 |
| 5/15/2026 | Researched cited cases in Defendants' Reply; prepped for hearing | 1.8 |
| 6/5/2026 | Review Order re Defendants' post-trial motion | 0.6 |
| 6/15/2026 | Start drafting Plaintiff's Motion for Attorney Fees | 2.1 |

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| 6/24/2026 | Review Defendants' Notice of Appeal | 0.2 |
| 6/25/2026 | Researched for Plaintiff's Motion for Attorney Fees; continued drafting motion | 5 |
| 6/26/2026 | Continued researching for and drafting Plaintiff's Motion for Attorney Fees | 2.2 |
| 6/29/2026 | Reviewed Defendants' correspondence re ordering transcripts for appeal | 0.1 |
| 6/29/2026 | Continued researching for and drafting Plaintiff's Motion for Attorney Fees | 3.4 |
| 6/30/2026 | Continued researching for and drafting Plaintiff's Motion for Attorney Fees | 4.3 |
| 7/1/2026 | Continued researching for and drafting Plaintiff's Motion for Attorney Fees | 2.1 |
| 7/2/2026 | Finalized draft of Plaintiff's Motion for Attorney Fees, declarations and exhibits; filed | 1.7 |
| | | |
| | **TOTAL:** | **328.2** |