**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,<br><br>                              Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,<br><br>                              Defendants. | **Case No. 2:24-cv-04805-MCS-KS**<br>*Assigned to*:<br>Hon Mark C. Scarsi<br>Hon. Mag. Judge Karen L. Stevenson<br><br><br>**DECLARATION OF SANTIAGO G. LAUREL** |

1

DECLARATION OF SANTIAGO G. LAUREL

### <u>DECLARATION OF SANTIAGO G. LAUREL</u>

I, Santiago G. Laurel, hereby declare as follows:

1. I am a litigation assistant employed by the Law Offices of Dale K. Galipo. I work under the supervision of Dale K. Galipo and Hang D. Le, both of whom are licensed to practice before the United States District Court for the Central District of California. I submit this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I have approximately 20 years of experience in the legal field, with substantial experience in both state and federal litigation. Prior to joining the Law Offices of Dale K. Galipo, I worked for five years as a Senior Litigation Assistant at Shimmel and Parks, APLC, where I supported trial attorneys in complex civil litigation from case inception through trial. My responsibilities included drafting and preparing pleadings, discovery requests and responses, deposition notices, and subpoenas, managing filings in state, federal, and appellate courts, maintaining litigation calendars, and assisting with trial preparation.

3. Since joining the Law Offices of Dale K. Galipo in September 2021, I have supported Mr. Galipo and multiple associate attorneys in approximately 120 cases and am currently responsible for assisting with approximately 50 active cases. My work spans all phases of litigation, including case intake, case initiation, court filings, discovery, motion practice, depositions, and trial preparation. I am also the only Spanish speaker in the office who worked on this case, providing critical support by reading, writing, and translating Spanish-language materials.

4. My responsibilities include evaluating and onboarding new cases, communicating with clients, and gathering and organizing records for attorney and expert review. I routinely draft and prepare litigation documents, including case initiation documents, reports, disclosures, written discovery, deposition notices, subpoenas, and declarations. I

DECLARATION OF SANTIAGO G. LAUREL

manage case deadlines in accordance with court scheduling orders, coordinate depositions and experts, and handle electronic filing and service of documents.

5. I review and organize discovery and evidence, including large volumes of records and multimedia materials, prepare document productions with Bates numbering and redactions, and assist in assembling materials for disclosures, depositions, and trial. I coordinate with opposing counsel, experts, and third parties regarding scheduling and case logistics. My work regularly involves substantive litigation tasks such as drafting discovery, preparing deposition notices, reviewing evidence, and assisting with trial preparation.

6. As of this date, I have expended **85.8** hours of time reasonably necessary to the successful prosecution of this action. A detailed summary of my time is attached hereto as "**Exhibit 8**"

7. Courts in this District have previously approved my hourly rate in multiple civil rights actions. In *Paola French, et al. v. City of Los Angeles, et al.,* Case No. 5:20-cv-00416-JGB-SP, the Court approved an hourly rate of $200. In *Nicole Juarez Zelaya v. City of Los Angeles, et al.*, Case No. 2:20-cv-08382-ODW (MAAx), the Court approved my hourly rate of $220 and recognized that litigation assistants perform compensable substantive work, including reviewing evidence, assisting with depositions, and preparing materials for expert review.

8. These courts have further recognized that tasks such as drafting discovery, preparing deposition notices, and reviewing and organizing case materials constitute substantive legal work and are compensable, while purely clerical tasks are not. My time entries in this matter reflect substantive litigation support consistent with those rulings.

9. I respectfully request that the Court award me an hourly rate of $250. Given my nearly 20 years of experience, the scope of my responsibilities, the additional experience I have gained since my last rate approval, and my role in supporting this case through all stages of litigation, I believe that $250 per hour is fair and reasonable.

DECLARATION OF SANTIAGO G. LAUREL

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this was executed this 1st day of July, 2026 at Woodland Hills, California.

/s/ Santiago G. Laurel
Santiago G. Laurel

DECLARATION OF SANTIAGO G. LAUREL