# Exhibit 8

**Santiago Laurel**                    *Jennie Quan v. County of Los Angeles, et al.*
**Timekeeping Record**                  **Case No. 2:24-cv-04805-MCS-KS**

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/02/2024 | Research case and facts related to matter to prepare discovery request. Met with HL to discuss. | 1.0 |
| 10/02/2024 | Draft Plaintiffs Request for Production of Documents Set One to Defendant County of Los Angeles. Draft email HL to review and finalize. | 1.5 |
| 10/17/2024 | Did online research to find service address for Defendants. Called the Walnut/Diamond Bar station to confirm deputies' assignment. | 0.25 |
| 10/17/2024 | Gathered Summons and Complaint and other documents and prepared email to attorney service to serve Defendants Barajas and Vazquez at Walnut/Diamon Bar Sheriff Station. | 0.50 |
| 10/17/2024 | Received email confirming service from ACE Attorney Service. Updated calendar with responsive pleading due date. | 0.25 |
| 11/07/2024 | Review Defense Counsel email requesting Discovery extension. Updated calendar and file to reflect new due date for production of documents. | 0.25 |
| 11/25/2024 | Received six sets of discovery requests from Defendants. Downloaded, saved to file and calendared relevant deadlines. | 0.25 |
| 12/30/2024 | Received client documents. Downloaded and labeled for production. | .50 |
| 01/03/2025 | Received Defendants' Discovery responses and production. Downloaded and reviewed production for relevant documents. | 1.50 |
| 01/13/2025 | Checked calendar for available dates. Prepared deposition notice, emailed to HL to review and confirm service. | 0.75 |
| 01/15/2025 | Prepared Shells for discovery responses. Total of six sets. | 2.0 |
| 01/15/2025 | Draft email to client with instructions to respond to discovery request. Called client and requested a call back. | 0.50 |
| 01/20/2025 | Gather all documents and merge and format for production. Bate numbered document production. | 1.00 |

1

**Santiago Laurel**  *Jennie Quan v. County of Los Angeles, et al.*
**Timekeeping Record**  Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 01/21/2025 | Work on draft of discovery response. Emailed draft sets with notes to HL to review. | 2.50 |
| 01/21/2025 | Finalized Discovery responses and PDF'ed them. Called clients and asked that they review responses so that we can verify information. Drafted email and sent to client for review and emailed verification form for signatures. | 0.50 |
| 01/21/2025 | Received signed verifications and saved to file. | 0.25 |
| 01/22/2025 | Prepared discovery responses for service with production. Emailed to HL to confirm service. Drafted email and prepared documents for service. Reduced PDF size to email responses and production. Served defense counsel with discovery response. | 0.50 |
| 03/05/2025 | Received notice of Mediation. Saved to file and updated calendar with mediation dates. | 0.25 |
| 03/05/2025 | Received Scheduling Notice and hearing date. Calendared dates. | 0.25 |
| 03/07/2025 | Prepare Meet and Confer Letter to serve on Defense Counsel. Served opposing counsel via email. | 0.25 |
| 03/31/2025 | Update calendar even and saved mediation brief. Updated event with link for mediation. | 0.25 |
| 03/18/2025 | Serve demand letter on Opposing counsel. | 0.25 |
| 04/09/2025 | Received Dropbox link from Defense counsel with document production from disclosures. Took inventory and reviewed production, videos and audio files. Saved to file and emailed HL. | 5.0 |
| 04/11/2025 | Listen to audio interviews total of ten interviews. | 3.0 |
| 04/11/2025 | Draft email to Lynden J requesting a quote for transcription of audio interviews. | 0.25 |
| 4/11/2025 | Received response from Lynden J. Drafted email with instruction for transcript order and provided caption. | 0.25 |
| 4/15/2025 | Called Lynden J. to request update on audio transcripts and turnaround. | 0.25 |
| 04/23/2025 | Received Transcripts from Lynden J. reviewed, downloaded, and saved, and printed hard copies for DKG. Assembled in binder, prepared TOC and tabbed. | 1.5 |
| 04/24/2025 | Emailed Lynden J. requesting missing transcripts. | 0.25 |

**Santiago Laurel**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 05/02/2025 | Received additional transcripts and saved. Printed copy for DKG and added to binder. | 0.25 |
| 05/23/2025 | Emailed HL updated deposition notices with new date. Confirmed dates and notice were okay with HL. Prepared proof of service and attached. Served on Defense counsel via email. Updated calendar with deposition date. | 0.50 |
| 05/23/2025 | Drafted email to Court Reporting Agency. Scheduled reporter for both depositions. Received link and instructions, updated calendar event with deposition links. | 0.50 |
| 06/12/2025 | Emailed OPC confirming depositions. Received notice of cancellation of depositions. Emailed court reporting agency and cancelled reporter. | 0.25 |
| 06/16/2025 | Emailed opposing counsel requesting alternative dates for defendants' deposition notice. | 0.10 |
| 06/18/2025 | Emailed Defense counsel follow-up email requesting alternative dates for defendants' depositions. | 0.10 |
| 06/19/2025 | Emailed HL Amended deposition notices with new date. Confirmed dates and notice were okay with HL. Prepared proof of service and attached. Served on Defense counsel via email. Updated calendar with deposition date. | 0.50 |
| 06/19/2025 | Drafted email to Court Reporting Agency, with amended Deposition Notice. Scheduled reporter for both depositions. Received link and instructions, updated calendar event with deposition links. | 0.50 |
| 06/19/2025 | Prepared subpoena and deposition notice for the deposition of Paul V. Gliniecki. Sent to HL for review, emailed documents to attorney service with instructions and served OPC with Notice and subpoena. | 0.75 |
| 07/03/2025 | Emailed medical examiner's office to confirm Gliniecki's availability. | 0.15 |
| 07/09/2025 | Drafted Notice of continuance of Deposition of deposition of Paul Glinecki, attached POS and emailed to HL to review. Served on OPC and emailed documents to medical examiner and scheduled court reporter. | 0.50 |

3

**Santiago Laurel**  
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*  
**Case No. 2:24-cv-04805-MCS-KS**

| | | |
|---|---|---|
| 7/10/2025 | Update calendar with new deposition dates and zoom links for depositions. | 0.10 |
| 7/10/2025 | Email Medical Examiner link for deposition. | 0.10 |
| 7/14/2025 | Review previous emails with opposing counsel and requested new deposition dates. | 0.15 |
| 7/21/2025 | Confirmed with attorney exhibits used during deposition. Emailed deposition exhibits to court reporter. | .15 |
| 7/31/2025 | Draft Second Notice of continuance of deposition of Vasquez and Notice of Continuance of deposition of Barajas. Served on Opposing counsel. Schedule reporter. | 0.50 |
| 08/27/2025 | Discussed subpoenaing autopsy photos with attorney Le. Prepared form for release of autopsy photographs. Sent form to client for signature. | 0.75 |
| 08/28/2025 | Draft letter to coroner's office. Included required documents including signed release form, death certificate, and license. Emailed document to subpoena desk. | 0.50 |
| 09/11/2025 | Spoke with Medical Examiner's office who requested additional documentation to obtain materials from Coroner's office. Reached out to client via email and phone call requesting clear copies of her Driver License and copy of death certificate. | 0.25 |
| 09/16/2025 | Received documents from client. Saved to file and prepared email to Coroner including the updated clear copy of the driver license and death certificate. | 0.25 |
| 09/16/2025 | Called Expert Dr. Omalu to confirm mailing address for expert retainer fee check. Submitted check request to accounting department, prepared FedEx envelope to ship check. Gathered materials for his review to send in a thumb drive. | 0.75 |
| 09/16/2025 | Received email from Coroner stating that the form was updated, and we would need to re-submit our request for Autopsy photos. Downloaded updated form, completed form and sent to client for signature. Received signed form, drafted email to Coroner's office including the updated form. | 0.75 |

**Santiago Laurel**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 09/16/2025 | Drafted notice of taking the deposition of Kyle Toves and proof of service. Printed, served, ordered court reporter and updated calendar with event and Zoom link for deposition. | 0.75 |
| 09/18/2025 | Met with Hang and reviewed calendar. Prepared Fourth Notice of Deposition of Defendant Hector Vasquez, emailed to attorney for review. Prepared proof of service, printed, served, ordered court reporter and updated calendar with event and Zoom link for deposition. | 0.75 |
| 09/19/2025 | Emailed opposing counsel to confirm Vasquez's deposition, noticed for 9/25. | 0.10 |
| 09/19/2025 | Received email from coroner's office confirming photos were ready to be picked up. Emailed to confirm if currier could make payment. | 0.10 |
| 09/22/2025 | Called ACE attorney service to request a quote for currier service and advance of payment for photos. Provided quote to attorney, drafted email to ACE attorney service requesting Autopsy photos be picked up, with instructions and request for advance of $84.00 check. | 0.50 |
| 09/23/2025 | Drafted Plaintiffs' Third Notice of Deposition of Defendant Barajas and proof of service. Printed to PDF, served, ordered court reporter and updated calendar with event and Zoom link for deposition | 0.75 |
| 9/23/2025 | Received Autopsy photos from courier. Scanned each photo and saved to file. Emailed attorney Le to provide her update and file location. | 1.0 |
| 09/24/2025 | Emailed Focus Court Reporting Agency to confirm deposition of Hector Vasquez. | 0.10 |
| 09/26/2025 | Prepared first draft of discovery responses for Plaintiffs' Supplemental Responses to six sets of discovery responses. Gathered our production per attorney Le's instruction to include in Plaintiffs Supplemental Disclosures, printed PDF and Bate numbered them as Bate No. PLT 000085-000415. Drafted email to HL to review. Separated disclosures per HL instructions. | 3.0 |

**Santiago Laurel**  
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*  
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 09/26/2025 | Per Attorney Le all-supplemental disclosures and responses were ready to be PDFed and served. Prepared POS. Created Dropbox link and uploaded the Production.  Drafted email and served documents on opposing counsel. | 1.0 |
| 09/29/2025 | Downloaded NEF of Defendant's Motion for Summary Judgment. Calculated relevant deadlines, added them to the calendar. Printed copy for DKG to review. Started working on Plaintiff's Separate Statement pleading for plaintiffs' opposition. | 2.0 |
| 10/30/2025 | Prepared Plaintiffs' Notice of Taking the Depositions of Defense Experts. Served and calendared Ward, Flosi, and Suss's depositions. Gathered reports for attorney to have for deposition. | 0.75 |
| 10/31/2025 | Received Defendants' deposition notices for Plaintiffs' experts. Saved notices and calendared. | 0.25 |
| 11/07/2025 | Updated Calendar with Zoom links for expert depositions. | 0.25 |
| 11/17/2025 | Scheduled court reporter for expert Ward's deposition. | 0.15 |
| 11/17/2025 | PDFed and served Omalu's Responses to Defendant's request for Production before deposition. | 0.25 |
| 11/17/2025 | Prepared Amended Notice of Taking deposition of Parris Ward. PDFed and serve on opposing counsel. Updated calendar with deposition event. Emailed Focus court reporter to scheduled reporter for new deposition date. | 0.75 |
| 11/19/2025 | Scheduled court reporter for experts Flosi and Suss's depositions. | 0.15 |
| 12/12/2025 | Received expert Flosi's deposition transcript. Saved to file and informed HL. | 0.10 |
| 12/22/2025 | Emailed court reporter Maehbian's report. | 0.10 |
| 11/17/2025 | PDFed and served Rosander's Responses to Defendant's request for Production before deposition. | 0.25 |
| 11/18/2025 | Called Dr. Omalu and spoke with his assistant. Confirmed meeting and created Zoom meeting and emailed her Zoom link for Dr. Omalu's meeting. | 0.50 |
| 11/19/2025 | Emailed Court Reporting agency and provided them with deposition notice. Received confirmation of Job and link. Updated calendar with the dates and link. | 0.25 |

6

Santiago Laurel                            *Jennie Quan v. County of Los Angeles, et al.*
Timekeeping Record                              Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours |
|---|---|---|
| 11/21/2025 | PDFed and served Noble's Responses to Defendant's request for Production before deposition. | 0.25 |
| 12/04/2025 | Prepared Dr. Marehbian deposition notice. Emailed to Ms. Le for review. Attached POS, served on opposing counsel, and scheduled court reporter. Updated calendar with information and link. | 0.50 |
| 12/12/2025 | Received deposition transcript for expert Flosi's deposition. Saved to file and informed attorney. | 0.10 |
| 12/17/2025 | Submitted multiple invoices to the accounting department for expert depositions. | 0.10 |
| 12/22/2025 | Met with attorney Le and confirmed exhibits used during Marehbian's deposition. Confirmed exhibits and emailed to court reporter. | 0.25 |
| 12/29/2025 | Met with Mr. Galipo to review witness list and confirm order and estimated times on defendants' experts. Updated witness list with estimated dates for examination. | 0.75 |
| 01/07/2026 | Emailed Aptus requesting quote for the deposition transcript of Dr. Omalu's deposition. | 0.10 |
| 01/09/2026 | Emailed via DocuSign envelope for Client to sign Declaration re successor in Interest. | 0.10 |
| 01/15/2026 | Assemble Trial Document binder for court. Shipped via FedEx. | 1.50 |
| 01/23/2026 | Met with Ms. Le and Mr. Galio to review exhibit list and confirm exhibits for trial, and trial prep. Followed by contacting our experts and updated them with our current trial date and time. Per Mr. Galipo and Ms. Le include additional documents in Mr. Galipo's trial binder. | 1.85 |
| 1/23/2026 | Reviewed disclosures and medical records. Obtained contact information for witnesses, that we would be called to appear at trial. Drafted subpoenas, and emailed to attorney for review. | 1.00 |
| 1/26/2026 | Meeting with attorneys regarding Pretrial Conference and Trial Preparation. | 0.50 |
| 1/28/2026 | Reviewed Exhibit list and looked through file to gather the exhibits and start labeling and saving to file. | 2.50 |

7

**Santiago Laurel**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 1/28/2026 | Printed documents for Mr. Galipo's Trial binder, including operative complaint and order, trial documents, etc. | 1.50 |
| 1/28/2026 | Paginated Exhibits and crated place holders for video/audio exhibits. | 3.0 |
| 1/29/2026 | Assembled five sets of trial exhibit binders (including exhibits, photos, PDFs, video/audio, color printing, tabbing, clerk tabs on clerks' binder, covers and spines per court order). For clerk's copy, added the clerk's tabs per court order. | 6.0 |
| 1/29/2026 | Emailed Aptus requesting missing transcripts. Downloaded transcripts and submitted payments. | 1.0 |
| 1/29/2026 | Gathered all original depositions transcripts and statements, printed multiple copies for trial. | 2.0 |
| 1/29/2026 | Met with attorney Le and confirmed with Mr. Galipo witness order and trial strategy. | 0.50 |
| 1/29/2026 | Per Mr. Galipo modified dates on subpoenas. Finalized trial subpoenas, created jobs for ACE attorney service to serve multiple trial subpoenas. Calculated witness fees and instructed that ACE to advance witness fees. | 1.50 |
| 02/03/2026 | Met with attorney Le regarding failed attempts to serve Dr. Gurney and Dr. Thuong. Discussed service strategy. | 0.25 |
| 2/04/2026 | Started saving media exhibits onto USB drives. | 3.50 |
| 02/04/2026 | Received Court Order. Saved to file and updated calendar with deadline. | 0.10 |
| 02/06/2026 | Reached out to Expert Dr. Omalu to confirm his appearance date and schedule meeting with Mr. Galipo. | 0.25 |
| 02/06/2026 | Reached out to Expert Noble to confirm his appearance date and schedule meeting with Mr. Galipo. Emailed Mr. Noble copy of his deposition transcript. | 0.25 |
| 02/09/2026 | Met with attorney Le and Galipo via conference call regarding expert orders and scheduling for trial. | 0.50 |
| 02/09/2026 | Emailed Mr. Rosander to inform that he would not be called for trial testimony. | 0.10 |

8

**Santiago Laurel**
**Timekeeping Record**

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| | | |
|---|---|---|
| 02/09/2026 | Checked hotel availability for Dr. Omalu. Emailed our accounting department details for hotel including check in dates, time, and room type.  Emailed Dr. Omalu details. | 0.75 |
| 02/10/2026 | Emailed Dr. Omalu a copy of his deposition transcript. | 0.10 |
| 02/11/2026 | Called and emailed LA County fire subpoena desk to confirm witnesses Aldama and Groff's appearances. | 0.50 |
| 02/11/2026 | Emailed Expert Omalu's assistant to schedule meeting with Mr. Galipo before trial testimony. | 0.10 |
| 02/11/2026 | Called and emailed LA Medical examiner to inform that plaintiff's will not be calling Dr. Gliniecki. Made arrangements regarding witness fee check. | 0.25 |
| 03/13/2026 | Received Judgment and Order re Stipulation. Calculated D/L per order and calendared. | 0.25 |
| 03/24/2026 | Draft Declaration of Santiago Laurel in support of Plaintiffs' request for attorney fees. Review notes, emails and previous timekeeping list to prepare Exhibit to my declaration. | 2.50 |
| 04/09/2026 | Meeting with attorney Le regarding evidence and trial transcripts required for opposition to Defendants' Post trial motion Began locating trial transcripts and exhibits. | 1.50 |
| 07/01/2026 | Prepare Bill of Costs. Gathered all documents to attached and assemble exhibits. | 2.0 |
| | **TOTAL** | **85.8** |

9