**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-04805-MCS-KS <br><br> *Assigned to*: <br> Hon Mark C. Scarsi <br> Hon. Mag. Judge Karen L. Stevenson <br><br> **[PROPOSED] ORDER PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988 AND CAL. CIV. CODE §§ 52(b), 52.1(c)** |

1

[PROPOSED] ORDER PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988 AND CAL. CIV. CODE §§ 52(B), 52.1(C)

## **[PROPOSED] ORDER**

Having considered the papers filed in support of and in opposition of Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 1988 and Cal. Civ. Code §§ 52(b), 52.1(c), IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney Fees is GRANTED. The Court awards attorneys' fees as follows:

| Attorney/Biller | Yrs. Practice | Rate | Hours | Total |
|---|---|---|---|---|
| Dale K. Galipo | 37 | $1500 | 412.2 | $618,300 |
| Hang D. Le | 13 | $800 | 328.2 | $ 262,560 |
| Santiago Laurel | Litigation Assistant | $250 | 85.8 | $21,450 |
| **SUBTOTAL:** | | | | **$902,310** |
| **TOTAL WITH 2.0 MULTIPLIER:** | | | | **$1,804,620** |

**IT IS SO ORDERED.**

**DATED:**                                     _____

**HON. MARK C. SCARSI**

UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 1988 AND CAL. CIV. CODE §§ 52(B), 52.1(C)