# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CORRECTED  CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:24-cv-04805-MCS-KS |
| Title: | Jennie Quan v. County of Los Angeles et al |

Date: February 13, 2026

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Terri Hourigan (AM) and CourtSmart (PM) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dale K. Galipo and Hang Dieu Le | Thomas C. Hurrell, Jerad J. Miller, and Joseph K. Miller |

_____ Day Court Trial    4th    Day Jury Trial

_____ One day trial: _____ Begun (1st day); _____ Held & Continued;  X  Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.

✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    _____ Jury resumes deliberations.

✓ Jury Verdict in favor of    ✓ plaintiff(s)    _____ defendant(s) is read and filed.

✓ Jury polled.    _____ Polling waived.

✓ Filed Witness & Exhibit Lists    ✓ Filed jury notes.    ✓ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial/further jury deliberation.

✓ Other: Parties are to meet and confer and submit a proposed post-trial briefing schedule.

2 : 39

Initials of Deputy Clerk    SMO

cc: