**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,

            Plaintiff,

vs.

COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,

            Defendants.

Case No. 2:24-cv-04805-MCS-KS

*Assigned to*:
Hon Mark C. Scarsi
Hon. Mag. Judge Karen L. Stevenson

**DECLARATION OF HANG D. LE**

## <u>DECLARATION OF HANG D. LE</u>

I, Hang D. Le, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and the Central District of California. I make this declaration in support of Plaintiff's Motion for Attorneys' Fees. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2.      I prepared for and participated in the deposition of Defendant Hector Vazquez by reviewing recorded statements and going through relevant videos capturing the incident and making exhibits, including screenshots of specific portions of the videos, that were relevant to Defendant Vazquez's use of force and perspective. At the deposition, I assisted in displaying the exhibits as well as playing the relevant portions of the videos. Some of the exhibits from Defendant Vazquez's deposition went on to be trial exhibits and were utilized during the deposition and at trial to prove Plaintiff's case. (*See* Doc. No. 108, List of Exhibits and Witnesses at 6, Ex. No. 49). Attached hereto as "**Exhibit 9**" is a true and correct copy of the relevant portions of the September 25, 2025 Transcript of the Deposition of Hector Vazquez regarding my participation and contribution during the deposition.

3.      I prepared for and participated in the deposition of Defendant Marisol Barajas by reviewing recorded statements and going through relevant videos capturing the incident and making exhibits, including screenshots of specific portions of the videos, that were relevant to Defendant Barajas's use of force and perspective. At the deposition, I assisted in displaying the exhibits as well as playing the relevant portions of the videos. Some of the exhibits from Defendant Barajas's deposition went on to be trial exhibits and were utilized during the deposition and at trial to prove Plaintiff's case. (*See* Doc. No. 108, List of Exhibits and Witnesses at 6, Ex. No. 48). Attached hereto as "**Exhibit 10**" is a true and correct copy of the relevant portions of the September 25, 2025 Transcript of the Deposition of Hector Vazquez regarding my participation and contribution during the deposition.

4.      As the attorney responsible for the day-to-day management of this case, including the preparation of pretrial documents and conferences with defense counsel regarding pretrial issues, my attendance at expert depositions conducted by lead trial counsel Dale Galipo was necessary to inform myself of pretrial issues regarding experts that were not already contained in those experts' written reports as the meetings conducted by the parties on pretrial issues and motions in limine occurred close in time to the expert depositions and transcripts of those depositions. (*See* Doc. No. 139-9, Ex. 7 to Le Decl. at 11-12).

5.      I have spent an additional 13.3 hours working on the Reply brief in support of Plaintiff's Motion for Attorney Fees. A copy of my time records for my work on the Reply brief is attached hereto as "**Exhibit 11**."

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 30th day of July 2026, in Woodland Hills, California.

_____
Hang D. Le

DECLARATION OF HANG D. LE