# Exhibit 11

Hang D. Le, Esq.
Timekeeping Record

*Jennie Quan v. County of Los Angeles, et al.*
Case No. 2:24-cv-04805-MCS-KS

| Date | Description | Hours Billed |
|---|---|---|
| **7/17/2026** | Reviewed Defendants' Opposition to Plaintiff's Motion for Attorney Fees | 0.8 |
| **7/20/2026** | Started researching case law for Reply to Defendants' Opposition | 2.8 |
| **7/21/2026** | Continued researching caselaw and started drafting Reply | 2.5 |
| **7/27/2026** | Continued case research and drafting Reply | 3.8 |
| **7/28/2026** | Continued drafting Reply; reviewed deposition transcripts and pulled excerpts for exhibits to Reply | 2 |
| **7/29/2026** | Reviewed and edited Reply; drafted declaration in support of Reply | 1.4 |
| | | |
| | **TOTAL:** | 13.3 |

1