# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Robert S. Brown | 2a. Contact Phone Number | (818) 395-4059 | 3a. Contact E-mail Address | rstanfordbrown@gmail.com |
| 1b. Attorney Name (if different) | | 2b. Attorney Phone Number | (818) 395-4059 | 3b. Attorney E-mail Address | rstanfordbrown@gmail.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**

Robert Stanford Brown, A PC
3701 Wilshire Blvd., Suite 1135
Los Angeles, CA 90010

**5. Name & Role of Party Represented** — N/A

**6. Case Name** — Jennie Quan v. County of Los Angeles, et. al.

**7a. District Court Case Number** — 2:24-cv-04805-MCS (KSx)

**7b. Appeals Court Case Number** — 26-4008

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:

☒ DIGITALLY RECORDED   ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Echo Court Reporting

**9. THIS TRANSCRIPT ORDER IS FOR:**   ☐ Appeal  ☒ Non-Appeal   |   ☐ Criminal  ☒ Civil   |   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-13-26 | 150 | Scarsi | Trial Day No. 4 | ● | ○ | ○ | ○ | ○ | ○ | ○  10-6-26 | 14-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

Copy Request - refer to docket entry #150.

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date  8-6-26

Signature  /s/ Robert S. Brown

G-120 (06/18)