**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Hang D. Le (SBN 293450)
E-mail: hlee@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333; Fax: (818) 347-4118

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,

Plaintiff,

vs.

COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,

Defendants.

Case No. 2:24-cv-04805-MCS-KS

*Assigned to*:
Hon Mark C. Scarsi
Hon. Mag. Judge Karen L. Stevenson

**PLAINTIFF'S MOTION TO RE-TAX COSTS**

**<u>TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD</u>**:

Plaintiff Jennie Quan hereby moves this Court for review of the Clerk of Court's denial of Plaintiff's Application to the Clerk to Tax Costs (Doc. No. 158). This motion is being made pursuant to Local Rule 54-2.5 and this Court's February 23, 2026 Order re: Stipulation to Modify Post-Trial Brief Schedule (Doc. No. 112). Plaintiff seeks review of the Clerk's denial of Plaintiff's Application to the Clerk to Tax Costs because the Clerk denied the Application on the basis it as not timely filed pursuant to L.R. 54-2.1; however, the Court extend the filing deadline for Plaintiff to file her Application along with the deadline to file Plaintiff's attorney fees motion in its February 23, 2026 Order.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, and any and all other documents filed on record that Plaintiff may rely on.

Respectfully submitted,

DATED: August 26, 2026 LAW OFFICES OF DALE K. GALIPO

By *  /s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

On February 13, 2026, the jury in this matter reached a unanimous verdict against Defendants Marisol Barajas and Hector Vazquez on Plaintiff's Fourth Amendment claim for excessive force and against Defendants Marisol Barajas, Hector Vazquez, and the County of Los Angeles on Plaintiff's state law claims for negligence, battery, and violation of California Civil Code section 52.1. The jury awarded Plaintiff damages totaling $4,200,000. Pursuant to the Court's request, the parties met and conferred on a post-trial briefing schedule and submitted a Stipulation to Modify Post-Trial Brief Schedule (Doc. No. 111) for the Court's review. The Court subsequently issued an Order re: Stipulation to Modify Post-Trial Brief Schedule (Doc. No. 112) on February 23, 2026, with new dates and deadlines for post-trial motions, among them, the Deadline to file Motion for Attorneys' Fees and Application to Tax Costs. Pursuant to Rule 54(d) and Local Rules 54-2.1 and 54-7, a prevailing party may file a motion for attorney's fees and Application to the Clerk to Tax Costs ("Application" or "Application to Tax Costs") within fourteen days after entry of judgment. The February 23, 2026 Order modified the deadline to file any motion for attorneys' fees and Application to Tax Costs from 14 days after entry of judgment to 28 days after the Court issues ruling on any Rule 50(b) and/or Rule 59 Motions. (Doc. No. 112 at 2).

On March 11, 2026, the Court entered judgment in favor of Plaintiff and identified Plaintiff as the prevailing party. (Doc. No. 117 at 8). Under the original deadline, any motion for attorney fees and Application to Tax Costs would have been due March 25, 2026. However, pursuant to the Court's February 23, 2026 Order, the deadline for the motion and Application were to be due 28 days after the Court issued its ruling on any Rule 50(b) and/or Rule 59 motions.

On April 8, 2026, Defendants timely filed their Combined Motion for Judgment as a Matter of Law (JMOL) F.R.C.P. 50(b) or in the Alternative Motion for New Trial F.R.C.P. Rule 59. (Doc. No. 123). Plaintiff timely opposed. (Doc. No.

127). On June 6, 2026, the Court issued an Order re: Motion for Judgment as a Matter of Law, or Alternatively for a New Trial, denying Defendants' Motion in its entirety. Pursuant to the modified post-trial briefing schedule, Plaintiff's motion or attorney fees and Application to Tax Coss was to be due 28 days after the Court's June 26, 2026 Order, which was July 3, 2026. Plaintiff timely filed her attorney fee motion and Application to Tax Costs on July 2, 2026. Defendants did not file any opposition to Plaintiff's Application.

Plaintiff now seeks review of the Clerk's denial of Plaintiff's Application on the basis that it was "not timely filed," as the Application was timely filed pursuant to the Court's February 23, 2026 Order. In Plaintiff's Application, Plaintiff sought costs incurred for service of process ($1,243.91), transcripts of court proceedings ($1,130.04), depositions ($12,549.70), witness fees ($743.85+$315), and certification, exemplification and reproduction of documents ($252.63) for a total of $16,235.13. (Doc. No. 138 at 2-5). For all costs requested, Plaintiff provided itemized invoices and proof of payment. (*See* Doc. Nos. 138-1—138-5). Plaintiff now sees review of the Clerk's denial of those costs on the basis that Plaintiff's Application was timely pursuant to the Court's February 23, 2026 Order. Plaintiff respectfully requests that the Court grant Plaintiff's Application in its entirety and award Plaintiff **$16,235.13** in total costs as requested in Plaintiff's Application.

Respectfully submitted,

DATED: August 26, 2026 LAW OFFICES OF DALE K. GALIPO

By *\/s/ Hang D. Le*
Dale K. Galipo
Hang D. Le
Attorneys for Plaintiff