**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JENNIE QUAN, individually and as successor in interest to BENJAMIN CHIN, deceased,

Plaintiffs,

vs.

COUNTY OF LOS ANGELES; MARISOL BARAJAS; HECTOR VAZQUEZ; and DOES 3-10, inclusive,

Defendants.

Case No. 2:24-cv-04805-MCS-KS

*Assigned to*:
Hon Mark C. Scarsi
Hon. Mag. Judge Karen L. Stevenson

**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION TO RE-TAX COSTS**

**[PROPOSED] ORDER**

Having considered Plaintiff's Motion to Re-Tax Costs, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Court awards $16,235.13 in costs to Plaintiff as the prevailing party pursuant to Rule 54(d) and Local Rule 54-2:

**IT IS SO ORDERED.**

**DATED:**

______________________________

**HON. MARK C. SCARSI**
UNITED STATES DISTRICT JUDGE